LATHAM & WATKINS LLP
Jessica Stebbins Bina (SBN 248485)
*jessica.stebbinsbina@lw.com*
Gregory W. Swartz (SBN 308071)
*greg.swartz@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel.: (424) 653-5500
Fax: (424) 653-5501

Matthew A. Brill *(admitted pro hac vice)*
*matthew.brill@lw.com*
Andrew Prins *(admitted pro hac vice)*
*andrew.prins@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendant The Knot Worldwide Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MHA MARK RODMAN d/b/a RODMAN WEDDING PHOTOGRAPHY; ALANA BANNER d/b/a A SALON SANTA FE; ELITE CASINO EVENTS LLC d/b/a EMME PHOTO BOOTH; and DONA & NIK LLC d/b/a MORINA PHOTOGRAPHY, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

THE KNOT WORLDWIDE INC.,

Defendant.

Case No. 2:25-cv-03739-FMO-DMK

Hon. Fernando M. Olguin

**DEFENDANT THE KNOT WORLDWIDE INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant The Knot Worldwide Inc. ("TKWW"), by and through its counsel of record, respectfully submits this Notice of Supplemental Authority regarding its Motion to Compel Arbitration (the "Motion," ECF No. 19).

The purpose of this Notice is to bring to the Court's attention a recently issued decision from the Circuit Court for Montgomery County, Maryland in *Le Chateau de Crystale Events, LLC v. The Knot Worldwide Inc. et al.*, No. C-15-CV-25-002528, (Cir. Ct. Montgomery Cnty., Md. filed May 28, 2026), which bears on TKWW's pending Motion. The *Le Chateau de Crystale Events* order enforced an arbitration clause that is the same or substantially the same as compared to those at-issue in the pending Motion before this Court, and compelled arbitration of breach of contract and fraudulent misrepresentation and omission claims. A true and correct copy of the *Le Chateau de Crystale Events* order is attached as **Exhibit 1**. In addition, the relevant agreements containing arbitration clauses presented to the Maryland court are attached as **Exhibit 2**. On July 1, 2026, the court in *Le Chateau de Crystale Events* filed its order denying the plaintiff's motion for reconsideration of its ruling granting defendants' motion to compel arbitration, a true and correct copy of which is attached as **Exhibit 3**.

Dated: July 1, 2026

LATHAM & WATKINS LLP

By: *Jessica Stebbins Bina*

Jessica Stebbins Bina
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500

*Attorneys for Defendant The Knot Worldwide Inc.*