# Exhibit 1

E-SERVED Montgomery Circuit Court 5/28/2026 7:03 AM System SystemEnvelope:26658676
E-FILED; Montgomery Circuit Court
Docket: 5/28/2026 7:03 AM; Submission: 5/28/2026 7:03 AM
Envelope: 26658676

**THE CIRCUIT COURT FOR**
**MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| LE CHATEAU DE CRYSTALE EVENTS, LLC,<br>*Plaintiff*,<br>v.<br>THE KNOT WORLDWIDE INC. and WEDDINGWIRE, INC.,<br>*Defendants*. | No. C-15-CV-25-002528 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Upon review and consideration of Defendant's Motion to Compel Arbitration and Stay Proceedings, IT IS HEREBY ORDERED as follows:

1. The Motion is Granted.

2. Plaintiff Le Chateau de Crystale Events, LLC hereby is ordered to arbitrate all claims set forth against The Knot Worldwide Inc. and WeddingWire, Inc. (collectively, "TKWW") in its Complaint filed in this Court on May 19, 2025, as well as any other related claims against TKWW.

3. All proceedings in this action, including any applicable deadlines to file or serve any documents or papers, are STAYED pending completion of arbitration.

**SO ORDERED.**

Dated: May 27, 2026

Circuit Court Judge

Entered: Clerk, Circuit Court for Montgomery County, MD
May 28, 2026

Exhibit 1
5