# Exhibit 2

# EXHIBIT B

# The Knot Worldwide Inc. Terms of Use

**Effective Date: August 20, 2024**

These Terms of Use describe the terms and conditions (the "Terms") of **The Knot Worldwide** ("TKWW," "we," "us," or "our"). These Terms apply to all websites and mobile applications owned and operated by us or our affiliates that link to these Terms, and related online and offline services thereto (including our social media pages) (collectively, the "Services").

Our Privacy Notice (https://www.theknotww.com/privacy-policy/) explains how we collect and use personal information. Although it does not form part of these Terms, it is an important document that you should read.

For additional terms applicable to TheBash.com Web and mobile Web pages, and any of our The Bash branded properties ("The Bash") only, see the Additional Terms Specific to The Bash (https://www.theknotww.com/terms-of-use/#bash-terms), in Sections 27 through 30, below.

For Contact Information for Specific Properties, see Section 31 (https://www.theknotww.com/terms-of-use/#section-31), below

## 1. Your Acceptance of the Terms

By using or accessing the Services, you confirm your agreement to be bound by these Terms. If you do not agree to these Terms, please do not use or access the Services. The Terms expressly supersede any prior Terms of Use between you and us or any of our affiliates or predecessors. Certain features or products available through the Services may be subject to additional terms and conditions presented to you at the time that you use or purchase them. For example, any contests, sweepstakes, or other promotions (each a "Promotion," and, collectively, "Promotions") made available through the Services may be governed by rules that are separate from these Terms. If you participate in any Promotions, please review the applicable rules as well as our Privacy Notice. If the rules for a Promotion conflict with the Terms, the Promotion rules shall apply. Similarly, some areas of the Services (including, without limitation, The Knot Shop) are hosted or provided by our third-party hosts or service providers and are subject to additional terms and conditions of use, which are posted within those areas on such third parties' websites.

**PLEASE CAREFULLY REVIEW SECTION 22 "MANDATORY ARBITRATION AND CLASS ACTION WAIVER" SET FORTH BELOW AS IT WILL REQUIRE YOU TO RESOLVE DISPUTES WITH US ON AN INDIVIDUAL BASIS THROUGH FINAL AND BINDING ARBITRATION. BY ENTERING**

**THESE TERMS, YOU EXPRESSLY ACKNOWLEDGE YOU HAVE READ AND UNDERSTAND ALL OF THE TERMS INCLUDED HEREIN AND HAVE TAKEN TIME TO CONSIDER THE CONSEQUENCES OF THIS IMPORTANT DECISION.**

We reserve the right, in our sole discretion, to change, modify, add, or remove portions of these Terms at any time, and you agree to be bound by such modifications or revisions. It is your responsibility to check the Terms periodically because any changes will be binding on you. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

## 2. The Services and Users of the Services

Through our Services we offer an innovative community and marketplace for the wedding industry, expectant parents, and for other important life events. Our Services are only available to business entities and individuals at least 18 years of age who can form legally binding contracts under applicable law.

Users of our Services include individual users such as prospective brides and grooms, newlyweds, wedding guests, people hosting an event, cohabitants of a residence, and expectant parents (collectively, "Members"), and companies and other third parties offering products and services related to weddings or other important life events (collectively, "Vendors") (all of the foregoing, including Members and Vendors, are referred to collectively, herein as "Users"). Certain areas of the Services may provide a place for Members to interact with Vendors and book services that a Vendor offers.

### a. Members

As a Member, you acknowledge that while we use techniques to help verify the identity of Vendors when they register for memberships or subscriptions on our Services, we cannot and will not guarantee each Vendor's identity, capabilities, that it has obtained all required permits, licenses or consents, or that it complies with all applicable laws. We do not endorse any particular Vendor nor do we guarantee the quality of their goods or services. You should use our Services as a starting point for identifying organizations that provide the products and services you need, then conduct your own research to ensure the service providers you choose to do business are appropriate for you.

### b. Vendors

If you are agreeing to the Terms on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that company or other legal entity to the Terms and, in such event, "you" and "your" refer to that company or other entity.

As a Vendor you acknowledge that we will not endorse you or your products or services. We are in no way responsible for assisting you in reaching an agreement with Members. We are not responsible for assisting you in providing goods and services to Members. Your membership or subscription to our Services may not be transferred or sold to another party.

As a Vendor you must list the true and correct name of your business on the Services. If there is a change to that business name, Vendors must promptly update the Services and may need to provide additional documentation for proof of name change. Vendors who engage in the sale of goods and services must have a valid business operations license, as applicable. If you or your company experiences a dissolution, merger or other significant change in personnel (e.g., sale of company), then we, in our sole discretion, have the right to determine whether to keep active, transfer or terminate your account, including all content previously associated with such account.

We may offer different types of paid and free memberships or subscriptions. For instance, we may offer "Basic," "Free Trial," "Lite," or other unpaid vendor memberships. These unpaid Vendor memberships do not guarantee any advertising placement or other benefits. We reserve the right to modify the terms of or cancel any such unpaid vendor memberships. We may also offer memberships or subscriptions for which a Vendor pays ("Paid Subscriptions"). Additional terms and conditions described in the Terms of Purchase apply to such Paid Subscriptions, and are made a part of the Terms by reference. If there is a conflict between the Terms and the terms for any service offered on or through the Services, such as Paid Subscriptions, the latter terms shall control with respect to your use of that portion of the Services.

### 3. We Are a Neutral Venue

As a User, you acknowledge that we are not a product or service provider, vendor, or an agent representative for any Vendor. We and the Services function solely as a neutral venue and digital clearinghouse where Users may connect for particular types of services or products. We are not involved in or a party to the actual transaction between Users. As a result, we have no control over the existence, quality, accuracy, safety, or legality of the transactions that take place on our Services or the accuracy of any Vendor listings. We have no control over the ability of Vendors to provide items or perform services or the ability of Members to pay for any goods and services. We make no representations or warranties and are not liable or responsible for the actions or inactions of our Users.

### 4. Nondiscrimination Policy

We want all Users to feel welcome and included on our Services. Accordingly, we prohibit discrimination against Users, guests, or our Representatives (as defined below) based on race, color, religion, sex, national origin, ancestry, ethnicity, immigration status, disability, marital, family, pregnancy status, sexual orientation, gender identity, gender expression, veteran or citizenship status, age, or any other characteristic protected under applicable federal, regional, state, or local law. Such discrimination

includes, but is not limited to, refusing to provide or accept services or any other conduct that improperly takes into account these characteristics. This prohibition applies to the posting of discriminatory content, such as reviews or forum posts, on the Services. We will, at our discretion, take steps to enforce this policy, up to and including suspending from our Services those Vendors and Members who violate this policy. If you experience discrimination with any Member or Vendor, please contact support at policy@theknotww.com, with the subject "Nondiscrimination Policy," so we can investigate and take appropriate measures.

We reserve the right to suspend any User's access to the Services and cancel the contract of any Vendor to violates these rules or who engages in offensive and detrimental behavior, including behavior that shocks, insults, or offends the community and public morals and decency, including through making racist, discriminatory or offensive comments on our properties and elsewhere or by taking actions that would tend to reflect poorly on us.

## 5. Jurisdictional Issues

We control and operate the Services from our facilities in the United States of America and, unless otherwise specified, the materials displayed on the Services are presented solely for the purpose of promoting products and services available in the United States, its territories, possessions, and protectorates. We do not represent that materials on the Services are appropriate or available for use in other locations. If you choose to access the Services from other locations, you are responsible for compliance with local laws, if and to the extent that local laws are applicable. Our affiliated companies have websites that are intended to serve many other countries in the world. Please see Bodas.net (http://bodas.net) for access to sites focused on Europe, Latin America, Canada and India.

## 6. Accounts, Passwords and Security

To access certain features or areas of the Services, you may be required to register and create an account. You agree to provide true, accurate, current, and complete information about yourself as prompted by the applicable registration or log-in form, and you are responsible for keeping such information up to date (this includes your contact information, so that we can reliably contact you). In addition, certain features of the Services may only be available to our registered Users. To access those areas of the Services you will be required to log in using your username and password. You are responsible for all activity occurring when the Services are accessed through your account, whether authorized by you or not.

Therefore, if you create an account, be sure to protect the confidentiality of your account password. We are not liable for any loss or damage arising from your failure to protect your password or account information.

## 7. Rules for Using the Services

You must comply with all applicable laws and contractual obligations when you use the Services. In using the Services, you also agree to abide by the rules outlined below.

**Users of the Services**

As a User of the Services, you expressly agree not to:

- Create an account in another person's or entity's name, create more than one account, use another's account or impersonate another person or entity;
- Use the Services for any purpose that is unlawful or prohibited by these Terms, or to solicit the performance of any illegal activity or other activity which infringes our rights or the rights of others;
- Restrict or inhibit other Users from using and enjoying the Services;
- "Harvest," "scrape," "stream catch" or collect information from the Services using an automated software tool (including but not limited to use of robots, spiders, or similar means), or manually on a mass basis (unless we have given you separate written permission to do so); This includes, for example, information about other Users of the Services and information about the offerings, products, services and promotions available on or through the Services;
- Circumvent or reverse engineer the Services or our systems or to gain unauthorized access to any areas of the Services, or any other systems or networks connected to the Services, or to any of the services offered on or through the Services that are not intended for access by you, by hacking, password "mining," or any other illegitimate means;
- Take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the Services or our systems or networks, or any systems or networks connected to the Services, including by "flooding" the Services with requests;
- Use the Services to gain competitive intelligence about us, the Services, or any product offered via the Services or to otherwise complete with us or our affiliates, or use information on the Services to create or sell a similar product or information;
- Manipulate or forge identifiers to disguise the origin of any information posted on the Services or otherwise provided to us or our employees;
- Use the Services to promote spamming, chain letters, or other unsolicited communications; or
- Engage in tactics, or direct or encourage others, to attempt to bypass the Services or our systems to avoid complying with any of our applicable policies, including these Terms, paying applicable fees, or complying with other contractual obligations, if any.

**Vendors**

If you are a Vendor, you further expressly agree not to:

- Violate any applicable domestic and international laws, statutes, ordinances and regulations regarding your use of the Services and your listing, shipping, transporting, and solicitation of offers to ship and transport items;
- Include promotional text or endorsements in your storefront name or your storefront picture(s);
- Discourage, either through the Services or otherwise, any Member from hiring other Vendors of the Services; or
- "Farm" out Member leads (i.e., taking Member leads provided to you and transferring them to others that are not Vendors of the Services).

We reserve the right to suspend any User's access to the Services and/or cancel the contract of any User that violates these rules.

**8. Protection of Intellectual Property Content**

Our Services contain copyrighted material, inventions, know-how, potentially patentable business method material, design logos, phrases, names, logos, HTML code and/or other computer code and/or scripts (collectively, "Intellectual Property Content"). Unless otherwise indicated and/or provided pursuant to a third-party license, our Intellectual Property Content is our sole property, and we retain all appurtenant rights, interests and title thereto. We also claim ownership rights under the copyright and trademark laws with regard to the "look," "feel," "appearance" and "graphic function" of this Services, including but not limited to its color combinations, sounds, layouts and designs.

You may use the Services (including any content and materials included on the Services) for your own personal, non-commercial use, but you may not use it for commercial purposes. You may not modify, copy, reproduce, republish, upload, post, transmit, translate, sell, create derivative works, exploit, or distribute in any manner or medium (including by email or other electronic means) any material from the Services unless explicitly authorized in these Terms. You may not frame or link to the Services without our prior written permission.

The Services contain trademarks, trade names, trade dress, service marks, domain names or other indicia of ownership (collectively the "Marks") owned or licensed for use by us, including but not limited to, THE KNOT, THE KNOT WORLDWIDE, TKWW, WEDDINGPRO, THE BASH, THE BUMP, AND TWO BRIGHT LIGHTS. Unless otherwise agreed to in writing, you agree that no right, property, license, permission, or interest of any kind in or to the Marks is or is intended to be given or transferred to or acquired by you pursuant to the execution, performance, or non-performance of the Terms or any part thereof. You shall in no way contest or deny the validity of, our right of title to or license of use for, the Marks, and you shall not encourage or assist others directly or indirectly to do so, during the lifetime of the Terms and thereafter. You shall not utilize the Marks or any similar marks in any manner that would diminish their value or harm their reputation.

You shall not use or register any domain name, trademark, or service mark that is identical to or similar to any of the Marks.

### 9. Content Submitted by Users

The Services may offer Users the opportunity to submit or post information to the Services, and to share information with other Users through message boards, Vendor advertisements and listings, and other means. You agree to use common sense and good judgment when conducting or posting any online communication or distribution of information.

Any information submitted to the Services through any means is "Submitted Content."

By posting Submitted Content, you expressly represent and warrant the following: (i) you are the owner, with all appurtenant rights thereto, of any and all Submitted Content; or (ii) you are the legitimate and rightful grantee of a worldwide, royalty free, perpetual, irrevocable, sub-licensable, non-exclusive license to use, distribute, reproduce, and distribute Submitted Content. You further represent and warrant that all persons and entities connected with the Submitted Content, and all other persons and entities whose names, voices, photographs, likenesses, works, services, and materials have been used in the Submitted Content or its exploitation, have authorized the use of their names, voices, photographs, likenesses, performances, and biographical data in connection with the advertising, promotion, trade and other exploitation of the Submitted Content and the rights granted herein.

Users are solely responsible for their Submitted Content. We do not control the Submitted Content of Users. We are not a publisher of Submitted Content and we are not responsible for its accuracy or legality. You assume legal responsibility for and will indemnify us from all liabilities, losses, or damages incurred as a result of any of your Submitted Content.

### 10. Our License to Submitted Content

By posting Submitted Content to any part of the Services, you automatically grant, and you represent and warrant that you have the right to grant to us, an irrevocable, perpetual, non-exclusive, transferable, fully-paid-up, royalty-free, worldwide license (with the right to sublicense at multiple levels to anyone, including but not limited to, our affiliates and third parties) to use, copy, publicly perform, publicly display, reformat, translate, excerpt (in whole or in part), and distribute such Submitted Content for any purpose and in any format on or in connection with the Services, our business, or the promotion thereof, to prepare derivative works of, or incorporate such Submitted Content into other works, and to grant and authorize sublicenses of the foregoing. Additionally, by providing Submitted Content, you authorize us to use the names, voices, photographs, likenesses, performances, and biographical data included in or associated with any Submitted Content in connection with the advertising, promotion, trade and other exploitation of the

Submitted Content and the rights granted herein. Without limiting the foregoing, our license to the Submitted Content includes the right to train any artificial intelligence tool we use or create in connection with the Services, our business, or the promotion thereof.

You acknowledge that we may retain archived copies of your Submitted Content and may continue to use your Submitted Content in connection with any materials that were created prior to your removal of your Submitted Content, in accordance with the license described above.

We always want to receive messages and feedback from our Users and welcome any comments regarding the Services. Any ideas, suggestions, comments or proposals you send to us (collectively, "Submissions") are entirely voluntary and we will be free to use such Submissions as we see fit and without any obligation or compensation to you.

### 11. Rules Regarding Submitting Content

By using our Services, you agree not to post any Submitted Content that you know is incorrect or not current.

You further agree not to post Submitted Content or take any action that:

- May create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, any other person or any animal;
- Is fraudulent, vulgar, obscene, unlawful, abusive, racially or ethnically offensive, defamatory, infringing, invasive of personal privacy or publicity rights, is sexually or otherwise harassing or menacing, high-pressure sales tactics, humiliating to other people (publicly or otherwise), libelous, threatening, highly coercive, profane, or otherwise harmful to any Users or in any way violates the Nondiscrimination Policy set forth herein;
- Creates liability for us in any manner whatsoever;
- Violates or possibly causes us to violate any applicable law, statute, ordinance or regulation or encourages criminal conduct;
- Scans or tests the vulnerability or security of our Services or the system within which it operates or involves the upload, or insertion of, any programming language or code into or onto, our Services;
- Contains your personal information that you do not wish to be made public or to be displayed in accordance with the applicable settings that you indicate, or that contains another person's personal information or otherwise invades another's privacy;
- Contains any information (such as insider, proprietary or confidential information) that you do not have a right to make available due to contract, fiduciary duty, or operation of law;
- Advertises the products or services of others or contains links to third-party web sites or solicits business for products or services other than those that are offered and promoted on the Services

- Contains any computer hardware or software, viruses, Trojan horses, worms, spyware, or any other computer programming that may interfere with the operation of our Services or our systems and or create or impose a large burden or load on our Services or systems; or
- Infringes any third party's intellectual property rights including but not limited to copyright, patent or trademark right.

We reserve the right, but do not have the obligation to monitor, remove, or restrict any Submitted Content for any reason, including, without limitation, that your Submitted Content is in violation of these Terms or is otherwise inappropriate, as determined in our sole discretion.

You agree that any action or inaction by us or any of our directors, officers, shareholders, parents, subsidiaries, employees, consultants, affiliates, partners, agents or representatives (collectively, our "Representatives") to prevent, restrict, redress, or regulate Submitted Content, or to implement other enforcement measures against any Submitted Content, is undertaken voluntarily and in good faith. Our Representatives may moderate Submitted Content, conduct, and compliance with these Terms at our discretion but they do not have any authority to make binding commitments, promises or representations on our behalf.

You expressly agree that our Representatives and anyone else authorized to act on our behalf shall in no circumstances be liable as a result of any representation that we would or would not restrict or redress any Submitted Content, conduct or potential or purported violation of the Terms.

**12. Tools & Changes to Services**

The Services offers several tools to Users (collectively, "User Tools"), some of which are provided by third parties. We are not responsible for the availability, suitability or effectiveness of any of these User Tools, whether provided by a third party or not.

In order to optimize Services operation, we are constantly testing and evolving the Services and the services offered on it. We reserve the right to modify or discontinue any of the Services, User Tools or other services or features provided on the Services at any time without warning for any reason, including without limitation, to comply with any applicable laws, rules, or regulations. Such changes may include, without limitation, the order and manner in which Vendors' advertisements appear on the Services, the delivering of the Services, and the way you are charged for the Services. You agree that we may make such changes and reverse or modify them at any time, without notice.

You acknowledge and agree that you are responsible for any payment due under the Terms irrespective of any changes made to the Services or the User Tools.

We are not responsible for any data you lose as a result of a malfunction of the User Tools or the Services or for any other reason or any consequential damages resulting from such data loss. You should always keep a back-up copy of all such information on your computer and in hard copy.

### 13. Vendor Use Requirements

If you are a Vendor you expressly agree to the following use requirements while using the Services:

- Access and functionality to some aspects of the Services may be subject to certain content requirements, found here (https://www.theknotww.com/legalhub/starter-details/#aioseo-2-1-storefront-setup-requirements).
- If you take certain actions detailed here (https://www.theknotww.com/legalhub/starter-details/#aioseo-2-2-optimize-your-storefronts-bvc), we may decide, in our sole discretion, to grant you any of the benefits listed here (https://www.theknotww.com/legalhub/starter-details/#aioseo-2-2-optimize-your-storefronts-bvc). Alternatively, if you do not take certain actions detailed here (https://www.theknotww.com/legalhub/starter-details/#aioseo-2-2-optimize-your-storefronts-bvc), including but not limited to meeting and maintaining the content requirement identified in this section, we reserve the right to take the responsive actions also detailed here (https://www.theknotww.com/legalhub/starter-details/#aioseo-2-2-optimize-your-storefronts-bvc).

### 14. Fees & Payments

There are no minimum fees for Users to join our Services. Optional fee-based services are available but participation is not mandatory.

**Members**: There are currently no fee-based services for a large portion of our Services. We may offer optional fee-based services, which may include services provided by third parties. Your use of such services shall be subject to any applicable additional terms and conditions which may include the third parties' terms and conditions, and in such circumstances, the third parties, and not us, are responsible for delivering any purchases goods or performing any booked services, and in issuing any applicable refunds. Your credit card will not be charged unless and until you agree to use that fee-based service and/or to incur a charge with us. The fee and timing of payments for the fee-based service will be described separately as part of the applicable fee-based service.

We also provide wedding website customized domain or similar service subscriptions in annual increments and related services ("WWCD"). Occasional service outages, downtime, or disruptions to functionality may occur that we do not or cannot control. If such outages, downtime, or disruptions occur, we will use

commercially reasonable efforts to assist with restoring service as soon as possible. We are not liable or responsible for damages if such outages occur. To the extent available, we will register the domain for your WWCD and act as your nominee only. Any and all responsibility and liability associated with the WWCD domain name or content on the domain is yours. We reserve the right at any time to reject (e.g., at the time of selection or any time afterward), abandon, or transfer (including on your behalf) any domains and/or wedding websites in the event that we receive notification that the domain infringes or allegedly infringes any third-party right or for any other reason. After selecting a domain name, it may take an estimated twenty-four (24) business hours for your website to be viewable online (although no guarantees are made by us with respect thereto). If the selected domain expires, the wedding website will revert to a subdomain selected by the Company in its sole discretion.

*Cash Gifting.* In addition to and without limiting anything contained herein or in the Privacy Policy, if you use any cash gifting feature or similar product or service (each, a "Cash Gifting Service"), you agree to the following:

- The Services provide links and interfaces to third-party payment processors such as Stripe ("Payment Processors") that may permit Users (e.g., wedding guests and other gift givers) (each, a "Gift Giver") to send funds to other Users (e.g., couples or their representatives or designees) or third parties (e.g., charitable organizations selected by a User) (each of the foregoing, a "Beneficiary"). You acknowledge that while we provide links to such Payment Processors, we do not control and are not responsible for payments made or received through such Payment Any use of Payment Processor services by you: (i) may be subject to the fees set by the Payment Processor, (ii) is at your own risk, (iii) is subject to your agreement that we are not responsible for any fund transfers or anything else arising from or related to the services provided by a Payment Processor or third-party, and (iv) is subject to these Terms. Any use of such Cash Gifting Service may also be subject to the User's acceptance of any additional terms and conditions disclosed by us or otherwise provided by any third-party (including a Payment Processor).
- Users acknowledge that they are submitting payment directly to the Beneficiary (via a third-party payment service or any other payment method) and therefore we are not responsible for lost payments, identity theft, fraud, or refunds.
- In order for a Beneficiary to receive cash or other payment from a User, the Beneficiary will be required to link to their payment account with a third-party payment In addition, each User will complete every form, document, and online entry field in connection with a Cash Gifting Service and represents and warrants that all such information provided therein will be true, correct, and complete.
- The Cash Gifting Service is a feature offered as a convenience to you.
- Without limiting any other rights we have set forth herein we reserve the right to suspend, terminate, freeze or close any account in accordance with the terms set out below. Accounts may be frozen at the sole discretion of us or the third-party service provider until a review has been conducted and the validity of the account is confirmed.

**Vendors**: Vendors with valid Vendor accounts may opt into additional paid services ("Premium Services"). Such Premium Services will be subject to additional terms.

We may add new services for additional fees and charges, or amend fees and charges for existing services, at any time in our sole discretion. Additionally, if you do not opt into Premium Services, in our sole discretion, we may limit access to any existing or future features, including but not limited to the User Tools, of the Services.

*Payments for Fee-based Programs.* If you opt-in to a fee-based program, you irrevocably and expressly authorize us to debit or credit, as applicable, any monies to the account that you have identified. You agree that it is your responsibility to maintain a valid, non-expired credit card on file with us while engaging in fee-based activities on our Services. You agree that if you do not maintain a valid, non-expired card on file with us during any billing attempt, you may be subject to interest and penalties as enumerated below and we may suspend or terminate your access to any such fee-based program upon any payment default.

You irrevocably and expressly authorize us to withhold any monies and/or debit any monies from any account that you have identified for any charge backs, fees, costs, deductions, adjustments, and any other amounts owed to us. We reserve our rights to all actions and remedies in connection with any monies owed to us. You will indemnify, defend and hold us harmless for any claims, demands or causes of actions that we take toward any identified account pursuant to this Section.

*Billing Policies.* You are responsible for paying any and all applicable fees as set forth in any agreement entered into (i) through the Services (including for any mobile application or goods or services provided by a Vendor to a Member (a "User Provided Service") or (ii) by clicking through to another digital property or mobile application that requires payment, and applicable taxes associated with the Services in a timely manner with a valid payment method. Unless we state in writing otherwise, all fees and charges are nonrefundable and all fees are quoted in U.S. Dollars. All payments must be made by the methods specified within the Services. If you want to use a different debit or credit card, or there is a change in debit or credit card validity or expiration date, or if you believe someone has accessed the Services using your user name and password without your authorization, you must contact policy@theknotww.com.

*Unpaid Fees.* If, for any reason, any fees you owe us have not been received or in any manner realized by us ("Unpaid Fees"), you agree to pay such Unpaid Fees immediately. In addition, we may charge interest, in the amount of 2.0% per month (or the maximum amount allowed by law), on any unpaid account balance that you maintain. Any partial payments made by Users will first be applied to the most recent fees owed to us, including interest. We reserve the right to waive or reduce the amount of any Unpaid Fees, penalties, or interest at any time. You also agree to pay any attorney fees, and other costs of collection

incurred by us with respect to any Unpaid Fees. You also consent and authorize us, in our sole discretion, to make appropriate reports to credit reporting agencies, financial institutions, tax agencies and law enforcement authorities, and cooperate with them in any resulting investigation or prosecution. Notwithstanding the foregoing, the Company agrees that it will not charge any late fees or interest to a User's credit card.

*Correcting Mistakes in Payments to Vendors and Members.* We reserve the right to fix any processing errors we discover. We will correct any processing errors by debiting or crediting the payment method used for the erroneous refund or reimbursement. Users will look solely to other Users (including Vendors) to resolve any payment errors made by such User, and we will have no liability for such errors.

*Payment and Third-Party Payment Processors.* Purchases made through the Services (including for any User Provided Service) may be processed through a third-party payment processor or other payment service provider (each, a "Payment Processor"). If applicable, you may be provided a notice when entering your payment information directing you to such Payment Processor's terms of use and privacy policy. All payments are governed by the Payment Processor's terms of use and privacy policy.

*Parties Relationship.* The applicable User, and not us, is responsible for delivering any purchased goods or providing any services. If you, as a User, choose to enter into a transaction with another User, you agree and understand that you will be required to enter into an agreement with such User and agree to any terms or conditions which may be imposed by such User. As a User, you acknowledge and agree that you, and not us, will be responsible for performing the obligations of such agreements, except as otherwise expressly set forth in the Terms.

*Charges on Your Account.* You are responsible for all charges incurred under your account made by you or anyone who uses your account. If your payment method fails or you are past due on amounts owed, we may collect fees owed using other collection mechanisms. Your account may be deactivated without notice to you if payment is past due, regardless of the dollar amount. You are also responsible for paying any taxes imposed on your use of the Services or any services contained therein (including for any Vendor Provided Service), including, but not limited to, sales, use or value-added taxes. To the extent we are obligated to collect such taxes, the applicable tax will be added to your billing account.

*Authorization; Payment Processing.* You expressly authorize us to debit or credit any monies from the payment method you have chosen. Authorization to charge your chosen payment method account will remain in effect until you cancel or modify your preferences within the Services; provided, however, that such notice will not affect charges submitted before we could reasonably act. The Vendor shall be responsible for all fees associated with the processing of the payment method, including payment processing and associated bank fees.

*Automatic Membership Renewal ("Auto-Renew")*. If you are a Vendor and you enter into a Terms of Purchase (TOP) / Terms of Sale (TOS) agreement with us, any terms in those TOP /TOS documents relating to automatic renewal or the explicit lack thereof, will prevail. Absent such terms, Vendor memberships may renew automatically for successive periods. Without limiting the foregoing, if you sign up, upgrade, or renew your membership, you are automatically entered into our auto-renew program unless otherwise specified in the applicable terms or agreement. This means that, unless otherwise specified in the applicable terms or agreement, we will charge your selected payment method at the start of each new membership term and during the membership term. To avoid having fees billed for the renewal term to your selected payment method, you must cancel your subscription before it renews as indicated in the applicable terms or agreement. You may cancel your membership by contacting us at support@weddingpro.com. If you are enrolled in a monthly or other periodic payment plan and you decide to cancel during the membership period, you acknowledge and agree that, unless otherwise agreed in writing, you may continue to be billed on a monthly or other applicable periodic basis until your originally scheduled membership expiration date. Renewal pricing terms are subject to change, with notice, prior to the beginning of the next billing period.

### 15.1. Text Messaging

By using the Services, you agree that we and those acting on our behalf may, in certain circumstances, send you text (SMS) messages at the phone number you provided us. These messages may include operational messages about your use of the Services, as well as marketing or other promotional messages. You may not be able to use the Services without agreeing to receive operational text messages. Users of the Services may also send you text messages through the Services.

You may opt-out of receiving marketing text messages at any time by texting STOP to any text message from us or sending an email to legal@theknotww.com, indicating that you no longer wish to receive marketing texts along with the phone number of the mobile device receiving the messages. You may continue to receive text messages for a short period while we process your request, and you may also receive text messages confirming the receipt of your opt-out request. If you do not want to receive operational text messages from us, do not use the Services. Text messages may be sent using an automatic telephone dialing system. Your agreement to receive marketing texts is not a condition of any purchase or use of the Services. Carriers, text messaging platforms, and TKWW and its Representatives are not liable for delayed or undelivered messages. If you change or deactivate the phone number you provided to us, you must update your account information to help prevent us from inadvertently communicating with anyone who acquires your old number. Data and message rates may apply for SMS and MMS alerts, whether you send or receive such messages. Please contact your mobile network operator for details.

For more information click here (https://www.theknotww.com/toll-free-number-sms-policy/).

### 15.2. E-SIGN Disclosure

By agreeing to receive text messages, you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by sending a message to policy@theknotww.com. To view and retain a copy of this disclosure or any information regarding your enrollment in this program, you will need (i) a device (such as a computer or mobile phone) with a web browser and Internet access and (ii) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, please contact us via policy@theknotww.com with contact information and the address for delivery.

### 16. Coupons & Discounts

We may allow you to receive promotional coupons ("Coupons"), or other promotions or discounts ("Discounts") that may be used to purchase goods and services from us or third parties ("Coupon Vendors"). Additional terms and conditions may be contained on each Coupon or Discount. Any violation of the terms and conditions will make the Coupon Discount void. We are not responsible for lost or stolen Coupons. Coupons or Discounts are not redeemable for cash. Only one Coupon or Discount per redemption. A Coupon or Discount is automatically void if prohibited by law. A Coupon or Discount may not be used for alcohol, tips, taxes, and any other statutory limitations. You acknowledge and agree that we may stop (permanently or temporarily) providing the Coupons or Discounts to you or to users generally at our sole discretion, without prior notice to you.

### 17. Disclaimers of Warranties

THE SERVICES ARE PROVIDED FOR ENTERTAINMENT, EDUCATIONAL, AND PROMOTIONAL PURPOSES ONLY. TKWW AND ITS PARENTS, SUBSIDIARIES OR OTHER AFFILIATES, OR ANY OF OUR OR THEIR DIRECTORS, OFFICERS, STOCKHOLDERS, EMPLOYEES, CONSULTANTS, PARTNERS, AGENTS, OTHER OF OUR REPRESENTATIVES, OR CONTENT OR SERVICE PROVIDERS (THE "LIMITED PARTIES") IS NOT ITSELF A PROVIDER OF HEALTH CARE OR TELEHEALTH SERVICES, AND THE SERVICES ARE NOT INTENDED TO, AND DO NOT CONSTITUTE COUNSELING OR THERAPY OR HEALTH, MEDICAL, OR LEGAL ADVICE. YOU AGREE THAT USE OF THE SERVICES IS AT YOUR OWN RISK. WHILE WE ENABLE USERS TO COMMUNICATE WITH ONE ANOTHER, WE ARE NOT RESPONSIBLE FOR MONITORING SUCH INFORMATION AND COMMUNICATIONS, AND WE ARE NOT A PARTY TO TRANSACTIONS OR INTERACTIONS THAT MAY OCCUR BETWEEN USERS, WHETHER ONLINE OR OFFLINE. ADDITIONALLY, WE CANNOT AND DO NOT REPRESENT OR WARRANT THAT ANY VENDOR IS LICENSED, QUALIFIED, INSURED OR CAPABLE OF PERFORMING ANY PRODUCT OR SERVICE, AND WE MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT THE EXPERTISE, PROFESSIONAL QUALIFICATIONS, OR QUALITY OF WORK OF ANY VENDOR , OR THE SUITABILITY, RELIABILITY OR ACCURACY OF THE PRODUCTS AND SERVICES THEY PROVIDE. WE PROVIDE THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY CONTENT PROVIDED, DISPLAYED, OR GENERATED THROUGH THE SERVICES, OR ANY PRODUCTS OR SERVICES ORDERED

OR PROVIDED VIA THE SERVICES, ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTY OF ANY KIND WHETHER EXPRESS OR IMPLIED (INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, AND NON-INFRINGEMENT). THIS MEANS THAT WE MAKE NO PROMISES THAT:

- THE SERVICES WILL BE AVAILABLE AT ANY PARTICULAR TIME,
- THE SERVICES WILL MEET ANY PARTICULAR REQUIREMENTS OR PROVIDE ANY PARTICULAR RESULTS,
- THE INFORMATION ON THE SERVICES WILL BE ACCURATE OR UP TO DATE,
- THE SERVICES OR THE INFORMATION TRANSMITTED TO OR FROM THEM OR STORED ON THEM WILL BE SECURE FROM UNAUTHORIZED ACCESS,
- INFORMATION AND CONTENT THAT YOU STORE IN YOUR ACCOUNT OR ON THE SERVICES WILL REMAIN RETRIEVABLE AND UNCORRUPTED, OR
- THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE OR WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR THAT DEFECTS WILL BE CORRECTED.

ALTHOUGH WE TRY TO ENSURE THAT THE INFORMATION POSTED ON THE SERVICES IS ACCURATE AND UP-TO-DATE, WE RESERVE THE RIGHT TO CHANGE OR MAKE CORRECTIONS TO ANY OF THE INFORMATION (INCLUDING PRICING) AT ANY TIME. WE CANNOT, AND DO NOT, GUARANTEE THE CORRECTNESS, TIMELINESS, PRECISION, THOROUGHNESS OR COMPLETENESS OF ANY OF THE INFORMATION AVAILABLE ON THE SERVICES, NOR WILL WE BE LIABLE FOR ANY INACCURACY OR OMISSION CONCERNING ANY OF THE INFORMATION PROVIDED ON THE SERVICES. NO ADVICE, RESULTS OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. WHILE WE MAKE EVERY EFFORT TO GUARANTEE AVAILABILITY, PRICE, AND QUALITY OF ITEMS SOLD BY US THROUGH THE SERVICES, UNFORESEEN CIRCUMSTANCES MAY WARRANT MODIFICATIONS AT ANY TIME, AND PRODUCTS AND SERVICES MAY VARY SLIGHTLY IN COLOR AND SIZE.

SOME JURISDICTIONS, INCLUDING NEW JERSEY, HAVE LAWS THAT MAY APPLY TO THE SERVICES AND THAT DO NOT ALLOW CERTAIN PROVISIONS SUCH AS LIMITATIONS OF LIABILITY AND EXCLUSION OF CERTAIN WARRANTIES, AMONG OTHERS. TO THE EXTENT THAT A LIMITATION, EXCLUSION, RESTRICTION OR OTHER PROVISION SET OUT HEREIN IS SPECIFICALLY PROHIBITED BY APPLICABLE LAW, SUCH LIMITATION, EXCLUSION, RESTRICTION OR PROVISION MAY NOT APPLY TO YOU.

### 18. Limited Liability

IN NO EVENT SHALL WE OR ANY OF THE LIMITED PARTIES (AS DEFINED ABOVE), BE LIABLE TO YOU OR ANYONE ELSE FOR DIRECT, INDIRECT DAMAGES, LOST PROFITS, ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR DAMAGES OF ANY KIND WHATSOEVER ARISING FROM, OR DIRECTLY OR INDIRECTLY RELATED TO, THE USE OF OR INABILITY TO USE THE SERVICES, FOR USE OF COUPONS, OR FOR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION CONTAINED ON THE SERVICES, WHETHER IN AN ACTION FOR BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. OUR LIABILITY, AND THAT OF THE LIMITED PARTIES (AS DEFINED ABOVE) TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE, IS LIMITED TO THE LESSER OF THE AMOUNT OF FEES YOU PAY TO US IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY OR $100, NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY.

You are solely responsible for your interactions with other Users, and we are not a party to any such disputes. We reserve the right, but do not have any obligation, to monitor disputes between you and other Users and/or take actions to resolve such disputes. Any and all communications, correspondence, verbal or written, or any warranties or representations, made with regard to products and services offered through the Services by Users are not provided by us and are specifically and solely between the Users. We have no liability for your interactions with other Users, or for any User's action or inaction.

You agree to release the Limited Parties from all claims, demands and damages (actual and consequential) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any disputes between you and any third parties including, but not limited to, other User, or in any way related to goods, services, or events involving third parties.

If you are a California resident, you waive California Civil Code §1542, which states that "a general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor." For avoidance of doubt, any disputes directly with us shall be handled in accordance with these Terms.

FOR THOSE JURISDICTIONS THAT DO NOT PERMIT LIMITATION OF LIABILITY FOR GROSS NEGLIGENCE, THIS LIMITATION OF LIABILITY SHALL NOT APPLY TO ANY WILLFUL, WANTON, INTENTIONAL, RECKLESS MISCONDUCT, OR GROSS NEGLIGENCE OF THE COMPANY.

**19. Indemnity**

You agree to indemnify, defend, and hold us and the Limited Parties harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising in any manner in whole or in part out of your use of the Services, including but not limited to (i) your advertising, provision of or failure

to pay for goods or services promoted on the Services; (ii) claims that any of your Submitted Content includes materials owned by third parties without authorization, was defamatory or harassing, or otherwise violated the rights of any third party or (iii) your breach of these Terms, or applicable law, by your or by someone accessing the Services via your account. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter subject to indemnification by you, in which event you agree to cooperate with us in defending such claims. These indemnification, defense, and hold harmless obligations will survive these Terms and the termination of your use of the Services.

## 20. Suspension or Termination of Access and Remedies

We have the right to deny access to, and to suspend or terminate your access to, the Services, or to any features or portions of the Services, and to remove and discard any content or materials you have submitted to the Services, at any time and for any reason or for no reason and without notice to you.

Actions that may result in the rejection or removal of your participation can include, but are not limited to: any violation of the Terms; your creation, maintenance and/or management of more than one account; your non-payment in full any unpaid fees; any attempt by you to improperly influence, or cause another to improperly influence the feedback of Members; your unethical conduct, to be determined at our sole discretion; or any attempt by you to harass, or cause another to harass, or have inappropriate communications with a Member.

In the event that we suspend or terminate your access to and/or use of the Services, you will continue to be bound by the Terms that were in effect as of the date of your suspension or termination. In the event we suspend or terminate your account or the Terms, you understand and agree that you shall receive no refund or exchange for any unused time on a subscription, any license or subscription fees for any portion of the Services, any content or data associated with your account or for anything else, unless applicable terms provide otherwise.

If you are a Vendor, after your relationship with us is terminated for any reason, we shall be entitled to retain and display all reviews associated with you on the Services as well as basic directory information, including, without limitation, business name, mailing address, website address and telephone number. Without limiting the foregoing or anything else in the Terms, you agree and acknowledge that it shall have no right to have any reviews or your responses thereto removed from the Services during or after termination except to the extent such right is expressly set forth in the Terms.

Remedies for use of our Services that violate the Terms include, but are not limited to, the immediate termination of your membership, notifying our Users of your actions, issuing a warning (including a public warning), temporarily suspending your membership, monetary compensation, and injunctive relief.

## 21. Governing Law; Venue and Jurisdiction

By using the Services, you agree that the laws of the State of Maryland, without regard to principles of conflict of laws of any state or jurisdiction, will govern the Terms and any dispute of any sort that might arise between you and us or any of our affiliates. With respect to any disputes or claims not subject to arbitration, you agree not to commence or prosecute any action in connection therewith other than in the state and federal courts of Maryland, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to, venue and jurisdiction in the state and federal courts of Maryland.

## 22. MANDATORY ARBITRATION AND CLASS ACTION WAIVER

**PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT.**

*Application.* You and we agree that these Terms affect interstate commerce and that the U.S. Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions. This section entitled "Mandatory Arbitration and Class Action Waiver" is intended to be interpreted broadly and governs any and all disputes between you and us. Any and all disputes may include, but are not limited to (i) claims arising out of or relating to any aspect of the relationship between you and us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory; (ii) claims that arose before these Terms or any prior agreement (including, but not limited to, claims related to advertising); and (iii) claims that may arise after the termination of these Terms. The only disputes excluded from the broad prohibition in this subsection entitled "Application" are the litigation of certain intellectual property and small court claims, as provided in the subsection entitled "Exception" below.

*Initial Dispute Resolution.* Most disputes can be resolved without resorting to arbitration. If you have any dispute with us, you agree that you will try to resolve your dispute with us before taking any formal action by contacting us at The Knot Worldwide Inc., 2 Wisconsin Cir., 3rd Floor, Chevy Chase, MD 20815 or policy@theknotww.com. When you contact us, you must provide a brief, written description of the dispute and your contact information. If you have an account with us, you must include the email address associated with your account. Except for intellectual property and small claims court claims (see the subsection entitled "Exception" below), you and we agree to use good faith efforts to resolve any dispute, claim, question, or disagreement directly through consultation with each other. You and we agree to engage in good faith discussions before initiating a lawsuit or arbitration and understand that good faith discussions are a precondition of initiating a lawsuit or arbitration.

*Binding Arbitration.* If we do not reach an agreed-upon solution within a period of sixty (60) days from the time informal dispute resolution is initiated under the Initial Dispute Resolution provision above, then either party may initiate binding arbitration as the sole means to resolve claims (except as provided in the subsection entitled "Exception" below), as long as the party agrees with the terms set forth below.

Specifically, all claims arising out of or relating to these Terms (including the Terms' formation, performance, and breach), the parties' relationship with each other, and/or your use of the Services shall be finally settled by binding arbitration administered by JAMS in accordance with either (i) the JAMS Streamlined Arbitration Procedure Rules, for claims that do not exceed $250,000; or (ii) the JAMS Comprehensive Arbitration Rules and Procedures, for claims exceeding $250,000. The JAMS rules and procedures just identified shall be those effect at the time the arbitration is initiated (not the Last Modified date of these Terms), excluding any rules or procedures governing or permitting class actions.

*Arbitrator's Powers.* The arbitrator (and not any federal, state, or local court or agency) shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of these Terms. Such disputes may include, but are not limited to, any claim that all or any part of these Terms is void or voidable, whether a claim is subject to arbitration, or the question of waiver by litigation conduct. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be written and shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction.

*Filing a Demand.* To start an arbitration, you must do all three of the following: (i) Write a Demand for Arbitration that includes a description of the claim and the amount of damages you seek to recover (you may find a copy of a Demand for Arbitration at www.jamsadr.com); (ii) send three copies of the Demand for Arbitration, plus the appropriate filing fee, to JAMS, 1155 F Street, NW, Suite 1150, Washington, DC 20004; and (iii) Send one copy of the Demand for Arbitration to us at: The Knot Worldwide Inc., 2 Wisconsin Cir., 3rd Floor, Chevy Chase, MD 20815.

To the extent the filing fee for the arbitration exceeds the cost of filing a lawsuit, we will pay the additional cost. If the arbitrator finds the arbitration to be non-frivolous, we will pay the fees invoiced by JAMS, including filing fees and arbitrator and hearing expenses. You are responsible for your own attorneys' fees unless the arbitration rules and/or applicable law provide otherwise.

The parties understand that, absent this mandatory arbitration provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. If you are a resident of the United States, arbitration may take place in the county where you reside at the time of filing, unless you and we both agree to another location or telephonic arbitration. For individuals residing outside the United States, arbitration shall be initiated in Maryland, United States, and you and us agree to submit to the personal jurisdiction of any federal or state court in Maryland in order to compel arbitration, stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator.

*Class Action Waiver.* YOU AND WE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

This means that you and we expressly waive any rights to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provisions set forth above shall be deemed null and void in their entirety and the parties shall be deemed to have not agreed to arbitrate disputes.

*Exception: Litigation of Intellectual Property and Small Claims Court Claims.* Notwithstanding the parties' decision to resolve all disputes through arbitration, either party may bring enforcement actions, validity determinations or claims arising from or relating to theft, piracy, or unauthorized use of intellectual property in state or federal court with jurisdiction or in the U.S. Patent and Trademark Office to protect its intellectual property rights. "Intellectual property rights" means patents, copyrights, moral rights, trademarks, and trade secrets—but does not include privacy or publicity rights. Either party may also seek relief in a small claims court for disputes or claims within the scope of that court's jurisdiction.

*30-Day Right to Opt Out.* You have the right to opt out and not be bound by the arbitration and class action waiver provisions set forth above by sending written notice of your decision to opt out to The Knot Worldwide Inc. Attn: Legal Department, 2 Wisconsin Cir., 3rd Floor, Chevy Chase, MD 20815 or legal@theknotww.com. Your written notice must have the subject line, "ARBITRATION AND CLASS ACTION WAIVER OPT-OUT." The notice must be sent within thirty (30) days of (i) the Effective Date of these Terms; or (ii) your first date that you used the Services that contained any versions of the Terms that included this version of the Mandatory Arbitration and Class Action Waiver, whichever is later.

Otherwise you shall be bound to arbitrate disputes in accordance with this section entitled "Mandatory Arbitration and Class Action Waiver." If you opt out of these arbitration provisions, we also will not be bound by them.

*Changes to This Section.* We will provide thirty (30) days' notice of any material changes to this section by posting notice on the Services or informing you via email, and complying with any other applicable legal notice or consent requirements. Amendments will become effective thirty (30) days after they are posted on the Services or sent to you by email. Changes to this section will otherwise apply prospectively only to claims arising after the thirtieth (30th) day.

If a court or arbitrator decides that this subsection ("Changes to this Section") is not enforceable or valid, then this subsection will be deemed to be severed from the section entitled "Mandatory Arbitration and Class Action Waiver." If this happens, the court or arbitrator shall apply the first Mandatory Arbitration and Class Action Waiver section or similar section in existence after you began using the Services.

*Survival*. This Mandatory Arbitration and Class Action Waiver section shall survive any termination of your use of the Services.

## 23. Claims of Copyright Infringement — DMCA Notice

We take claims of copyright infringement seriously and will respond to notices of alleged copyright infringement that comply with applicable law. If you believe any materials accessible on or from the Services infringe your copyright, you may request removal of those materials from the Services by submitting written notification to our Copyright Agent (designated below).

In accordance with the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act (17 U.S.C. § 512) ("DMCA") the written notice (the "DMCA Notice") must include substantially the following:

- Your physical or electronic signature.
- Identification of the copyrighted work you believe to have been infringed or, if the claim involves multiple works on the Services, a representative list of such works.
- Identification of the material you believe to be infringing in a sufficiently precise manner to allow us to locate that material.
- Adequate information by which we can contact you (including your name, postal address, telephone number and, if available, email address).
- A statement that you have a good faith belief that use of the copyrighted material is not authorized by the copyright owner, its agent or the law.
- A statement that the information in the written notice is accurate.
- A statement, under penalty of perjury, that you are authorized to act on behalf of the copyright owner.

Completed notices should be sent by email to: copyright@theknotww.com or by mail at: The Knot Worldwide Inc., Attn: Legal Department, Two Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815.

If you fail to comply with all of the requirements of Section 512(c)(3) of the DMCA, your DMCA Notice may not be effective. Please be aware that if you knowingly materially misrepresent that material or activity on the Services is infringing your copyright, you may be held liable for damages (including costs and attorneys' fees) under Section 512(f) of the DMCA.

If you believe that material you posted on the Services was removed or access to it was disabled by mistake or misidentification, you may file a counter-notification with us (a "Counter-Notice") by submitting written notification to our copyright agent (identified below). Pursuant to the DMCA, the Counter-Notice

must include substantially the following:

- Your physical or electronic signature.
- An identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access disabled.
- Adequate information by which we can contact you (including your name, postal address, telephone number and, if available, email address).
- A statement under penalty of perjury by you that you have a good faith belief that the material identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.
- A statement that you will consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located (or if you reside outside the United States for any judicial district in which the Services may be found) and that you will accept service from the person (or an agent of that person) who provided the Services with the complaint at issue.

Completed Counter-Notices should be sent by email to copyright@theknotww.com or by mail to:
The Knot Worldwide Inc. Attn: Legal Department, Two Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815.

The DMCA allows us to restore the removed content if the party filing the original DMCA Notice does not file a court action against you within ten business days of receiving the copy of your Counter-Notice. If you knowingly materially misrepresent that material or activity on the Services was removed or disabled by mistake or misidentification, you may be held liable for damages (including costs and attorneys' fees) under Section 512(f) of the DMCA. It is our policy in appropriate circumstances to disable and/or terminate the accounts of users who are repeat infringers.

## 24. Linked Websites

The Services may contain links to other websites or to third-party sellers of products and services. Such links are provided for your convenience only. You access such links at your own risk. We are not responsible for, and do not endorse, the content of any such sites, or the products and services sold on them. We are not responsible for the availability or accuracy of the content on such sites. When you visit a linked site, you should read the terms of use and privacy policy that govern that particular linked website.

## 25. The Services Do Not Provide Medical Advice

- The Services are not intended to provide instructions in the event of an If you believe you may have a medical emergency, call 911 or your local emergency medical system immediately.

- The Services are not an attempt to practice medicine or provide specific medical advice, nor does the use of the Services constitute the provision of treatment to a user or establish a doctor-patient For medical treatment or answers to personal questions, we strongly encourage you to consult with a qualified health care provider. For advice about your own care, please consult with your doctor.
- The Services are for your own general, personal, and educational purposes The Services should not be used as a substitute for a visit with, or the diagnosis or treatment by, a qualified health care provider.
- Application of or reliance on any of the content, techniques, ideas, or suggestions accessed through the Services is at your sole discretion and Do not delay or forgo seeking medical care from a health care provider if you have questions, concerns, or symptoms related to health topics or information that may be presented or referenced on the Services.
- The Services are not intended to provide a substitute for your own sound and reasonably prudent judgment, and are not intended to be for diagnosis or Persons using the Services assume full responsibility for the use of the Services, materials and other information provided, and agree that TKWW, and its Representatives are not responsible or liable for any claim, loss, or damage arising from their use. Your reliance on the Services obtained or used by you is solely at your own risk except as provided by law.

## 26. General Provisions

- *Statute of Limitations.* You agree that regardless of any law to the contrary (including any relevant statutes of limitation), any claim or cause of action that you may have arising out of or related to the use of the Services, or these Terms, must be filed by you within one (1) year after such claim or cause of action accrued or be permanently barred.
- *Section Headings.* The section headings used herein are for convenience only and shall not be given any legal import.
- *Changes.* We retain the right to revise our Services, product and/or service offerings, including the tools made available to you, at any time for any reason including without limitation to comply with any applicable law or regulation. You agree that we will not be liable to you or to any third party for any such modification, suspension or discontinuance.
- *No Agency.* You hereby agree and acknowledge that your provision of services and/or your use of the Services, does not confer or imply any contractor (independent or otherwise), agency, partnership, joint venture, employee-employer or franchisor-franchisee relationship with us and furthermore that no affiliation, association or connection exists between you and us. In no event shall you have authority to bind, commit, contract for, or otherwise obligate us in any manner whatsoever.
- *Electronic Communications.* The communications between you and us via the Services use electronic means, whether you visit the Services or send us an email, or whether we post notices on the Services or communicate with you via email. For contractual purposes, you consent to receive communications from us in an electronic form, and you agree that all terms and conditions,

agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications would satisfy if it were in writing. The foregoing does not affect your non-waivable rights.

- *No Third-Party Beneficiaries.* The Terms are not intended to benefit any third party, and do not create any third-party Accordingly, the Terms may only be invoked or enforced by you or us.
- *No Assignment.* The Terms are personal to you and you may not assign them to anyone.
- *No Modification by Trade Usage/Prior Course of Dealing.* The Terms may not be modified, supplemented, qualified, or interpreted by any trade usage or prior course of dealing not made a part of the Terms by its express terms.
- *Failure to Enforce.* Our failure to enforce at any time any of the provisions of the Terms, to exercise any election or option provided herein, or to require at any time the performance of the other of any of the provisions herein will not in any way be construed as a waiver of such provisions.
- *Unenforceability.* If any provision of the Terms is found to be unlawful, void or for any reason unenforceable, then that provision will be deemed severable from these Terms and will not affect the validity and enforceability of any remaining provisions.
- *Prevailing Terms.* To the extent of any conflict between the Terms in the Terms and any other document made a part of the Terms by its express terms, the Terms of the Terms shall prevail except as otherwise stated in the Terms or when the other document specifically states that it shall prevail.
- *Entire Agreement.* These Terms and any additional terms and conditions that are referenced herein or otherwise may apply to specific areas of the Services, constitute the entire agreement between us and you with respect to the Services.

**Additional Terms Specific to The Bash:**

These additional terms are applicable to the TheBash.com Web and mobile Web pages, and any of our The Bash branded properties ("The Bash"):

## 27. Rules of Conduct

In addition to the rules specified above, there are additional rules of conduct that all Users of the Bash are required to follow. Specifically, you agree not to:

- engage in any tactics, or direct or encourage others to engage in any tactics that attempt to circumvent the Services, The Bash marketplace or The Bash systems to book events or make reservations outside of the Services, the The Bash marketplace or The Bash systems, including any tactics that are designed to avoid paying required fees to The Bash ("Circumventing Tactics");
- contact a Member or potential client with an offer or suggestion to book an event listed on The Bash (i.e., has an assigned The Bash Gig ID number) outside of The Bash;
- interfere with the booking of a Vendor of The Bash;

- contact a client of The Bash in an open or completed event to warn them away from hiring a Vendor of The Bash;
- if you are a Vendor, discourage clients from hiring other The Bash Vendors;
- discourage and/or prevent clients of The Bash from booking your services through The Bash;
- if you are a Vendor, 'farm' out client leads (i.e., taking client leads provided to them and transferring these client leads to non-The Bash Vendors and entities or outside the The Bash Services in any way).
- if you are a Vendor, utilize client leads sent to other The Bash Vendors or Members but not sent to you.

### 28. Event Protection Policy.

By accessing or using The Bash and agreeing to these Terms, you further agree to our Event Protection Policy, which is incorporated herein by reference and located at https://www.thebash.com/event-protection (https://www.thebash.com/event-protection). Notwithstanding the foregoing, if you are a Vendor, you agree that The Bash may take certain actions as it deems appropriate for cancellation of events after confirmation. Such actions may include publishing a review, suspending you from using the Bash or any of the Services or assessing a cancellation fee. The Bash reserves the right, in certain situations and in its sole discretion, to cancel any event or issue a refund for an event made via The Bash or related services. As a Vendor and/or a User, you agree that The Bash should not be liable for any such cancellations or refunds.

### 29. Payments

*Billing Policies.* You are responsible for paying any and all applicable fees (including subscription fees) as set forth on Pricing and Payment Terms of The Bash at https://www.thebash.com/pricing-payments (https://www.thebash.com/pricing-payments) in any agreement entered into (i) through the Services (including for any mobile application or goods or services provided by a User to another User (a "User Provided Service")) or (ii) by clicking through to another digital property or mobile application (including through the Apple App Store) that requires payment; as well as applicable taxes associated with the Services in a timely manner with a valid payment method.

*Chargebacks.* It is the responsibility of the Vendor to issue any refunds to Users via the Services and Users should direct all refund requests to the applicable Vendor. The Bash will not be responsible or liable in any way for refunds or errors in issuing refunds in connection with your use of the Services. Users shall only initiate chargebacks or request refunds in situations where a User has a good faith belief that the charged amount is incorrect, the charge was fraudulent or there was some other error with the billed amount ("Valid Chargeback Request"). If you violate the foregoing, The Bash reserves the right to pursue all remedies available to it, including suspension of your access to the Services.

Fees. When an event is booked by a Client who finds a Vendor on The Bash, The Bash collects a fee, as set forth on our pricing and payment page at https://www.thebash.com/pricing-payments (https://www.thebash.com/pricing-payments) or disclosed to you at your time of registration or at the time the event is booked by the Vendor and Client. Should the Vendor not perform at the event, the fee will be refunded, provided that all refund requests must be provided as specified in the Event Protection Policy at https://www.thebash.com/event-protection (https://www.thebash.com/event-protection).

Lite Memberships. Lite memberships are offered for a three (3) month term. There is no guarantee lite memberships will continue to be offered and/or offered for free after the agreed upon membership length.

## 30. Suspension or Termination of Access

In addition to the reasons already specified in these Terms, The Bash may temporarily suspend or permanently Terminate your membership and/or deactivate the access of a Vendor of Member of the Bash to the Services if it takes any of the following actions, including, but not limited to: (a) engaging in any Circumventing Tactics or otherwise violating these Terms; (b) failing to reply to gig-alert or other e-mails in a timely fashion, (c) falsifying events, client information, reviews, or artificially inflating ratings or event totals, (d) failing to arrive or perform (being a "no-show") for an event or cancelling an event and failing to return the client's deposit or balance payment for said no-show or cancellation, (e) posting contact information (e.g., website URL links and addresses, email links and addresses and telephone numbers) on the Member or Vendor's profile; or (f) similar actions designed to violate the Terms.

## Contact Information for Specific Properties

## 31. Contact Us

If you have any questions or comments regarding these Terms, you can contact us at policy@theknotww.com. If you have questions about a particular TKWW property, you can also contact us using the property-specific contact information as follows:

- The Knot (other than the Knot products listed below): policy@theknotww.com
- The Knot Shop: theknotshop@weddingstar.com
- The Knot Registry Store: policy@theknot.com
- WeddingPro: policy@theknotww.com
- HowTheyAsked: submissions@howtheyasked.com
- The Bump: support@thebump.com
- The Bash: info@thebash.com
- Two Bright Lights: support@twobrightlights.com

💚 (/)

(https://www.theknot.com/)

(https://www.thebump.com/) (https://www.hitched.co.uk/)

(https://www.thebash.com/)

**ABOUT US (https://www.theknotww.com/about-us/)**

**NEWS (https://www.theknotww.com/press-room/)**

**CAREERS (https://www.theknotww.com/careers/)**

**ADVERTISING (https://www.theknotww.com/advertising/)**

**INTERNATIONAL (https://www.theknotww.com/international/)**

**IMPACT (https://www.theknotww.com/impact/)**

Privacy Policy (/privacy-policy/) | Terms of Use (/terms-of-use/) | Web Accessibility (/accessibility-statement/) | CA Privacy (/ca-collection-notice/) | Your Privacy Choices

©2006 – 2025 The Knot Worldwide Inc. (/terms-of-use/)

(https://www.linkedin.com/company/the-knot-worldwide/) (https://www.instagram.com/theknotworldwide/)

E-FILED: Montgomery Circuit Court
Docket: 12/19/2025 8:27 PM; Submission: 12/19/2025 8:27 PM
Envelope: 24337222

# EXHIBIT D

# Your WeddingPro purchase confirmation

**support@weddingpro.com WeddingPro** Thursday, May 21, 2020 at 3:28:40 PM Eastern Daylight Time
To: support@weddingpro.com
To: info@lechateaudecrystale.com

**Your WeddingPro Purchase Confirmation**
*Confirmed date: 05/21/2020*

WEDDINGpro
by The Knot Worldwide Inc.

## SPECIFIC CONTRACT CONDITIONS

### CONTRACT INFORMATION

| | |
|---|---|
| Payment period start | 05/22/2020 |
| Account Manager | Samantha Seidman (sseidman@weddingwire.com) Tel: 800-843-4983 |

### SALES INFORMATION

| | |
|---|---|
| Business name | **Le Chateau de Crystale Events & Fabulous Weddings** |
| Contact person | Katy Daneshvar - Tel: 2484204793 |
| Email | info@lechateaudecrystale.com |

### ORDER SUMMARY

| Product | Price | Discount | Amount |
|---|---|---|---|
| **(TK) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events & Fabulous Weddings (Wedding Florists - Washington DC) 05/22/2020 - 05/21/2021 | **$7,200.00** | **$1,972.75** | **$5,227.25** |
| **(WW) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events & Fabulous Weddings (Wedding Florists - Washington DC) 05/22/2020 - 05/21/2021 | **$7,200.00** | **$1,972.75** | **$5,227.25** |

### Payment conditions

| | |
|---|---|
| Invoice type | Single invoice |
| Type of payment | Credit Card Delayed Payment |
| Number of payments | 12 payments |
| Method of payment | |
| Monthly 50% Reduced 3 Payments | |

### Total

| | |
|---|---|
| **Contract Value** | **$10,454.50** |

**Exhibit 2**
**37**

▸ **COMMENTS**

First installment may take up to 72 hours to process
First 3 monthly installments: $497.83
Remaining 9 monthly installments: $995.67

**Exhibit 2**

**38**

# GENERAL CONDITIONS OF CONTRACT

**THE KNOT WORLDWIDE INC. TERMS OF PURCHASE**

The following terms (the "Terms of Purchase"), along with any Specific Contract Conditions form attached herein or any order form accepted by Customer or entered into between the parties ("Order Form"), the Terms of Use located at https://www.weddingwire.com/corp/legal/terms-of-use (for WeddingWire products and services) and www.theknot.com/terms-and-conditions (for The Knot products and services) ("Terms of Use"), and Privacy Policy located at https://www.weddingwire.com/corp/legal/privacy-policy (for WeddingWire products and services) and www.theknot.com/privacy-policy (for The Knot products and services) ("Privacy Policy," collectively with the Order Form, Terms of Use and Terms of Purchase, the "Agreement"), shall be effective upon execution and/or completion of the purchase process by the business or the individual purchasing goods or services ("Customer," "Advertiser," or "you") from The Knot Worldwide Inc. (hereinafter "TKWW," "we," or "us").

**ACCEPTANCE**. Customer may purchase products and/or services hereunder in a variety of ways including, without limitation: (i) self-service checkout; (ii) email sales quote; (iii) providing a credit card while on the phone with a TKWW sale representative; or (iv) a signed Order Form. Acceptance of this Agreement will be made upon the earlier of (a) written or electronic signature or acceptance of an Order Form, order or services summary, quote, or similar form or contract by Customer; (b) Customer's submission or verification of any advertising or listing/storefront content; and (c) the first display of an advertisement or performance or delivery of the service or other deliverables, unless otherwise agreed upon in the Order Form. Customer's acceptance as provided above indicates that: (i) the information in the Order Form is accurate; (ii) Customer has read, understands and accepts the terms and conditions of this Agreement; and (iii) if not manually signing, Customer adopts this electronic process in lieu of manually signing the Order Form. By completing the purchase transaction, Customer agrees to the terms of this Agreement and agrees to pay for the products and services provided by TKWW with a valid credit card or check payment or other forms of payment accepted by TKWW. Customer may not change the form of payment without TKWW's consent. Payment shall be made in U.S. Dollars, unless otherwise specified in your ordering documents.

**TERM AND AUTORENEWAL**. All storefront services, including your purchase of Spotlight, Featured, and Professional Memberships on The Knot and/or WeddingWire (collectively, "Local Listing Services") and any Add-On Services (as defined below), are entered into as a subscription service and, except as otherwise provided herein, require an initial minimum commitment by Customer of at least twelve (12) months from the contract start date ("Local Listing Subscription"). The term of your Agreement with TKWW (including the Local Listing Subscription), in relation to the products offered, will last for the term specified herein, unless otherwise specified in your Order Form (the "Term"). Even if we give you the option to divide payments for the Term over multiple payment periods, this Agreement is a commitment to purchase one full Term of that membership, subject to the terms of the Termination section, below.

Following the expiration of the Term, each Local Listing Subscription will renew automatically for the same length of time as the then-current Term unless Customer provides at least 5 days' prior written notice of non-renewal prior to the expiration of the then-current Term. TKWW will notify Advertiser of any rate increases prior to Customer's deadline to notify TKWW of non-renewal. If the Order Form states that the Local Listing Subscription does not auto-renew, such Local Listing Subscription will only be renewed at the then-current term if agreed upon by the Customer in writing.

**TERMINATION**. At any time following the completion of the initial Term of at least 12 months of Customer's Local Listing Subscription, any Local Listing Subscription or Add-On Subscription may be terminated by the Customer on written notice to be received at least 5 days prior to your "Billing Date" (the day of the month on which you are billed, regardless of your payment schedule (monthly, quarterly, etc.)), with such termination to be effective on that Billing Date. If notice is not received at least 5 days prior to the next Billing Date, the termination will not be effective until the next monthly Billing Date.

If a Customer has completed a twelve (12) month term on a legacy contract (i.e. a contract you accepted before July 15, 2019) for a WeddingWire local listing, a local listing for The Knot, or both, and you "renew" such contract before July 15, 2020 pursuant to this Agreement, the Customer is entitled to treatment as a "renewal" and eligible for the termination at the next Billing Date per the Termination paragraph above.

TKWW may terminate this Agreement for cause upon five (5) days written notice to Customer of a breach of this Agreement. TKWW may terminate this Agreement, with such termination to be effective on five (5) days notice, if the Customer provides products or services that are competitive to TKWW or its affiliates. In the event of any termination or expiration of this Agreement, TKWW shall retain the right to keep any and all reviews of Customer posted on the TKWW website(s) (the "Site") as well as basic directory information of Customer associated with such reviews, including without limitation, business name, address, and telephone number.

**DISCOUNTS & PRICE INCREASES**. Any discounts or promotional rates for Local Listing Subscriptions and corresponding Add-On Services are only guaranteed for the initial Term of the contract (e.g. twelve (12) months). If an Add-On Subscription is added in the middle of the term of the base Local Listing Subscription, any agreed-upon discounts or promotional rates for the Add-On Subscription will extend for one renewal term for the base Local Listing Subscription, as mutually agreed upon by the parties in writing. Any service with discounted or promotional rates will be subject to an annual increase until the rate card rate(s) for such service(s) is hit. Any rate increase will be communicated in writing prior to the date on which notice of non-renewal is required. Please note that in addition to the amounts payable as provided above with respect to basic Local Listing Services and Add-Ons, if discounts were applied in connection with any terminated service (including, without limitation, any service discounted as part of a bundle), upon termination of any such service, TKWW reserves the right to charge increased future rates to make up for such discounts. To the extent you buy a TKWW bundled product that is discounted, you agree that you may not terminate only one of the products in the bundle. The customer may only terminate the entire bundle in a manner authorized under the Termination section under the Agreement. Repurchase of only a part of a bundled product may result in the loss of any discounts associated with a bundled product.

**ADD-ON SERVICES, GENERALLY**. All additional internet services sold with local listings beyond base Local Listing Services, including: (a) Secondary Local Listing Services (a secondary regions or category outside of the defined primary Local Local Listing product (region or category)); (b) Buzz Badges; (c) Banner Ads; (d) Local Homepage Badge, Event Listings, Local Deals; and (e) Best of Wedding Services (collectively "Add-Ons" or Add-On Services") will be based on the pricing set forth in this Agreement, and otherwise on the same terms and conditions as the Local Listing Subscription, including with respect to the term length, renewals, and payment date(s), and will be cancelable under the same terms as in the Local Listing Subscription termination paragraph (e.g., must have completed twelve (12) months of the Local Listing Subscription). A subscription for Add-On services will be known as an "Add-On Subscription."

**OTHER, SEPARATE PRODUCTS NOT SOLD WITH LOCAL LISTINGS OR ADD-ON PRODUCTS**.

Print Services. All print services require a commitment of two publication cycles (twelve (12) months) to qualify for any discounted rate offered in connection therewith. Following this initial Term, print services commitments renew automatically for successive twelve (12) month periods as indicated in this Agreement. If this Agreement or Order Form states that the services do not auto renew, the print services will only be renewed at the end of the then-current term if agreed upon by the Customer in writing. Print services may be terminated by Customer at any time following the initial twelve (12) month period with written notice of termination to TKWW as long as written notification is received by TKWW a minimum of ninety (90) days prior to the fulfillment date of the applicable print cycle. If such written notice is not received by TKWW a minimum of ninety (90) days prior to the fulfillment date of the applicable print cycle, then TKWW may collect payment for and continue the print services through the following print issue. If for any reason (in TKWW's sole discretion),TKWW allows Customer to terminate the print services after one publication cycle (six (6) months), Customer may be charged an amount equal to 100% of the amounts due under the agreement through the remainder of the then-current twelve (12) month term. Such payments will be due and payable immediately upon termination of the services. Any discounts or promotional rates for print services are only guaranteed for the initial term of the contract (e.g. twelve (12) months). Any service with discounted or promotional rates will be subject to an annual increase, until the rate card rate(s) for such service(s) is hit. Any rate increase will be communicated in writing prior to the renewal date.

*Bridal Show Newsflash*. The Bridal Show Newsflash service is a one-time event and must be paid in full prior to the launch date. Multiple Bridal Show Newsflashes may be purchased and are based upon availability of inventory. Cancellation requests must be made at least thirty (30) days from the date of service. Any deposits are forfeited upon cancellation.

*Local Select Email*. This service is a one-time event and must be paid in full prior to the launch date. Multiple Local Select Emails may be purchased and are based upon availability of inventory. Cancellation requests must be made at least 30 days from the date of service. Any deposits are forfeited upon cancellation.

**ADVERTISEMENT CREATIVE AND DESIGN MAINTENANCE RESPONSIBILITY**.

**Internet**. If TKWW is to create the advertisement or other deliverables, or if Customer is to provide advertising or service components (in full or in part) to TKWW, then Customer agrees that it will provide the necessary information to meet the applicable deadlines and perform the services as outlined in the Specific Contract Conditions. This information (including but not limited to text, pictures, graphics, sound, video, programming code, URLs, Internet links and other data to perform such service) must be provided to TKWW on or before the due date(s) established by TKWW, but in no case less than five (5) days prior to launch date of said advertisement or service. If Customer postpones any advertisement or service, fails to provide necessary Customer information or approvals (in a timely manner) or fails to comply with TKWW's production specifications or schedule, and such failure prohibits TKWW from meeting its launch deadlines, there will be no reduction in the amount owed to TKWW and TKWW shall not be obligated to provide Customer any "make good" or Term extension or otherwise provide alternative services, and TKWW does not guarantee the start date of the Term. In such cases, and where the Specific Contract Conditions consist of multiple components, TKWW reserves the right to reallocate the value of the delayed or failed component to other components to be published, displayed or performed during the Term.

***Print***. As referred to in the Specific Contract Conditions, if TKWW is to create the advertisement or camera-ready art, then Customer agrees that it will provide the necessary information to create an advertisement or camera- ready art to TKWW in accordance with the instructions of TKWW on or before the date(s) established by TKWW as the closing date for the publication, but in no case later than "camera-ready" date for the applicable publication (which, unless otherwise specified in the Specific Contract Conditions, such date is the date that is eight (8) weeks prior to the publication date of the publication in which the advertisement is to appear). If Customer postpones any advertisement or service or fails to provide the necessary information to create a print advertisement, TKWW, at its discretion, may create such advertisement. There shall be no reduction in the amount owed to TKWW under this Agreement in the event Customer fails to provide the necessary information to create an advertisement or camera-ready art before the deadline referred to above.

***Usage of Material***. All advertisements created by TKWW are for the sole purpose of promoting Customer's products or services to TKWW's audience and may not be replicated, distributed or promoted by a third party without the prior written approval of TKWW.

***Ad Proof***. TKWW will provide a maximum of three proofs or revisions for an advertisement or service, which consists of the original submission of the advertisement or product plus two revisions. TKWW may provide additional proofs or proofs for custom content at its published rate for such work as may be in effect from time to time or as specified in the Specific Contract Conditions. Upon TKWW's provision of a proof or revision to Customer or notification to Customer that the advertisement has been published, Customer has two (2) business days to provide corrections to TKWW's proof or revision. If Customer has not contacted TKWW within two (2) business days after notification by TKWW, it is agreed by Customer that the proof or revision is in acceptable form and may be published without further revision.

***License***. To the extent owned (or licensed) by Customer, Customer hereby grants to TKWW a non-exclusive, royalty-free, worldwide license (or sub-license) to use, reproduce, distribute, create derivative works of, publicly perform, publicly display and digitally perform such advertisement or service and all constituent parts. Any advertisement or service created in whole or in part by TKWW shall be owned by, and all rights therein are hereby reserved to, TKWW.

***Approval of Advertisement and Service***. TKWW reserves the right to reject advertisements and services at its sole discretion. All advertisements and services must satisfy the advertising criteria or specifications of TKWW and the sites, mobile or other properties, or publications in which the advertisement or services are to appear, including, but not limited to, content limitations, technical specifications, privacy policies, website or mobile terms of use, standards regarding obscenity or indecency, and other content or advertising policies (collectively, "Policies"), as well as any applicable law, regulation, judicial or administrative order. Without limiting the foregoing, a Customer may only advertise one Customer brand and location per advertisement (e.g., no group advertising, or advertising multiple brands or locations in one storefront, advertising any third party brand, etc.).

***Removal of Advertisement***. With respect to any advertisement or service, or any site or mobile or other property, to which an advertisement or service is linked, TKWW reserves the right to remove such advertisement or service at its sole discretion that (a) does not comply with the Policies or any applicable law, regulation or judicial or administrative order; (b) brings or may tend to bring disparagement, ridicule or scorn upon TKWW; or (c) has not been paid for in accordance with this Agreement.

**TKWW ADVERTISING NETWORKS**. TKWW works with a number of third parties to help provide advertising services. There is no guarantee that during the Term any third-party advertisers will remain the same. Third party advertisers may be added or removed at any time without notice to Customer.

**PRODUCT UPGRADES AND CHANGES**.

TKWW is constantly reviewing, testing and evolving its product and service offerings to strive to provide its Customers and other users with the best suite of options available. TKWW retains the right to revise its product and/or service offerings, including the tools made available to you, at any time without notice, in our sole discretion, for any reason, including without limitation to comply with any applicable law or regulation. Such changes may include, without limitation, the operation of our products and services, including the order and manner in which advertisements appear on them, the way that services are delivered, and the way that new customers are charged for services. You agree that we may test, implement, remove or modify features of our products and services at any time without notice.

**LIMITATION ON SPACE**. TKWW reserves the right to limit the amount of space afforded to any one customer or any category of advertising (whether by product line or motif) appearing in any of its websites, mobile or other properties, and publications.

ADDITIONAL AGREEMENTS You hereby agree to abide by and be subject to the Terms of Use and Privacy Policy as they are posted on the Site and as they may be amended from time to time by TKWW.

**OTHER AGREEMENT AND ACTIVITIES**. Nothing set forth in this Agreement shall restrict TKWW from (a) entering into agreements with other customers, whether or not competitive with Customer (unless otherwise specified in the Agreement); and/or (b) engaging in any activity, including, without limitation, selling goods and/or providing services of any kind whatsoever.

**MODIFICATION OF PROPERTIES**. TKWW reserves the right to redesign or modify, or cause the redesign or modification of, the organization, structure or "look and feel" of its websites, mobile and other properties, and publications, the policies and any services provided hereunder, at any time without notice.

**MODIFICATION OF PUBLICATIONS AND SERVICES**. TKWW reserves the right to add, modify or discontinue services or publications at any time by providing notice to Customer, notwithstanding any commitment required by Customer hereunder. In such cases, TKWW may cancel any or all of the services it has agreed to provide under this Agreement at any time, in its sole discretion. Any added or modified service shall not give rise to any right of cancellation or termination in favor of Customer or any other remedy.

**REMEDY FOR UNDER-DELIVERY**. TKWW cannot guarantee to the Customer a specific date of publication. Should TKWW fail to provide the advertisement, services or other deliverables as set forth in the Agreement, Customer's sole and exclusive remedy shall be to have TKWW deliver the advertisement, service or other deliverables as soon as commercially reasonable. In no event will any sums paid to TKWW be refundable for any reason except as otherwise provided in this Agreement.

**USAGE STATISTICS**. If TKWW provides Customer with usage statistics, they will be in a format determined by TKWW. Advertiser may not distribute or disclose usage statistics to any third party without TKWW's prior written consent. TKWW shall use commercially reasonable efforts to review the accuracy of such information; however, it does not guarantee the accuracy, reliability or completeness of any usage statistics. In no event shall TKWW assume any liability to Customer for usage statistics provided to TKWW by third parties. If Customer requires, and TKWW agrees to provide, any usage statistics or other reports that TKWW does not currently provide to customers in the ordinary course of business, TKWW will use commercially reasonable efforts to provide such information, provided that the terms for TKWW's providing such reports shall include at least one (1) business week turn-around period for the provision of such usage statistics or reports.

**CUSTOMER RESPONSIBILITIES REGARDING OTHER SERVICES**. Customer is responsible for operation of any other tools or services provided by TKWW to Customer, including keeping current its business and contact information, sending information and responding to client or prospective clients. TKWW is not responsible for the content of any contracts, communications, or interactions (the "Interactions") between Customer and its clients using TKWW-provided tools or services and shall have no liability for such Interactions. Further, TKWW is not responsible for any losses Customer may incur as a result of relying on information provided to Customer by its clients or other third parties, whether or not such information was provided via the Site and even if TKWW was advised of the possibility of such losses.

**LEAD LISTS**. Customer agrees that any list of leads (or other prospect information) ("Leads") delivered to Customer shall be used solely for the purpose of marketing Advertiser's products to such Leads and not by any other entity or business without the prior written consent of TKWW. Customer further agrees that it will neither solicit nor allow others to solicit any Leads with promotional material of businesses other than Customer. Customer acknowledges that names and dates on Leads lists are the sole property of TKWW and Customer hereby agrees not to disclose, sell or make known the names and dates on any such Leads list. Customer further agrees not to use names on any Leads list for bridal shows or other special events in which non-advertisers participate without the prior written consent of TKWW. Customer will not subject any person named on any Leads list to any form of high-pressure sales tactics or otherwise use Leads information in violation of applicable law, rule, regulation or industry standard. Any breach of this provision shall be considered a material breach of this Agreement and will entitle TKWW to terminate this Agreement in accordance with the Termination provisions contained herein. Advertiser acknowledges that the Leads are provided to Advertiser "as-is," and that TKWW will have no liability to Advertiser or any of its affiliated companies, licensees, customers, marketing partners, or other third parties concerning the information (including the accuracy thereof) contained in the Leads. Advertiser represents, warrants and covenants that it will treat the Leads as Confidential Information (defined below) of TKWW, not disclose the Leads and information therein to any third party, use the Leads solely for the purposes described herein, and to transmit, store, and otherwise handle the Leads and information contained therein pursuant to applicable law, rule, regulations and industry standard. Without limiting the foregoing, Advertiser will destroy the Leads (including, without limitation, purging the Leads from its systems) immediately upon completion of the applicable permitted use (and in no event later than five (5) days following the completion of such use). Advertiser acknowledges and agrees that due to the unique nature of the Leads, money damages would be insufficient to remedy any breach of its obligations hereunder, and that breach of this letter would result in irreparable harm to TKWW, and therefore, that upon any such breach or any threat thereof, TKWW will be entitled to obtain appropriate equitable relief in addition to whatever remedies it might have at law (without being required to post a bond or other security, which requirement Advertiser hereby agrees to waive).

CHANGING ACCOUNTS AND/OR UPGRADING OR ADDING PRODUCTS & SERVICES. Customer may add or upgrade additional products and/or services at any time by contacting Customer's TKWW account manager. Only individuals who are authorized users of the Customer account may request changes (including, without limitation, name changes, transfers of the account to a different entity, or termination of the account) to Customer account or additional products and services. If a Customer upgrades an existing product or service and signs a new contract, any unused portion of the preexisting Term may be applied to the new contract as a credit. The term for any add-on products or services will be deemed to be coterminous with the original product or service to which such add-on applies, unless otherwise specified in your ordering documents. The fees for new products and services will be based upon the then current, generally applicable fees.

**NONTRANSFERABILITY OF PRODUCTS & SERVICES**. The products and/or services purchased are valid only for the Customer, and in the membership category and region specified at the time of purchase and may not be transferred either to a different customer or by the same Customer to a different category or region.

**U**.S. DOLLARS & U.S. TRADE REGULATIONS. Customers in the U.S. will be billed in U.S. Dollars and subject to U.S. payment terms. In no event shall any transactions be in violation of U.S. trade regulations.

**TAXES; NO REFUNDS**. Except as specifically provided in the Agreement, there shall be no refunds for products and/or services provided by TKWW. All amounts required to be paid hereunder do not include any amount for taxes or levy (including interest and penalties). Customer shall pay all applicable taxes which TKWW is required to collect or remit to applicable tax authorities including, without limitation, sales, use, value-added tax, excise, property, or other similar taxes or levies.

**CREDIT CARDS**. If TKWW is authorized by Customer to charge Customer's credit card and TKWW is unable to process Customer's credit card, or if any fee is otherwise not paid on time, then TKWW may revoke access to Customer's account.

**NONPAYMENT**. If the Customer does not make payments on time based on their payment schedule, TKWW reserves the right to temporarily suspend access to Customer's account or permanently terminate Customer's Agreement. Following such delinquency, if Customer wants to reinstate Customer's account with TKWW after termination, Customer must contact a billing representative and: (a) pay the outstanding balance in full; and (b) execute a new one year agreement with payment made via credit card.

Any partial payments made by Customers will first be applied to the oldest, outstanding fees owed to TKWW, including interest.

**EARLY BUY-OUT**. Customer, at any time during the Term, may buy out the remaining amount for such term with one-time payment equal to the remaining fee due for the remainder of the Term. Upon TKWW receiving such payment, the Customer may choose to downgrade its Listing.

**INCORRECT BILLING**. If Customer believes TKWW has billed Customer incorrectly, Customer must contact TKWW Member Services at support@weddingpro.com in writing no later than thirty (30) days after such charge. No refunds will be given for any charges which are more than ninety (90) days old.

**DISPUTES AMONG MEMBERS; RELEASE**. Customer is solely responsible for its interactions with other TKWW members, Customers and other users (collectively “TKWW Users”) when TKWW is not a party to any such disputes. TKWW reserves the right, but has no obligation, to monitor disputes between Customer and other TKWW Users. Customer agrees to release TKWW, its affiliates, and their respective officers, directors, agents, representatives and employees from all claims, demands and damages (actual and consequential) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any dispute, directly or indirectly, between Customer, its affiliates, and their respective officers, directors, agents, representatives or employees, on the one hand, and any other TKWW User, on the other hand. If Customer is or could be deemed a California resident, Customer hereby waives California Civil Code §1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**DATA OWNERSHIP & PRIVACY**. Unless otherwise specified in the Order Form, any data that is collected on the websites or mobile or other properties of TKWW or its Affiliates, whether or not personally identifiable and whether or not in connection with the advertisement and service, is the sole property of TKWW or its Affiliates. See the Terms of Use for provisions relating to rights in submitted content.

**CONFIDENTIALITY**. Any marked confidential information and proprietary data provided by TKWW, including the pricing and other information set forth in the Specific Contract Conditions and these terms and conditions, shall be deemed “Confidential Information” of TKWW. Confidential Information shall also include information provided by TKWW, which under the circumstances surrounding the disclosure would be reasonably deemed confidential or proprietary. Confidential Information, whether disclosed by or received from TKWW orally or in writing, shall not be disclosed by Customer to anyone except an employee or agent who has a need to know same, and who is bound by confidentiality obligations at least equal to those required under the Agreement. Customer shall not use any portion of Confidential Information for any purpose other than those provided for under this Agreement. Without limiting the foregoing, Customer shall use at least the same degree of care which it uses to prevent disclosure of its own confidential information of like importance, but in no event less than reasonable care, to prevent the disclosure of Confidential Information disclosed to it by or received from TKWW. Customer acknowledges that any breach of its obligations with respect to TKWW's Confidential Information hereunder is likely to cause or threaten irreparable harm to TKWW, and accordingly the parties agree that in the event of such breach TKWW shall be entitled to equitable relief to protect its interest therein, including but not limited to preliminary and permanent injunctive relief, as well as monetary damages. Upon the request of TKWW, or in any event upon any termination or expiration of the Term, Customer shall return to TKWW all materials which contain, embody, reflect or reference all or any part of any Confidential Information of TKWW.

**PUBLICITY**. Customer will not use the trade name, trademarks, or logos of TKWW in a public announcement (including, but not limited to, through any press release or in any manner subject to the restriction contained in the Usage of Material section of this Agreement) regarding the existence or content of this Agreement or otherwise without the prior written approval of TKWW.

REPRESENTATION AND WARRANTY The person consenting to this Agreement represents and warrants that: (i) such person has authority to enter into this Agreement on behalf of Customer; (ii) Customer's entering into this Agreement does not violate any other rights, obligations, regulations or laws; (iii) Customer has obtained all necessary rights for any content that it provides to TKWW and that TKWW's use of such content will not be defamatory or harassing or violate any third-party rights, including rights of publicity, privacy, and intellectual property rights, or violate any law or regulation; and (iv) any user with access to Customer's account shall be deemed an authorized user of such account. TKWW reserves the right to rely on the representations and warranties made by any user of Customer's account when providing the services to Customer.

**ELECTRONIC SIGNATURES AND AGENTS**. Unless otherwise specified, the term “written” shall include paper, fax or email communication. Without limiting the foregoing or any of the acceptance methods listed in this Agreement, any documents executed by both parties in connection herewith, if applicable, may be executed in any number of written counterparts (which may be done by electronic or other customary means), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, the parties desire to facilitate certain transactions pursuant to this Agreement by exchanging documents, records and signatures electronically or by utilizing electronic agents. The use of electronic facilities or agents shall be in accordance with procedures established by TKWW and governed by the provisions of applicable laws, rules and regulations.

**INDEMNITY**. Customer agrees to indemnify and hold TKWW, our affiliates, and our and their respective officers, directors, agents, and employees harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising in any manner in whole or in part out of Customer's use of the Site, or its violations of its representations, warranties or obligations under the Agreement.

**WARRANTY EXCLUSION** THE PRODUCTS AND/OR SERVICES PROVIDED BY TKWW ARE PROVIDED "AS IS", "AS AVAILABLE" WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT POSSIBLE PURSUANT TO APPLICABLE LAW, TKWW DISCLAIMS ALL WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT OR OTHER VIOLATION OF RIGHTS. THE PRODUCTS AND/OR SERVICES MAY BE SUBJECT TO LIMITATIONS, DELAYS, AND OTHER PROBLEMS (THE "FORCE MAJEURE EVENTS"), INCLUDING, WITHOUT LIMITATION, WARS, TERRORIST ATTACKS, STRIKES, RIOTS, EARTHQUAKES, HURRICANES, TORNADOES, VOLCANOES, MAJOR WEATHER EVENTS, INTERNET CONGESTION, ATTACKS ON OR FAILURE OF INFRASTRUCTURE, TROJAN, VIRUS OR MALWARE, AND DENIAL OF SERVICE (DOS) ATTACKS. TKWW IS NOT RESPONSIBLE FOR ANY DELAYS, DELIVERY FAILURES, OR OTHER DAMAGE RESULTING FROM ANY FORCE MAJEURE EVENT.

**LIMITED LIABILITY** IN NO EVENT SHALL TKWW, OUR AFFILIATES, AND OUR OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, OR OUR SUPPLIERS BE LIABLE TO CUSTOMER OR ANYONE ELSE FOR INDIRECT DAMAGES, LOST PROFITS, ANY SPECIAL, INCIDENTAL, RELIANCE, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OF ANY KIND WHATSOEVER ARISING OUT OF OR RELATING TO THE USE OF OR INABILITY TO USE THE SITE, FOR USE OF ANY COUPONS OR OTHER PROMOTIONAL DISCOUNTS, OR FOR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION CONTAINED ON THE SITE, WHETHER IN AN ACTION FOR BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. TKWW'S LIABILITY, AND THAT OF OUR AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND SUPPLIERS, IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF THE AMOUNT OF FEES YOU PAY TO TKWW IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY OR $100, NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. FOR THOSE JURISDICTIONS THAT DO NOT PERMIT LIMITATION OF LIABILITY FOR GROSS NEGLIGENCE, THIS LIMITATION OF LIABILITY SHALL NOT APPLY TO ANY WILLFUL, WANTON, INTENTIONAL, OR RECKLESS MISCONDUCT, OR GROSS NEGLIGENCE OF TKWW.

**GOVERNING LAW**. This Agreement is governed by the laws of the State of Maryland ("Governing Law"), without regard to principles of conflict of laws of any state or jurisdiction.

**NOTICE OF DISPUTE**. If you have a dispute with us regarding the Site or services, you must first send written notice to us at support@weddingpro.com. We will attempt to resolve any disputes you have with us. Because we are a neutral venue we are not responsible for resolving any disputes between you and other Users regarding services or transactions. The parties agree to negotiate resolution of the dispute in good faith for no less than sixty (60) days after you provide notice of the dispute. If we do not resolve your dispute within sixty (60) days from receipt of notice of the dispute, either party may pursue a claim in arbitration pursuant to the terms of this Agreement.

**ARBITRATION, CLASS-ACTION WAIVER & JURY WAIVER**

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND US TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION.

*Agreement to Binding Arbitration*. You understand and agree that any dispute, claim, or controversy arising out of or relating to this Agreement, the parties' relationship with each other and/or your use of and access to the Site or the services, including, but not limited to, claims as to whether any services rendered by us or persons employed or engaged by us were improperly, negligently, or incompetently rendered, and any claim or controversy as to arbitrability ("Dispute"), shall be finally, and exclusively, settled by arbitration. shall be finally and exclusively resolved by binding arbitration administered by the American Arbitration Association ("AAA") in accordance with the provisions of AAA's Commercial Arbitration Rules and Mediation Procedures and Consumer-Related Disputes Supplementary Procedures, excluding any rules or procedures governing or permitting class actions, and not by a lawsuit or resort to court process, except as Maryland or any other applicable state law provides for judicial review of arbitration proceedings. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve any and all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this agreement to arbitrate, including, but not limited to any claim that all or any part of this agreement is void or voidable. The parties agree to treat the arbitration proceedings and any related discovery confidential. The terms of this section govern in the event they conflict with the rules of the AAA.

*Venue*. You agree that any arbitration shall be conducted in Montgomery County, Maryland. The arbitrator shall be selected pursuant to the AAA rules. Should no AAA rule regarding Maryland selection of an arbitrator be in effect, the User shall select an arbitrator from a panel of arbitrators acceptable to TKWW. In any arbitration, the parties will split the cost of the filing fee, plus the costs associated with the first day of arbitration, with the remaining costs of arbitration paid by the non-prevailing party, provided, however, that in Maine any cost to the consumer shall be limited to the cost of filing a court case. To begin the arbitration process, a party must make a written demand therefore.

*Class Action and Class Arbitration Waiver*. The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the agreement to arbitrate set forth in this section shall be deemed null and void and the parties shall be deemed to have not agreed to arbitrate disputes.

YOU ACKNOWLEDGE AND AGREE THAT BOTH PARTIES TO THIS AGREEMENT ARE GIVING UP THEIR CONSTITUTIONAL RIGHT TO HAVE SUCH DISPUTE DECIDED IN A COURT OF LAW BEFORE A JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, OR ANY OTHER REPRESENTATIVE PROCEEDING.

You may cancel your agreement to arbitrate (not the entire Agreement) by giving written notice to us within 30 days of the date of your acceptance of this Agreement, or 30 days after we provide notice of material changes made to this section of this Agreement. You should send your cancellation of arbitration notice to support@weddingpro.com with the following information: (i) your name; (ii) your email address; (iii) your mailing address; and (iv) a statement of your wish not to resolve disputes with us through arbitration. Your notice to opt-out of arbitration only applies to this Agreement; if you previously entered into other arbitration agreements with us or enter into other such agreements in the future, your notification that you are opting out of the arbitration terms of this Agreement shall not affect the other arbitration agreements between the parties. Should you choose to withdraw from the arbitration provision, all other provisions of this Agreement shall remain in full force and effect.

*Jury Trial Waiver*. If for any reason a claim proceeds in court rather than arbitration, each party waives any right to a jury trial and elect instead to have the dispute be resolved by a judge.

**SUCCESSORS AND ASSIGNS**. The terms of this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of the parties; provided, however, that neither this Agreement nor any rights hereunder may be assigned or otherwise transferred by Customer, either voluntarily or by operation of law, without the prior written consent of TKWW, and any attempt to do so will be null and void. TKWW reserves the right to assign this Agreement in its discretion.

**TITLES AND SUBTITLES**. The titles, subtitles and defined terms used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

**ENTIRE AGREEMENT**. This Agreement, including any documents incorporated by reference, shall constitute the entire agreement between the parties regarding the subject matter hereof and supersede all proposals and prior discussions and writings between the parties with respect thereto. Notwithstanding any language to the contrary therein, no terms or conditions stated in a Customer purchase order or in any other Customer order documentation (not provided by TKWW) shall be incorporated into or form any part of this Agreement, and all such terms or conditions shall be null and void, unless otherwise agreed to by TKWW in writing. This is a subscription agreement for use of products and services and not an agreement for sale. Customer acknowledges that it/he/she is obtaining only a limited right to such products and services and that, irrespective of any use of the words "purchase", "sale" or like terms hereunder, no ownership rights are being conveyed to Customer under this Agreement. Further, Customer acknowledges that the products and services are offered as an online, hosted solution, and that Customer has no right to obtain or retain a copy of any of the products or services unless otherwise stated herein.

**MODIFICATIONS**. The parties agree that this Agreement cannot be altered, amended or modified, except by a writing signed by an authorized representative of each party.

**NO WAIVER**. No failure or delay in enforcing any right or exercising any remedy will be deemed a waiver of any right or remedy.

**SEVERABILITY AND REFORMATION**. Each provision of this Agreement is a separately enforceable provision. If any provision of this Agreement is determined to be or becomes unenforceable or illegal, such provision shall be reformed to the minimum extent necessary in order for this Agreement to remain in effect in accordance with its terms as modified by such reformation.

**LANGUAGE**The parties have expressly agreed that this Agreement and all ancillary agreements, documents or notices relating thereto be drafted solely in the English language. Les parties aux présentes ont expressément convenu que ce accord et toute autre convention, document ou avis y afférent soient rédigés en anglais seulement.

**CONTACT INFO** For all questions related to billing, please contact TKWW at 11106 Mockingbird Dr. Omaha, NE 68137 or by contacting us at 8332121710

© 2020 The Knot Worldwide Inc. All rights reserved. 2 Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815. WeddingPro is a trademark of The Knot Worldwide Inc.

**Exhibit 2**
**40**

# EXHIBIT F

**Your WeddingPro Purchase Confirmation**
*Confirmed date: 04/16/2021*
*Contract No: 476923*

WEDDINGpro
by The Knot Worldwide Inc.

## SPECIFIC CONTRACT CONDITIONS

### ▶ CONTRACT INFORMATION

| | | | |
|---|---|---|---|
| Contract Type | - Renewal 1 year | | |
| Payment period start | 05/22/2021 | Payment period end | 05/21/2022 |
| Account Manager | Samantha Seidman (sseidman@weddingwire.com) Phone: 800-843-4983 | | |

### ▶ SALES REP DETAILS

| | |
|---|---|
| Name Sales Rep | **Le Chateau de Crystale Events & Fabulous Weddings** |
| Contact person | Katy Daneshvar - Phone: 2484204793 |
| Enquiry Email | info@lechateaudecrystale.com |

### ▶ CONTRACTED SERVICES

| Product | Cost * |
|---|---|
| **(TK) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC)<br>05/22/2021 - 05/21/2022 | **$6,272.70** |
| **(WW) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC)<br>05/22/2021 - 05/21/2022 | **$6,272.70** |

### ▶ Payment conditions

| | |
|---|---|
| Billing type | Single invoice |
| Payment type | Credit Card Start Date |
| Number of Payments | 12 payments |
| Method of payment | Monthly |

### ▶ Total Order

| | |
|---|---|
| **Total rate** | **$12,545.40** |

**Exhibit 2**

**42**

## GENERAL CONDITIONS OF THE CONTRACT

**THE KNOT WORLDWIDE INC. TERMS OF PURCHASE**

The following terms (the "Terms of Purchase"), along with any Specific Contract Conditions form attached herein or any order form accepted by Customer or entered into between the parties ("Order Form"), the Terms of Use located at https://www.weddingwire.com/corp/legal/terms-of-use (for WeddingWire products and services) and www.theknot.com/terms-and-conditions (for The Knot products and services) ("Terms of Use"), and Privacy Policy located at https://www.weddingwire.com/corp/legal/privacy-policy (for WeddingWire products and services) and www.theknot.com/privacy-policy (for The Knot products and services) ("Privacy Policy," collectively with the Order Form, Terms of Use and Terms of Purchase, the "Agreement"), shall be effective upon execution and/or completion of the purchase process by the business or the individual purchasing goods or services ("Customer," "Advertiser," or "you") from The Knot Worldwide Inc. (hereinafter "TKWW," "we," or "us").

**ACCEPTANCE**. Customer may purchase products and/or services hereunder in a variety of ways including, without limitation: (i) self-service checkout; (ii) email sales quote; (iii) providing a credit card while on the phone with a TKWW sale representative; or (iv) a signed Order Form. Acceptance of this Agreement will be made upon the earlier of (a) written or electronic signature or acceptance of an Order Form, order or services summary, quote, or similar form or contract by Customer; (b) Customer's submission or verification of any advertising or listing/storefront content; and (c) the first display of an advertisement or performance or delivery of the service or other deliverables, unless otherwise agreed upon in the Order Form. Customer's acceptance as provided above indicates that: (i) the information in the Order Form is accurate; (ii) Customer has read, understands and accepts the terms and conditions of this Agreement; and (iii) if not manually signing, Customer adopts this electronic process in lieu of manually signing the Order Form. By completing the purchase transaction, Customer agrees to the terms of this Agreement and agrees to pay for the products and services provided by TKWW with a valid credit card or check payment or other forms of payment accepted by TKWW. Customer may not change the form of payment without TKWW's consent. Payment shall be made in U.S. Dollars, unless otherwise specified in your ordering documents.

**TERM AND AUTORENEWAL**. All storefront services, including your purchase of Spotlight, Featured, and Professional Memberships on The Knot and/or WeddingWire (collectively, "Local Listing Services") and any Add-On Services (as defined below), are entered into as a subscription service and, except as otherwise provided herein, require an initial minimum commitment by Customer of at least twelve (12) months from the contract start date ("Local Listing Subscription"). The term of your Agreement with TKWW (including the Local Listing Subscription), in relation to the products offered, will last for the term specified herein, unless otherwise specified in your Order Form (the "Term"). Even if we give you the option to divide payments for the Term over multiple payment periods, this Agreement is a commitment to purchase one full Term of that membership, subject to the terms of the Termination section, below.

Following the expiration of the Term, each Local Listing Subscription will renew automatically for the same length of time as the then-current Term unless Customer provides at least 5 days' prior written notice of non-renewal prior to the expiration of the then-current Term. TKWW will notify Advertiser of any rate increases prior to Customer's deadline to notify TKWW of non-renewal. If the Order Form states that the Local Listing Subscription does not auto-renew, such Local Listing Subscription will only be renewed at the then-current term if agreed upon by the Customer in writing.

**TERMINATION**. At any time following the completion of the initial Term of at least 12 months of Customer's Local Listing Subscription, any Local Listing Subscription or Add-On Subscription may be terminated by the Customer on written notice to be received at least 5 days prior to your "Billing Date" (the day of the month on which you are billed, regardless of your payment schedule (monthly, quarterly, etc.)), with such termination to be effective on that Billing Date. If notice is not received at least 5 days prior to the next Billing Date, the termination will not be effective until the next monthly Billing Date.

If a Customer has completed a twelve (12) month term on a legacy contract (i.e. a contract you accepted before July 15, 2019) for a WeddingWire local listing, a local listing for The Knot, or both, and you "renew" such contract before July 15, 2020 pursuant to this Agreement, the Customer is entitled to treatment as a "renewal" and eligible for the termination at the next Billing Date per the Termination paragraph above.

TKWW may terminate this Agreement for cause upon five (5) days written notice to Customer of a breach of this Agreement. TKWW may terminate this Agreement, with such termination to be effective on five (5) days notice, if the Customer provides products or services that are competitive to TKWW or its affiliates. In the event of any termination or expiration of this Agreement, TKWW shall retain the right to keep any and all reviews of Customer posted on the TKWW website(s) (the "Site") as well as basic directory information of Customer associated with such reviews, including without limitation, business name, address, and telephone number.

**DISCOUNTS & PRICE INCREASES**. Any discounts or promotional rates for Local Listing Subscriptions and corresponding Add-On Services are only guaranteed for the initial Term of the contract (e.g. twelve (12) months). If an Add-On Subscription is added in the middle of the term of the base Local Listing Subscription, any agreed-upon discounts or promotional rates for the Add-On Subscription will extend for one renewal term for the base Local Listing Subscription, as mutually agreed upon by the parties in writing. Any service with discounted or promotional rates will be subject to an annual increase until the rate card rate(s) for such service(s) is hit. Any rate increase will be communicated in writing prior to the date on which notice of non-renewal is required. Please note that in addition to the amounts payable as provided above with respect to basic Local Listing Services and Add-Ons, if discounts were applied in connection with any terminated service (including, without limitation, any service discounted as part of a bundle), upon termination of any such service, TKWW reserves the right to charge increased future rates to make up for such discounts. To the extent you buy a TKWW bundled product that is discounted, you agree that you may not terminate only one of the products in the bundle. The customer may only terminate the entire bundle in a manner authorized under the Termination section under the Agreement. Repurchase of only a part of a bundled product may result in the loss of any discounts associated with a bundled product.

**ADD-ON SERVICES, GENERALLY**. All additional internet services sold with local listings beyond base Local Listing Services, including: (a) Secondary Local Listing Services (a secondary regions or category outside of the defined primary Local Local Listing product (region or category)); (b) Buzz Badges; (c) Banner Ads; (d) Local Homepage Badge, Event Listings, Local Deals; and (e) Best of Wedding Services (collectively "Add-Ons" or Add-On Services") will be based on the pricing set forth in this Agreement, and otherwise on the same terms and conditions as the Local Listing Subscription, including with respect to the term length, renewals, and payment date(s), and will be cancelable under the same terms as in the Local Listing Subscription termination paragraph (e.g., must have completed twelve (12) months of the Local Listing Subscription). A subscription for Add-On services will be known as an "Add-On Subscription."

**OTHER, SEPARATE PRODUCTS NOT SOLD WITH LOCAL LISTINGS OR ADD-ON PRODUCTS**.

Print Services. All print services require a commitment of two publication cycles (twelve (12) months) to qualify for any discounted rate offered in connection therewith. Following this initial Term, print services commitments renew automatically for successive twelve (12) month periods as indicated in this Agreement. If this Agreement or Order Form states that the services do not auto renew, the print services will only be renewed at the end of the then-current term if agreed upon by the Customer in writing. Print services may be terminated by Customer at any time following the initial twelve (12) month period with written notice of termination to TKWW as long as written notification is received by TKWW a minimum of ninety (90) days prior to the fulfillment date of the applicable print cycle. If such written notice is not received by TKWW a minimum of ninety (90) days prior to the fulfillment date of the applicable print cycle, then TKWW may collect payment for and continue the print services through the following print issue. If for any reason (in TKWW's sole discretion),TKWW allows Customer to terminate the print services after one publication cycle (six (6) months), Customer may be charged an amount equal to 100% of the amounts due under the agreement through the remainder of the then-current twelve (12) month term. Such payments will be due and payable immediately upon termination of the services. Any discounts or promotional rates for print services are only guaranteed for the initial term of the contract (e.g. twelve (12) months). Any service with discounted or promotional rates will be subject to an annual increase, until the rate card rate(s) for such service(s) is hit. Any rate increase will be communicated in writing prior to the renewal date.

*Bridal Show Newsflash*. The Bridal Show Newsflash service is a one-time event and must be paid in full prior to the launch date. Multiple Bridal Show Newsflashes may be purchased and are based upon availability of inventory. Cancellation requests must be made at least thirty (30) days from the date of service. Any deposits are forfeited upon cancellation.

*Local Select Email*. This service is a one-time event and must be paid in full prior to the launch date. Multiple Local Select Emails may be purchased and are based upon availability of inventory. Cancellation requests must be made at least 30 days from the date of service. Any deposits are forfeited upon cancellation.

**ADVERTISEMENT CREATIVE AND DESIGN MAINTENANCE RESPONSIBILITY**.



Exhibit 2
43

**Internet**. If TKWW is to create the advertisement or other deliverables, or if Customer is to provide advertising or service components (in full or in part) to TKWW, then Customer agrees that it will provide the necessary information to meet the applicable deadlines and perform the services as outlined in the Specific Contract Conditions. This information (including but not limited to text, pictures, graphics, sound, video, programming code, URLs, Internet links and other data to perform such service) must be provided to TKWW on or before the due date(s) established by TKWW, but in no case less than five (5) days prior to launch date of said advertisement or service. If Customer postpones any advertisement or service, fails to provide necessary Customer information or approvals (in a timely manner) or fails to comply with TKWW's production specifications or schedule, and such failure prohibits TKWW from meeting its launch deadlines, there will be no reduction in the amount owed to TKWW and TKWW shall not be obligated to provide Customer any "make good" or Term extension or otherwise provide alternative services, and TKWW does not guarantee the start date of the Term. In such cases, and where the Specific Contract Conditions consist of multiple components, TKWW reserves the right to reallocate the value of the delayed or failed component to other components to be published, displayed or performed during the Term.

***Print***. As referred to in the Specific Contract Conditions, if TKWW is to create the advertisement or camera-ready art, then Customer agrees that it will provide the necessary information to create an advertisement or camera- ready art to TKWW in accordance with the instructions of TKWW on or before the date(s) established by TKWW as the closing date for the publication, but in no case later than "camera-ready" date for the applicable publication (which, unless otherwise specified in the Specific Contract Conditions, such date is the date that is eight (8) weeks prior to the publication date of the publication in which the advertisement is to appear). If Customer postpones any advertisement or service or fails to provide the necessary information to create a print advertisement, TKWW, at its discretion, may create such advertisement. There shall be no reduction in the amount owed to TKWW under this Agreement in the event Customer fails to provide the necessary information to create an advertisement or camera-ready art before the deadline referred to above.

***Usage of Material***. All advertisements created by TKWW are for the sole purpose of promoting Customer's products or services to TKWW's audience and may not be replicated, distributed or promoted by a third party without the prior written approval of TKWW.

***Ad Proof***. TKWW will provide a maximum of three proofs or revisions for an advertisement or service, which consists of the original submission of the advertisement or product plus two revisions. TKWW may provide additional proofs or proofs for custom content at its published rate for such work as may be in effect from time to time or as specified in the Specific Contract Conditions. Upon TKWW's provision of a proof or revision to Customer or notification to Customer that the advertisement has been published, Customer has two (2) business days to provide corrections to TKWW's proof or revision. If Customer has not contacted TKWW within two (2) business days after notification by TKWW, it is agreed by Customer that the proof or revision is in acceptable form and may be published without further revision.

***License***. To the extent owned (or licensed) by Customer, Customer hereby grants to TKWW a non-exclusive, royalty-free, worldwide license (or sub-license) to use, reproduce, distribute, create derivative works of, publicly perform, publicly display and digitally perform such advertisement or service and all constituent parts. Any advertisement or service created in whole or in part by TKWW shall be owned by, and all rights therein are hereby reserved to, TKWW.

***Approval of Advertisement and Service***. TKWW reserves the right to reject advertisements and services at its sole discretion. All advertisements and services must satisfy the advertising criteria or specifications of TKWW and the sites, mobile or other properties, or publications in which the advertisement or services are to appear, including, but not limited to, content limitations, technical specifications, privacy policies, website or mobile terms of use, standards regarding obscenity or indecency, and other content or advertising policies (collectively, "Policies"), as well as any applicable law, regulation, judicial or administrative order. Without limiting the foregoing, a Customer may only advertise one Customer brand and location per advertisement (e.g., no group advertising, or advertising multiple brands or locations in one storefront, advertising any third party brand, etc.).

***Removal of Advertisement***. With respect to any advertisement or service, or any site or mobile or other property, to which an advertisement or service is linked, TKWW reserves the right to remove such advertisement or service at its sole discretion that (a) does not comply with the Policies or any applicable law, regulation or judicial or administrative order; (b) brings or may tend to bring disparagement, ridicule or scorn upon TKWW; or (c) has not been paid for in accordance with this Agreement.

**TKWW ADVERTISING NETWORKS**. TKWW works with a number of third parties to help provide advertising services. There is no guarantee that during the Term any third-party advertisers will remain the same. Third party advertisers may be added or removed at any time without notice to Customer.

**PRODUCT UPGRADES AND CHANGES**.

TKWW is constantly reviewing, testing and evolving its product and service offerings to strive to provide its Customers and other users with the best suite of options available. TKWW retains the right to revise its product and/or service offerings, including the tools made available to you, at any time without notice, in our sole discretion, for any reason, including without limitation to comply with any applicable law or regulation. Such changes may include, without limitation, the operation of our products and services, including the order and manner in which advertisements appear on them, the way that services are delivered, and the way that new customers are charged for services. You agree that we may test, implement, remove or modify features of our products and services at any time without notice.

**LIMITATION ON SPACE**. TKWW reserves the right to limit the amount of space afforded to any one customer or any category of advertising (whether by product line or motif) appearing in any of its websites, mobile or other properties, and publications.

ADDITIONAL AGREEMENTS You hereby agree to abide by and be subject to the Terms of Use and Privacy Policy as they are posted on the Site and as they may be amended from time to time by TKWW.

**OTHER AGREEMENT AND ACTIVITIES**. Nothing set forth in this Agreement shall restrict TKWW from (a) entering into agreements with other customers, whether or not competitive with Customer (unless otherwise specified in the Agreement); and/or (b) engaging in any activity, including, without limitation, selling goods and/or providing services of any kind whatsoever.

**MODIFICATION OF PROPERTIES**. TKWW reserves the right to redesign or modify, or cause the redesign or modification of, the organization, structure or "look and feel" of its websites, mobile and other properties, and publications, the policies and any services provided hereunder, at any time without notice.

**MODIFICATION OF PUBLICATIONS AND SERVICES**. TKWW reserves the right to add, modify or discontinue services or publications at any time by providing notice to Customer, notwithstanding any commitment required by Customer hereunder. In such cases, TKWW may cancel any or all of the services it has agreed to provide under this Agreement at any time, in its sole discretion. Any added or modified service shall not give rise to any right of cancellation or termination in favor of Customer or any other remedy.

**REMEDY FOR UNDER-DELIVERY**. TKWW cannot guarantee to the Customer a specific date of publication. Should TKWW fail to provide the advertisement, services or other deliverables as set forth in the Agreement, Customer's sole and exclusive remedy shall be to have TKWW deliver the advertisement, service or other deliverables as soon as commercially reasonable. In no event will any sums paid to TKWW be refundable for any reason except as otherwise provided in this Agreement.

**USAGE STATISTICS**. If TKWW provides Customer with usage statistics, they will be in a format determined by TKWW. Advertiser may not distribute or disclose usage statistics to any third party without TKWW's prior written consent. TKWW shall use commercially reasonable efforts to review the accuracy of such information; however, it does not guarantee the accuracy, reliability or completeness of any usage statistics. In no event shall TKWW assume any liability to Customer for usage statistics provided to TKWW by third parties. If Customer requires, and TKWW agrees to provide, any usage statistics or other reports that TKWW does not currently provide to customers in the ordinary course of business, TKWW will use commercially reasonable efforts to provide such information, provided that the terms for TKWW's providing such reports shall include at least one (1) business week turn-around period for the provision of such usage statistics or reports.

**CUSTOMER RESPONSIBILITIES REGARDING OTHER SERVICES**. Customer is responsible for operation of any other tools or services provided by TKWW to Customer, including keeping current its business and contact information, sending information and responding to client or prospective clients. TKWW is not responsible for the content of any contracts, communications, or interactions (the "Interactions") between Customer and its clients using TKWW-provided tools or services and shall have no liability for such Interactions. Further, TKWW is not responsible for any losses Customer may incur as a result of relying on information provided to Customer by its clients or other third parties, whether or not such information was provided via the Site and even if TKWW was advised of the possibility of such losses.

**LEAD LISTS**. Customer agrees that any list of leads (or other prospect information) ("Leads") delivered to Customer shall be used solely for the purpose of marketing Advertiser's products to such Leads and not by any other entity or business without the prior written consent of TKWW. Customer further agrees that it will neither solicit nor allow others to solicit any Leads with promotional material of businesses other than Customer. Customer acknowledges that names and dates on Leads lists are the sole property of TKWW and Customer hereby agrees not to disclose, sell or make known the names and dates on



**Exhibit 2**
**44**

any such Leads list. Customer further agrees not to use names on any Leads list for bridal shows or other special events in which non-advertisers participate without the prior written consent of TKWW. Customer will not subject any person named on any Leads list to any form of high-pressure sales tactics or otherwise use Leads information in violation of applicable law, rule, regulation or industry standard. Any breach of this provision shall be considered a material breach of this Agreement and will entitle TKWW to terminate this Agreement in accordance with the Termination provisions contained herein. Advertiser acknowledges that the Leads are provided to Advertiser "as-is," and that TKWW will have no liability to Advertiser or any of its affiliated companies, licensees, customers, marketing partners, or other third parties concerning the information (including the accuracy thereof) contained in the Leads. Advertiser represents, warrants and covenants that it will treat the Leads as Confidential Information (defined below) of TKWW, not disclose the Leads and information therein to any third party, use the Leads solely for the purposes described herein, and to transmit, store, and otherwise handle the Leads and information contained therein pursuant to applicable law, rule, regulations and industry standard. Without limiting the foregoing, Advertiser will destroy the Leads (including, without limitation, purging the Leads from its systems) immediately upon completion of the applicable permitted use (and in no event later than five (5) days following the completion of such use). Advertiser acknowledges and agrees that due to the unique nature of the Leads, money damages would be insufficient to remedy any breach of its obligations hereunder, and that breach of this letter would result in irreparable harm to TKWW, and therefore, that upon any such breach or any threat thereof, TKWW will be entitled to obtain appropriate equitable relief in addition to whatever remedies it might have at law (without being required to post a bond or other security, which requirement Advertiser hereby agrees to waive).

CHANGING ACCOUNTS AND/OR UPGRADING OR ADDING PRODUCTS & SERVICES. Customer may add or upgrade additional products and/or services at any time by contacting Customer's TKWW account manager. Only individuals who are authorized users of the Customer account may request changes (including, without limitation, name changes, transfers of the account to a different entity, or termination of the account) to Customer account or additional products and services. If a Customer upgrades an existing product or service and signs a new contract, any unused portion of the preexisting Term may be applied to the new contract as a credit. The term for any add-on products or services will be deemed to be coterminous with the original product or service to which such add-on applies, unless otherwise specified in your ordering documents. The fees for new products and services will be based upon the then current, generally applicable fees.

**NONTRANSFERABILITY OF PRODUCTS & SERVICES**. The products and/or services purchased are valid only for the Customer, and in the membership category and region specified at the time of purchase and may not be transferred either to a different customer or by the same Customer to a different category or region.

**U**.S. DOLLARS & U.S. TRADE REGULATIONS. Customers in the U.S. will be billed in U.S. Dollars and subject to U.S. payment terms. In no event shall any transactions be in violation of U.S. trade regulations.

**TAXES; NO REFUNDS**. Except as specifically provided in the Agreement, there shall be no refunds for products and/or services provided by TKWW. All amounts required to be paid hereunder do not include any amount for taxes or levy (including interest and penalties). Customer shall pay all applicable taxes which TKWW is required to collect or remit to applicable tax authorities including, without limitation, sales, use, value-added tax, excise, property, or other similar taxes or levies.

**CREDIT CARDS**. If TKWW is authorized by Customer to charge Customer's credit card and TKWW is unable to process Customer's credit card, or if any fee is otherwise not paid on time, then TKWW may revoke access to Customer's account.

**NONPAYMENT**. If the Customer does not make payments on time based on their payment schedule, TKWW reserves the right to temporarily suspend access to Customer's account or permanently terminate Customer's Agreement. Following such delinquency, if Customer wants to reinstate Customer's account with TKWW after termination, Customer must contact a billing representative and: (a) pay the outstanding balance in full; and (b) execute a new one year agreement with payment made via credit card.

Any partial payments made by Customers will first be applied to the oldest, outstanding fees owed to TKWW, including interest.

**EARLY BUY-OUT**. Customer, at any time during the Term, may buy out the remaining amount for such term with one-time payment equal to the remaining fee due for the remainder of the Term. Upon TKWW receiving such payment, the Customer may choose to downgrade its Listing.

**INCORRECT BILLING**. If Customer believes TKWW has billed Customer incorrectly, Customer must contact TKWW Member Services at support@weddingpro.com in writing no later than thirty (30) days after such charge. No refunds will be given for any charges which are more than ninety (90) days old.

**DISPUTES AMONG MEMBERS; RELEASE**. Customer is solely responsible for its interactions with other TKWW members, Customers and other users (collectively "TKWW Users") when TKWW is not a party to any such disputes. TKWW reserves the right, but has no obligation, to monitor disputes between Customer and other TKWW Users. Customer agrees to release TKWW, its affiliates, and their respective officers, directors, agents, representatives and employees from all claims, demands and damages (actual and consequential) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any dispute, directly or indirectly, between Customer, its affiliates, and their respective officers, directors, agents, representatives or employees, on the one hand, and any other TKWW User, on the other hand. If Customer is or could be deemed a California resident, Customer hereby waives California Civil Code §1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**DATA OWNERSHIP & PRIVACY**. Unless otherwise specified in the Order Form, any data that is collected on the websites or mobile or other properties of TKWW or its Affiliates, whether or not personally identifiable and whether or not in connection with the advertisement and service, is the sole property of TKWW or its Affiliates. See the Terms of Use for provisions relating to rights in submitted content.

**CONFIDENTIALITY**. Any marked confidential information and proprietary data provided by TKWW, including the pricing and other information set forth in the Specific Contract Conditions and these terms and conditions, shall be deemed "Confidential Information" of TKWW. Confidential Information shall also include information provided by TKWW, which under the circumstances surrounding the disclosure would be reasonably deemed confidential or proprietary. Confidential Information, whether disclosed by or received from TKWW orally or in writing, shall not be disclosed by Customer to anyone except an employee or agent who has a need to know same, and who is bound by confidentiality obligations at least equal to those required under the Agreement. Customer shall not use any portion of Confidential Information for any purpose other than those provided for under this Agreement. Without limiting the foregoing, Customer shall use at least the same degree of care which it uses to prevent disclosure of its own confidential information of like importance, but in no event less than reasonable care, to prevent the disclosure of Confidential Information disclosed to it by or received from TKWW. Customer acknowledges that any breach of its obligations with respect to TKWW's Confidential Information hereunder is likely to cause or threaten irreparable harm to TKWW, and accordingly the parties agree that in the event of such breach TKWW shall be entitled to equitable relief to protect its interest therein, including but not limited to preliminary and permanent injunctive relief, as well as monetary damages. Upon the request of TKWW, or in any event upon any termination or expiration of the Term, Customer shall return to TKWW all materials which contain, embody, reflect or reference all or any part of any Confidential Information of TKWW.

**PUBLICITY**. Customer will not use the trade name, trademarks, or logos of TKWW in a public announcement (including, but not limited to, through any press release or in any manner subject to the restriction contained in the Usage of Material section of this Agreement) regarding the existence or content of this Agreement or otherwise without the prior written approval of TKWW.

REPRESENTATION AND WARRANTY The person consenting to this Agreement represents and warrants that: (i) such person has authority to enter into this Agreement on behalf of Customer; (ii) Customer's entering into this Agreement does not violate any other rights, obligations, regulations or laws; (iii) Customer has obtained all necessary rights for any content that it provides to TKWW and that TKWW's use of such content will not be defamatory or harassing or violate any third-party rights, including rights of publicity, privacy, and intellectual property rights, or violate any law or regulation; and (iv) any user with access to Customer's account shall be deemed an authorized user of such account. TKWW reserves the right to rely on the representations and warranties made by any user of Customer's account when providing the services to Customer.

**ELECTRONIC SIGNATURES AND AGENTS**. Unless otherwise specified, the term "written" shall include paper, fax or email communication. Without limiting the foregoing or any of the acceptance methods listed in this Agreement, any documents executed by both parties in connection herewith, if applicable, may be executed in any number of written counterparts (which may be done by electronic or other customary means), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, the parties desire to facilitate certain transactions pursuant to this Agreement by exchanging documents, records and signatures electronically or by utilizing electronic agents. The use of electronic facilities or agents shall be in accordance with procedures established by TKWW and governed by the provisions of applicable laws, rules and regulations.



**Exhibit 2**
**45**

**INDEMNITY**. Customer agrees to indemnify and hold TKWW, our affiliates, and our and their respective officers, directors, agents, and employees harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising in any manner in whole or in part out of Customer's use of the Site, or its violations of its representations, warranties or obligations under the Agreement.

**WARRANTY EXCLUSION** THE PRODUCTS AND/OR SERVICES PROVIDED BY TKWW ARE PROVIDED "AS IS", "AS AVAILABLE" WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT POSSIBLE PURSUANT TO APPLICABLE LAW, TKWW DISCLAIMS ALL WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT OR OTHER VIOLATION OF RIGHTS. THE PRODUCTS AND/OR SERVICES MAY BE SUBJECT TO LIMITATIONS, DELAYS, AND OTHER PROBLEMS (THE "FORCE MAJEURE EVENTS"), INCLUDING, WITHOUT LIMITATION, WARS, TERRORIST ATTACKS, STRIKES, RIOTS, EARTHQUAKES, HURRICANES, TORNADOES, VOLCANOES, MAJOR WEATHER EVENTS, INTERNET CONGESTION, ATTACKS ON OR FAILURE OF INFRASTRUCTURE, TROJAN, VIRUS OR MALWARE, AND DENIAL OF SERVICE (DOS) ATTACKS. TKWW IS NOT RESPONSIBLE FOR ANY DELAYS, DELIVERY FAILURES, OR OTHER DAMAGE RESULTING FROM ANY FORCE MAJEURE EVENT.

**LIMITED LIABILITY** IN NO EVENT SHALL TKWW, OUR AFFILIATES, AND OUR OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, OR OUR SUPPLIERS BE LIABLE TO CUSTOMER OR ANYONE ELSE FOR INDIRECT DAMAGES, LOST PROFITS, ANY SPECIAL, INCIDENTAL, RELIANCE, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OF ANY KIND WHATSOEVER ARISING OUT OF OR RELATING TO THE USE OF OR INABILITY TO USE THE SITE, FOR USE OF ANY COUPONS OR OTHER PROMOTIONAL DISCOUNTS, OR FOR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION CONTAINED ON THE SITE, WHETHER IN AN ACTION FOR BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. TKWW'S LIABILITY, AND THAT OF OUR AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND SUPPLIERS, IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF THE AMOUNT OF FEES YOU PAY TO TKWW IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY OR $100, NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. FOR THOSE JURISDICTIONS THAT DO NOT PERMIT LIMITATION OF LIABILITY FOR GROSS NEGLIGENCE, THIS LIMITATION OF LIABILITY SHALL NOT APPLY TO ANY WILLFUL, WANTON, INTENTIONAL, OR RECKLESS MISCONDUCT, OR GROSS NEGLIGENCE OF TKWW.

**GOVERNING LAW**. This Agreement is governed by the laws of the State of Maryland ("Governing Law"), without regard to principles of conflict of laws of any state or jurisdiction.

**NOTICE OF DISPUTE**. If you have a dispute with us regarding the Site or services, you must first send written notice to us at support@weddingpro.com. We will attempt to resolve any disputes you have with us. Because we are a neutral venue we are not responsible for resolving any disputes between you and other Users regarding services or transactions. The parties agree to negotiate resolution of the dispute in good faith for no less than sixty (60) days after you provide notice of the dispute. If we do not resolve your dispute within sixty (60) days from receipt of notice of the dispute, either party may pursue a claim in arbitration pursuant to the terms of this Agreement.

**ARBITRATION, CLASS-ACTION WAIVER & JURY WAIVER**

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND US TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION.

*Agreement to Binding Arbitration*. You understand and agree that any dispute, claim, or controversy arising out of or relating to this Agreement, the parties' relationship with each other and/or your use of and access to the Site or the services, including, but not limited to, claims as to whether any services rendered by us or persons employed or engaged by us were improperly, negligently, or incompetently rendered, and any claim or controversy as to arbitrability ("Dispute"), shall be finally, and exclusively, settled by arbitration. shall be finally and exclusively resolved by binding arbitration administered by the American Arbitration Association ("AAA") in accordance with the provisions of AAA's Commercial Arbitration Rules and Mediation Procedures and Consumer-Related Disputes Supplementary Procedures, excluding any rules or procedures governing or permitting class actions, and not by a lawsuit or resort to court process, except as Maryland or any other applicable state law provides for judicial review of arbitration proceedings. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve any and all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this agreement to arbitrate, including, but not limited to any claim that all or any part of this agreement is void or voidable. The parties agree to treat the arbitration proceedings and any related discovery confidential. The terms of this section govern in the event they conflict with the rules of the AAA.

*Venue*. You agree that any arbitration shall be conducted in Montgomery County, Maryland. The arbitrator shall be selected pursuant to the AAA rules. Should no AAA rule regarding Maryland selection of an arbitrator be in effect, the User shall select an arbitrator from a panel of arbitrators acceptable to TKWW. In any arbitration, the parties will split the cost of the filing fee, plus the costs associated with the first day of arbitration, with the remaining costs of arbitration paid by the non-prevailing party, provided, however, that in Maine any cost to the consumer shall be limited to the cost of filing a court case. To begin the arbitration process, a party must make a written demand therefore.

*Class Action and Class Arbitration Waiver*. The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the agreement to arbitrate set forth in this section shall be deemed null and void and the parties shall be deemed to have not agreed to arbitrate disputes.

YOU ACKNOWLEDGE AND AGREE THAT BOTH PARTIES TO THIS AGREEMENT ARE GIVING UP THEIR CONSTITUTIONAL RIGHT TO HAVE SUCH DISPUTE DECIDED IN A COURT OF LAW BEFORE A JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, OR ANY OTHER REPRESENTATIVE PROCEEDING.

You may cancel your agreement to arbitrate (not the entire Agreement) by giving written notice to us within 30 days of the date of your acceptance of this Agreement, or 30 days after we provide notice of material changes made to this section of this Agreement. You should send your cancellation of arbitration notice to support@weddingpro.com with the following information: (i) your name; (ii) your email address; (iii) your mailing address; and (iv) a statement of your wish not to resolve disputes with us through arbitration. Your notice to opt-out of arbitration only applies to this Agreement; if you previously entered into other arbitration agreements with us or enter into other such agreements in the future, your notification that you are opting out of the arbitration terms of this Agreement shall not affect the other arbitration agreements between the parties. Should you choose to withdraw from the arbitration provision, all other provisions of this Agreement shall remain in full force and effect.

*Jury Trial Waiver*. If for any reason a claim proceeds in court rather than arbitration, each party waives any right to a jury trial and elect instead to have the dispute be resolved by a judge.

**SUCCESSORS AND ASSIGNS**. The terms of this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of the parties; provided, however, that neither this Agreement nor any rights hereunder may be assigned or otherwise transferred by Customer, either voluntarily or by operation of law, without the prior written consent of TKWW, and any attempt to do so will be null and void. TKWW reserves the right to assign this Agreement in its discretion.

**TITLES AND SUBTITLES**. The titles, subtitles and defined terms used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

**ENTIRE AGREEMENT**. This Agreement, including any documents incorporated by reference, shall constitute the entire agreement between the parties regarding the subject matter hereof and supersede all proposals and prior discussions and writings between the parties with respect thereto. Notwithstanding any language to the contrary therein, no terms or conditions stated in a Customer purchase order or in any other Customer order documentation (not provided by TKWW) shall be incorporated into or form any part of this Agreement, and all such terms or conditions shall be null and void, unless otherwise agreed to by TKWW in writing. This is a subscription agreement for use of products and services and not an agreement for sale. Customer acknowledges that it/he/she is obtaining only a limited right to such products and services and that, irrespective of any use of the words "purchase", "sale" or like terms hereunder, no ownership rights are being conveyed to Customer under this Agreement. Further, Customer acknowledges that the products and services are offered as an online, hosted solution, and that Customer has no right to obtain or retain a copy of any of the products or services unless otherwise stated herein.

**MODIFICATIONS**. The parties agree that this Agreement cannot be altered, amended or modified, except by a writing signed by an authorized representative of each party.

**NO WAIVER**. No failure or delay in enforcing any right or exercising any remedy will be deemed a waiver of any right or remedy.

**SEVERABILITY AND REFORMATION**. Each provision of this Agreement is a separately enforceable provision. If any provision of this Agreement is determined to be or becomes unenforceable or illegal, such provision shall be reformed to the minimum extent necessary in order for this Agreement to remain in effect in accordance with its terms as modified by such reformation.

**LANGUAGE**The parties have expressly agreed that this Agreement and all ancillary agreements, documents or notices relating thereto be drafted solely in the English language. Les parties aux présentes ont expressément convenu que ce accord et toute autre convention, document ou avis y afférent soient rédigés en anglais seulement.

**CONTACT INFO** For all questions related to billing, please contact TKWW at 11106 Mockingbird Dr. Omaha, NE 68137 or by contacting us at 8332121710

**Exhibit 2**

**47**

© 2025 The Knot Worldwide Inc. All rights reserved. 2 Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815. WeddingPro is a trademark of The Knot Worldwide Inc.

**Exhibit 2**

# EXHIBIT G

**Your WeddingPro Purchase Confirmation**
*Confirmed date: 04/12/2022*
*Contract No: 593677*

WEDDINGpro
by The Knot Worldwide Inc.

## SPECIFIC CONTRACT CONDITIONS

### CONTRACT INFORMATION

| | | | |
|---|---|---|---|
| Contract Type | - Renewal 2 years | | |
| Payment period start | 05/22/2022 | Payment period end | 05/21/2023 |
| Account Manager | Alexandra Klemp (aklemp@xogrp.com) Phone: 800-843-4983 | | |

### SALES REP DETAILS

| | |
|---|---|
| Name Sales Rep | **Le Chateau de Crystale Events & Fabulous Weddings** |
| Contact person | Katy Daneshvar - Phone: 2484204793 |
| Enquiry Email | info@lechateaudecrystale.com |

### CONTRACTED SERVICES

| Product | Cost * |
|---|---|
| **(TK) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC)<br>05/22/2022 - 05/21/2023 | **$8,154.48** |
| **(WW) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC)<br>05/22/2022 - 05/21/2023 | **$8,154.48** |

### Payment conditions

| | |
|---|---|
| Billing type | Single invoice |
| Payment type | Credit Card Start Date |
| Number of Payments | 12 payments |
| Method of payment | Monthly |

### Total Order

| | |
|---|---|
| **Total rate** | **$16,308.96** |

**Exhibit 2**

**50**

## GENERAL CONDITIONS OF THE CONTRACT

**THE KNOT WORLDWIDE INC. TERMS OF PURCHASE**

The following terms (this "Terms of Purchase"), along with any Specific Contract Conditions form attached herein or any order form accepted by Customer or entered into between the parties ("Order Form"), the Terms of Use located at https://www.weddingwire.com/corp/legal/terms-of-use (for WeddingWire products and services) and https://www.theknot.com/terms-and-conditions (for The Knot products and services) (collectively, the "Terms of Use"), and Privacy Policies located at https://www.weddingwire.com/corp/legal/privacy-policy (for WeddingWire products and services) and https://www.theknot.com/privacy-policy (for The Knot products and services) (collectively, the "Privacy Policy," collectively with the Order Form, Terms of Use and this Terms of Purchase, the "Agreement"), shall be effective upon the business or individual entering into any purchase or execution and/or completion of the purchase process by the business or the individual purchasing goods or services ("Customer," "Advertiser," or "you") from The Knot Worldwide Inc. or its affiliates (hereinafter collectively, "TKWW," "we," or "us") pursuant to these Terms of Purchase and shall govern the relationship between TKWW and Customer.

**ACCEPTANCE.** Customer may purchase products and/or services hereunder in a variety of ways including, without limitation: (i) self-service checkout; (ii) email sales quote; (iii) providing a credit card while on the phone with a TKWW sale representative; or (iv) a signed Order Form. Unless otherwise accepted earlier, acceptance of this Agreement will be made upon the earlier of (a) written or electronic signature or acceptance of an Order Form, order or services summary, quote, or similar form or contract by Customer; (b) Customer's submission or verification of any advertising or listing/storefront content; and (c) the first display of an advertisement or performance or delivery of the service or other deliverables, unless otherwise agreed upon in the Order Form. Customer's acceptance as provided above indicates that: (i) the information in the Order Form is accurate; (ii) Customer has read, understands and accepts the terms and conditions of this Agreement; and (iii) if not manually signing, Customer adopts this electronic process in lieu of manually signing the Order Form. By completing the purchase transaction, Customer agrees to the terms of this Agreement and agrees to pay for the products and services provided by TKWW with a valid credit card or check payment or other forms of payment accepted by TKWW. Customer may not change the form of payment without TKWW's consent. Payment shall be made in U.S. Dollars unless otherwise specified in your ordering documents.

**TERM AND RENEWAL.** All storefront services, including your purchase of Spotlight, Featured, and Professional Memberships on the Knot and/or WeddingWire (collectively, "Local Listing Services") and any Add-On Services (as defined below), are entered into as a subscription service and, except as otherwise provided herein, require an initial minimum commitment by Customer of at least twelve (12) months from the contract start date ("Local Listing Subscription"). The term of your Agreement with TKWW (including the Local Listing Subscription), in relation to the products offered, will last for the term specified herein, unless otherwise specified in your Order Form (the "Term"). Even if we give you the option to divide payments for the Term over multiple payment periods, this Agreement is a commitment to purchase one full Term of that membership, subject to the terms of the TERMINATION section, below.

Following the expiration of the Term, each Local Listing Subscription will renew automatically for the same length of time as the then-current Term unless Customer provides not less than five (5) business days' written notice of non-renewal prior to the expiration of the then-current Term by email to support@weddingpro.com. If the Order Form states that the Local Listing Subscription does not auto-renew such Local Listing Subscription will only be renewed at the then-current term if agreed upon by Customer in writing.

**TERMINATION.** At any time following the completion of the initial Term of at least twelve (12) months of Customer's Local Listing Subscription, any Local Listing Subscription or Add-On Subscription may be terminated by Customer on written notice to be received no less than five (5) business days prior to your "Billing Date" (the day of the month on which you are billed, regardless of your payment schedule (monthly, quarterly, etc.), with such termination to be effective on that Billing Date. Notwithstanding the foregoing, nothing herein shall limit Customer's obligations to pay: (i) for all products and/or services provided by TKWW through the effective date of termination of this Agreement, and (ii) all amounts owed or which become due pursuant to the NONPAYMENT section below. If notice is not received at least five (5) business days prior to the next Billing Date, the termination will not be effective until the next monthly Billing Date.

TKWW may terminate this Agreement: (i) upon thirty (30) days written notice to Customer, provided that in the event of such termination for convenience, TKWW will refund moneys paid in advance for Services not provided to Customer prior to the effective date of such termination, and (ii) for cause as determined by TKWW, upon five (5) days written notice to Customer of a breach of this Agreement, including, without limitation, if Customer provides, as determined by TKWW in its sole discretion, products and/or services that are competitive to TKWW or its affiliates.

**REVIEWS CONTENT.** In the event of any termination or expiration of this Agreement, TKWW shall retain the right to keep any and all reviews of Customer posted on TKWW's digital properties including websites and mobile applications (collectively the "Site") as well as basic directory information of Customer associated with such reviews, including without limitation, business name, address, and telephone number. Without limiting the foregoing or anything else in the Agreement, Customer agrees and acknowledges that it shall have no right to have user reviews or Customer's responses thereto removed from the Site during or after the Term of the Agreement except to the extent such right is expressly set forth in any applicable TKWW vendor review policy which may then be in effect.

**DISCOUNTS & RATES CHANGES.** Any discounts or promotional rates for Local Listing Subscriptions and corresponding Add-On Services are only guaranteed for the initial Term of the contract (e.g. twelve (12) months). If an Add-On Subscription (as defined below) is added in the middle of the Term of the base Local Listing Subscription, any agreed-upon discounts or promotional rates for the Add-On Subscription (as defined below) will extend for not more than one renewal term for the base Local Listing Subscription but only if mutually agreed upon by the parties in writing. After the initial 12-month Term, TKWW may, at its unilateral discretion, increase rates for any and all services, including for previously discounted or promotional rates or otherwise. TKWW will provide written notice in a form and means elected by TKWW for any rate increase above five percent (5%) annually including notice in the form of monthly billing that includes the increased rates in effect for the previous month. Please note that in addition to the amounts payable as provided above with respect to basic Local Listing Services and Add-Ons, if discounts were applied in connection with any terminated service (including, without limitation, any service discounted as part of a bundle), upon termination of any such service, TKWW reserves the right to discontinue such discounts and to charge increased future rates. To the extent you buy a TKWW bundled product that is discounted, you agree that you may not terminate only one of the products in the bundle. Customer may only terminate the entire bundle in a manner authorized under the TERMINATION section under the Agreement. Repurchase of only a part of a bundled product may result in the loss of any discounts associated with a bundled product.

**ADD-ON SERVICES, GENERALLY.** All additional internet services sold with local listings beyond base Local Listing Services, including: (a) Secondary Local Listing Services (a secondary regions or category outside of the defined primary Local Listing product (region or category)); (b) Buzz Badges; (c) Banner Ads; and (d) Local Homepage Badge, Event Listings, Local Deals (collectively "Add-Ons" or Add-On Services") will be based on the pricing set forth in this Agreement, and otherwise on the same terms and conditions as the Local Listing Subscription, including with respect to the term length, renewals, and payment date(s), and will be cancelable under the same terms as in the Local Listing Subscription termination paragraph (e.g., must have completed twelve (12) months of the Local Listing Subscription). A subscription for Add-On services will be known as an "Add-On Subscription."

**OTHER, SEPARATE PRODUCTS NOT SOLD WITH LOCAL LISTINGS OR ADD-ON PRODUCTS.**

*Best of Wedding services.* All Best of Wedding (BOW) services will follow the dates of the Best of Wedding annual program and cannot be cancelled or terminated once purchased.

**ADVERTISEMENT CREATIVE AND DESIGN MAINTENANCE RESPONSIBILITY.**

**Internet.** If TKWW is to create the advertisement or other deliverables, or if Customer is to provide advertising or service components (in full or in part) to TKWW, then Customer agrees that it will provide the necessary information to meet the applicable deadlines and perform the services as outlined in the Order Form. This information (including but not limited to text, pictures, graphics, sound, video, programming code, URLs, Internet links and other data to perform such service) must be provided to TKWW on or before the due date(s) established by TKWW, but in no case less than five (5) days prior to launch date of said advertisement or service. If Customer postpones any advertisement or service, fails to provide necessary Customer information or approvals (in a timely manner) or fails to comply with TKWW's production specifications or schedule, and such failure prohibits TKWW from meeting its launch deadlines, there will be no reduction in the amount owed to TKWW and TKWW shall not be obligated to provide Customer any "make good" or Term extension or otherwise provide alternative services, and TKWW does not guarantee the start date of the Term. In such cases, and where the Listing

Subscription or Add-On Subscription consists of multiple components, TKWW reserves the right to reallocate the value of the delayed or failed component to other components to be published, displayed or performed during the Term.

***Usage of Material.*** All advertisements created by TKWW are for the sole purpose of promoting Customer's products or services to TKWW's audience and may not be replicated, distributed or promoted without the prior written approval of TKWW.

***Ad Proof.*** TKWW will provide a maximum of three proofs or revisions for an advertisement or service, which consists of the original submission of the advertisement or product plus two revisions. TKWW may provide additional proofs or proofs for custom content at its published rate for such work as may be in effect from time to time or as specified in the Order Form. Upon TKWW's provision of a proof or revision to Customer or notification to Customer that the advertisement has been published, Customer has two (2) business days to provide corrections to TKWW's proof or revision. If Customer has not contacted TKWW within two (2) business days after notification by TKWW, it is agreed by Customer that the proof or revision is in acceptable form and may be published without further revision.

***License.*** To the extent owned (or licensed) by Customer, Customer hereby grants to TKWW a non-exclusive, royalty-free, worldwide license (or sub-license) to use, reproduce, distribute, create derivative works of, modify, translate, communicate to the public, publicly perform, publicly display and digitally perform such advertisement or service and all constituent parts. Any advertisement or service created in whole or in part by TKWW shall be owned by, and all rights therein are hereby reserved to, TKWW.

***Approval of Advertisement and Service.*** TKWW reserves the right to reject advertisements and services at its sole discretion. All advertisements and services must satisfy the advertising criteria or specifications of TKWW and the sites, mobile or other properties, or publications in which the advertisement or services are to appear, including, but not limited to, content limitations, technical specifications, privacy policies, website or mobile terms of use, standards regarding obscenity or indecency, and other content or advertising policies (collectively, "Policies"), as well as any applicable law, regulation, judicial or administrative order. Without limiting the foregoing, a Customer may only advertise one Customer brand and location per advertisement (e.g., no group advertising, or advertising multiple brands or locations in one storefront, advertising any third-party brand, etc.).

***Removal of Advertisement.*** With respect to any advertisement or service, or any site or mobile or other property, to which an advertisement or service is linked, TKWW reserves the right to remove such advertisement or service at its sole discretion that (a) does not comply with the Policies or any applicable law, regulation or judicial or administrative order; (b) brings or may tend to bring disparagement, ridicule or scorn upon TKWW; or (c) has not been paid for in accordance with this Agreement.

**TKWW ADVERTISING NETWORKS.** TKWW works with a number of third parties to help provide advertising services. There is no guarantee that during the Term any third-party advertisers will remain the same. Third party advertisers may be added or removed at any time without notice to Customer.

**PRODUCT UPGRADES AND CHANGES.**

TKWW is constantly reviewing, testing and evolving its product and service offerings to strive to provide its customers and users with the best suite of options available. TKWW retains the right to revise, reduce, add to, or change its product and/or service offerings, including the tools made available to you, at any time without notice, in our sole discretion, for any reason, including without limitation to comply with any applicable law or regulation or to change TKWW's suite or products and/or services. Such changes may include, without limitation, the operation of our products and services, including the order and manner in which advertisements appear on them, the way that services are delivered, and the way customers are charged for services. You agree that we may test, implement, remove or modify features of our products and services at any time without notice. TKWW makes no guarantees, representations or warranties with respect to the outcome or results of its product and service offerings. Customer acknowledges and agrees that it is responsible for the payment of amounts due under this Agreement irrespective of the changes or evolution of its products and services that may occur throughout the Term.

**LIMITATION ON SPACE.** TKWW reserves the right to limit the amount of space afforded to any one customer or any category of advertising (whether by product line or motif) appearing in any of its websites, mobile or other properties, and publications.

**ADDITIONAL AGREEMENTS.** You hereby agree to abide by and be subject to the Terms of Use and Privacy Policy as they are posted on the Site and as they may be unilaterally amended from time to time by TKWW.

**OTHER AGREEMENT AND ACTIVITIES.** Nothing set forth in this Agreement shall restrict TKWW from (a) entering into agreements with other customers, whether or not competitive with Customer (unless otherwise specified in the Agreement); and/or (b) engaging in any activity, including, without limitation, selling goods and/or providing services of any kind whatsoever.

**MODIFICATION OF PROPERTIES.** TKWW reserves the right to redesign or modify, or cause the redesign or modification of, the organization, structure or "look and feel" of its websites, mobile and other properties, and publications, the policies and any services provided hereunder, at any time without notice.

**MODIFICATION OF PUBLICATIONS AND SERVICES.** TKWW reserves the right to add, modify or discontinue services or publications at any time by providing notice to Customer, notwithstanding any commitment required by Customer hereunder. In such cases, TKWW may cancel any or all of the services it has agreed to provide under this Agreement at any time, in its sole discretion. Any added or modified service shall not give rise to any right of cancellation or termination in favor of Customer or any other remedy.

**REMEDY FOR UNDER-DELIVERY.** TKWW cannot guarantee to Customer a specific date of publication. Should TKWW fail to provide the advertisement, services or other deliverables as set forth in the Agreement, Customer's sole and exclusive remedy shall be to have TKWW deliver the advertisement, service or other deliverables as soon as commercially reasonable. In no event will any sums paid to TKWW be refundable for any reason except as otherwise provided in this Agreement.

**USAGE STATISTICS.** If TKWW provides Customer with usage statistics, they will be in a format determined by TKWW. Advertiser may not distribute or disclose usage statistics to any third party without TKWW's prior written consent. TKWW does not guarantee the accuracy, reliability or completeness of any usage statistics. In no event shall TKWW assume any liability to Customer for usage statistics provided to TKWW by third parties. If Customer requires, and TKWW agrees to provide, any usage statistics or other reports that TKWW does not currently provide to customers in the ordinary course of business, TKWW will use commercially reasonable efforts to provide such information, provided that the terms for TKWW's providing such reports shall include at least five (5) business days turn-around period for the provision of such usage statistics or reports.

**CUSTOMER RESPONSIBILITIES REGARDING OTHER SERVICES.** Customer is responsible for operation of any tools or services provided by TKWW to Customer, including keeping current its business and contact information, sending information and responding to client or prospective clients. TKWW is not responsible for the content of any contracts, communications, or interactions (the "Interactions") between Customer and its clients using TKWW-provided tools or services and shall have no liability for such Interactions. Further, TKWW is not responsible for any losses Customer may incur as a result of relying on information provided to Customer by its clients or other third parties, whether or not such information was provided via the Site and even if TKWW was advised of the possibility of such losses.

**LEAD LISTS.** Customer agrees that any list of leads (or other prospect information) ("Leads") delivered to Customer shall be used solely for the purpose of marketing Advertiser's products to such Leads and not for any other use or by any other entity or business without the prior written consent of TKWW. Customer further agrees that it will neither solicit nor allow others to solicit any Leads with promotional material of businesses other than Customer. Customer acknowledges that names and dates on Leads lists are the sole property of TKWW and Customer hereby agrees not to disclose, sell or make known the names and dates on any such Leads list to any third party. Customer further agrees not to use names on any Leads list for bridal shows or other special events in which non-advertisers participate without the prior written consent of TKWW. Customer will not subject any person named on any Leads list to any form of high-pressure sales tactics or otherwise use Leads information in violation of applicable law, rule, regulation or industry standard. Any breach of this provision shall be considered a material breach of this Agreement and will entitle TKWW to terminate this Agreement in accordance with the Termination provisions contained herein. Advertiser acknowledges that the Leads are provided to Advertiser "as-is," and that TKWW will have no liability to Advertiser or any of its affiliated companies, licensees, customers, marketing partners, or other third parties concerning the information (including the accuracy thereof) contained in the Leads. Advertiser represents, warrants and covenants that it will treat the Leads as Confidential Information (defined below) of TKWW, not disclose the Leads and information therein to any third party, use the Leads solely for the purposes described herein, and to transmit, store, and otherwise handle the Leads and information contained therein pursuant to applicable law, rule, regulations and industry standard. Without limiting the foregoing, Advertiser will destroy the Leads (including, without limitation, purging the Leads from its systems) immediately upon completion of the applicable permitted use (and in no event later than five (5) days following the completion of such use). Advertiser acknowledges and agrees that due to the unique nature of the Leads, money damages would be insufficient to remedy any breach of its obligations hereunder, and that breach of this letter would result in irreparable harm to TKWW, and therefore, that upon any such breach or any threat thereof, TKWW will be entitled to obtain appropriate equitable relief in addition to whatever remedies it might have at law (without being required to post a bond or other security, which requirement Advertiser hereby agrees to waive).



**Exhibit 2**

**CHANGING ACCOUNTS AND/OR UPGRADING OR ADDING PRODUCTS & SERVICES.** Customer may add or upgrade additional products and/or services at any time by contacting Customer's TKWW account manager. Only individuals who are authorized users of the Customer account may request changes (including, without limitation, name changes, transfers of the account to a different entity, or termination of the account) to Customer account or additional products and/or services. If a Customer upgrades an existing product or service and signs a new contract, any unused portion of the preexisting Term may be applied to the new contract as a credit. The term for any add-on products or services will be deemed to be coterminous with the original product and/or service to which such add-on applies, unless otherwise specified in your ordering documents. The fees for new products and/or services will be based upon the then current, generally applicable fees.

**NONTRANSFERABILITY OF PRODUCTS & SERVICES.** The products and/or services purchased are valid only for Customer, and in the membership category and region specified at the time of purchase and may not be transferred either to a different customer or by the same Customer to a different category or region.

**CURRENCY AND TRADE REGULATIONS.** Customers in the U.S. will be billed in U.S. Dollars and subject to U.S. payment terms. In no event shall any transactions be in violation of U.S. trade regulations.

**TAXES; NO REFUNDS.** Except as specifically provided in the Agreement, there shall be no refunds for products and/or services provided by TKWW except as may be required by law. All amounts required to be paid hereunder do not include any amount for taxes or levy (including interest and penalties), and such taxes or levy may be applied by TKWW pursuant to law and at TKWW's option pursuant to legal requirements. Customer shall pay and be responsible for all taxes which TKWW is required to collect or remit to applicable tax authorities including, without limitation, sales, use, value-added tax, excise, property, or other similar taxes or levies.

**CREDIT CARDS.** If TKWW is authorized by Customer to charge Customer's credit card and TKWW is unable to process Customer's credit card, then TKWW may revoke access to Customer's account.

**NONPAYMENT.** If Customer fails to timely make any payment, TKWW reserves the right to temporarily suspend access to Customer's account, suspend or modify any services available to Customer, or terminate Customer's Agreement. Following such delinquency, including if a delinquency exists as of the effective date of termination in connection with Customer's termination of this Agreement as expressly permitted in the TERMINATION section above, if Customer desires to reinstate Customer's account with TKWW after termination, Customer must contact a billing representative and: (a) pay the outstanding balance in full; and (b) execute a new one-year agreement with payment made via credit card. TKWW reserves the right to (i) require renewed accounts to pre-pay for service for any length of time determined by TKWW; (ii) decline to reinstate delinquent accounts; and/or (iii) undertake all collection efforts for any delinquency and seek TKWW's fees and costs in pursuing such collection.

Any partial payments made by Customers will first be applied to the oldest, outstanding fees owed to TKWW, including interest.

**EARLY BUY-OUT.** Customer, at any time during the Term, may buy out the remaining amount for such term with one-time payment equal to the remaining fee due for the remainder of the Term. Upon TKWW receiving such payment, Customer may choose to downgrade its Listing.

**INCORRECT BILLING.** If Customer believes TKWW has billed Customer incorrectly, Customer must contact TKWW Member Services at payments@weddingpro.com in writing no later than thirty (30) days after such charge. No credit will be given for any charges which are more than ninety (90) days old.

**DISPUTES AMONG MEMBERS; RELEASE.** Customer is solely responsible for its interactions with other TKWW members, customers and users (collectively "TKWW Users") when TKWW is not a party to any such disputes. TKWW reserves the right, but has no obligation, to monitor disputes between Customer and other TKWW Users and, at TKWW's unilateral option, to take actions to resolve such disputes. Customer agrees to release TKWW, its affiliates, and their respective officers, directors, agents, representatives and employees from all claims, demands and damages (actual and consequential) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any dispute, directly or indirectly, between Customer, its affiliates, and their respective officers, directors, agents, representatives or employees, on the one hand, and any other TKWW User, on the other hand. If Customer is or could be deemed a California resident, Customer hereby waives California Civil Code §1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**DATA OWNERSHIP & PRIVACY.** Unless otherwise specified in the Order Form, any data that is collected on the websites or mobile or other properties of TKWW or its Affiliates, whether or not personally identifiable and whether or not in connection with the advertisement and service, is the sole property of TKWW or its Affiliates. See the Terms of Use for provisions relating to rights in submitted content. You agree that any data that is collected on the websites or mobile application or other properties by TKWW and/or its Affiliates may be transferred between TKWW and any of its Affiliates in the context of a transfer or reorganization of all or any portion of the assets related to this Agreement among TKWW and/or its Affiliates.

**CONFIDENTIALITY.** Any marked confidential information and proprietary data provided by TKWW, including the pricing and other information set forth in the Order Form, shall be deemed "Confidential Information" of TKWW. Confidential Information shall also include information provided by TKWW, which under the circumstances surrounding the disclosure would be reasonably deemed confidential or proprietary. Confidential Information, whether disclosed by or received from TKWW orally or in writing, shall not be disclosed by Customer to anyone except an employee or agent who has a need to know same, and who is bound by confidentiality obligations at least equal to those required under the Agreement. Customer shall not use any portion of Confidential Information for any purpose other than those provided for under this Agreement. Without limiting the foregoing, Customer shall use at least the same degree of care which it uses to prevent disclosure of its own confidential information of like importance, but in no event less than reasonable care, to prevent the disclosure of Confidential Information disclosed to it by or received from TKWW. Customer acknowledges that any breach of its obligations with respect to TKWW's Confidential Information hereunder is likely to cause or threaten irreparable harm to TKWW, and accordingly the parties agree that in the event of such breach TKWW shall be entitled to equitable relief to protect its interest therein, including but not limited to preliminary and permanent injunctive relief, as well as monetary damages. Upon the request of TKWW, or in any event upon any termination or expiration of the Term, Customer shall return to TKWW all materials which contain, embody, reflect or reference all or any part of any Confidential Information of TKWW.

**PUBLICITY.** Customer will not use the trade name, trademarks, or logos of TKWW in a public announcement (including, but not limited to, through any press release or in any manner subject to the restriction contained in the USAGE OF MATERIAL section of this Agreement) regarding the existence or content of this Agreement or otherwise without the prior written approval of TKWW.

**REPRESENTATION AND WARRANTY.** The person consenting to this Agreement represents and warrants that: (i) such person has authority to enter into this Agreement on behalf of Customer; (ii) Customer's entering into this Agreement does not violate any other rights, obligations, regulations or laws; (iii) Customer has obtained all necessary rights for any content that it provides to TKWW and that TKWW's use of such content will not be defamatory or harassing or violate any third-party rights, including rights of publicity, privacy, copyright, trademark or other intellectual property rights, or violate any law or regulation; and (iv) any user with access to Customer's account shall be deemed an authorized user of such account. TKWW reserves the right to rely on the representations and warranties made by any user of Customer's account when providing the products and/or services to Customer.

**ELECTRONIC SIGNATURES AND AGENTS.** Unless otherwise specified, the term "written" shall include paper, fax or email communication. Without limiting the foregoing or any of the acceptance methods listed in this Agreement, any documents executed by both parties in connection herewith, if applicable, may be executed in any number of written counterparts (which may be done by electronic or other customary means), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, the parties desire to facilitate certain transactions pursuant to this Agreement by exchanging documents, records and signatures electronically or by utilizing electronic agents. The use of electronic facilities or agents shall be in accordance with procedures established by TKWW and governed by the provisions of applicable laws, rules and regulations.

**INDEMNITY.** Customer agrees to indemnify and hold TKWW, our affiliates, and our and their respective officers, directors, agents, and employees harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising in any manner in whole or in part out of Customer's use of the Site, or its violations of its representations, warranties or obligations under the Agreement.

**WARRANTY EXCLUSION** THE PRODUCTS AND/OR SERVICES PROVIDED BY TKWW ARE PROVIDED "AS IS", "AS AVAILABLE" WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS, LEGAL, STATUTORY OR IMPLIED. TO THE FULLEST EXTENT POSSIBLE PURSUANT TO APPLICABLE LAW, TKWW DISCLAIMS ALL WARRANTIES OR CONDITIONS, WHETHER EXPRESSED, LEGAL, STATUTORY OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, DURABILITY, TITLE, NONINFRINGEMENT OR OTHER VIOLATION OF RIGHTS. THE PRODUCTS AND/OR SERVICES MAY BE SUBJECT TO LIMITATIONS, DELAYS, AND OTHER PROBLEMS (THE "FORCE MAJEURE EVENTS"), INCLUDING, WITHOUT LIMITATION, WARS, TERRORIST ATTACKS, STRIKES, RIOTS, EARTHQUAKES, HURRICANES, TORNADOES, VOLCANOES, MAJOR WEATHER EVENTS, PANDEMICS, EPIDEMICS

OR SIMILAR EVENTS WARRANTING GOVERNMENT OR EXECUTIVE ACTION OR CLOSURES, INTERNET CONGESTION, ATTACKS ON OR FAILURE OF INFRASTRUCTURE, TROJAN, VIRUS OR MALWARE, AND DENIAL OF SERVICE (DOS) ATTACKS. TKWW IS NOT RESPONSIBLE FOR ANY DELAYS, DELIVERY FAILURES, OR OTHER DAMAGE RESULTING FROM ANY FORCE MAJEURE EVENT.

**LIMITED LIABILITY.** IN NO EVENT SHALL TKWW, OUR AFFILIATES, AND OUR OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, OR OUR SUPPLIERS BE LIABLE TO CUSTOMER OR ANYONE ELSE FOR INDIRECT DAMAGES, LOST PROFITS, ANY SPECIAL, INCIDENTAL, RELIANCE, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OF ANY KIND WHATSOEVER ARISING OUT OF OR RELATING TO THE USE OF OR INABILITY TO USE THE SITE, FOR USE OF ANY COUPONS OR OTHER PROMOTIONAL DISCOUNTS, OR FOR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION CONTAINED ON THE SITE, WHETHER IN AN ACTION FOR BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. TKWW'S LIABILITY, AND THAT OF OUR AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND SUPPLIERS, IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF THE AMOUNT OF FEES YOU PAY TO TKWW IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY OR $100, NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. FOR THOSE JURISDICTIONS THAT DO NOT PERMIT LIMITATION OF LIABILITY FOR GROSS NEGLIGENCE, THIS LIMITATION OF LIABILITY SHALL NOT APPLY TO ANY WILLFUL, WANTON, INTENTIONAL, OR RECKLESS MISCONDUCT, OR GROSS NEGLIGENCE OF TKWW.

**GOVERNING LAW.** This Agreement is governed by the laws of the State of Maryland ("Governing Law"), without regard to principles of conflict of laws of any state or jurisdiction.

**NOTICE OF DISPUTE.** If you have a dispute with us regarding the Site or products and/or services, you must first send written notice to us at support@weddingpro.com. We will attempt to resolve any disputes you have with us. Because we are a neutral venue, we are not responsible for resolving any disputes between you and other TKWW Users regarding services or transactions. The parties agree to negotiate resolution of the dispute in good faith for no less than sixty (60) days after you provide notice of the dispute. If we do not resolve your dispute within sixty (60) days from receipt of notice of the dispute, either party may pursue a claim in arbitration pursuant to the terms of this Agreement.

**ARBITRATION, CLASS-ACTION WAIVER & JURY WAIVER**

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND US TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION.

*Agreement to Binding Arbitration.* You understand and agree that any dispute, claim, or controversy arising out of or relating to this Agreement, the parties' relationship with each other and/or your use of and access to the Site or the services, including, but not limited to, claims as to whether any services rendered by us or persons employed or engaged by us were improperly, negligently, or incompetently rendered, and any claim or controversy as to arbitrability ("Dispute"), shall be finally and exclusively resolved by binding arbitration administered by the American Arbitration Association ("AAA") in accordance with the provisions of AAA's Commercial Arbitration Rules and Mediation Procedures and Consumer-Related Disputes Supplementary Procedures, excluding any rules or procedures governing or permitting class actions, and not by a lawsuit or resort to court process, except as Maryland or any other applicable state law provides for judicial review of arbitration proceedings. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve any and all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this agreement to arbitrate, including, but not limited to any claim that all or any part of this agreement is void or voidable. The parties agree to treat the arbitration proceedings and any related discovery confidential. The terms of this section govern in the event they conflict with the rules of the AAA.

*Venue.* You agree that any arbitration shall be conducted solely in Montgomery County, Maryland. The arbitrator shall be selected pursuant to the AAA rules. Should no AAA rule regarding Maryland selection of an arbitrator be in effect, the User shall select an arbitrator from a panel of arbitrators acceptable to TKWW. In any arbitration, the parties will split the cost of the filing fee, plus the costs associated with the first day of arbitration, with the remaining costs of arbitration paid by the non-prevailing party, provided, however, that in Maine any cost to the consumer shall be limited to the cost of filing a court case. To begin the arbitration process, a party must make a written demand therefore.

*Class Action and Class Arbitration Waiver.* The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the agreement to arbitrate set forth in this section shall be deemed null and void and the parties shall be deemed to have not agreed to arbitrate disputes.

YOU ACKNOWLEDGE AND AGREE THAT BOTH PARTIES TO THIS AGREEMENT ARE GIVING UP THEIR CONSTITUTIONAL RIGHT, IF ANY, TO HAVE SUCH DISPUTE DECIDED IN A COURT OF LAW BEFORE A JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, OR ANY OTHER REPRESENTATIVE PROCEEDING.

You may cancel your agreement to arbitrate (not the entire Agreement) by giving written notice to us within 30 days of the date of your acceptance of this Agreement, or 30 days after we provide notice of material changes made to this section of this Agreement. You should send your cancellation of arbitration notice to support@weddingpro.com with the following information: (i) your name; (ii) your email address; (iii) your mailing address; and (iv) a statement of your wish not to resolve disputes with us through arbitration. Your notice to opt-out of arbitration only applies to this Agreement; if you previously entered into other arbitration agreements with us or enter into other such agreements in the future, your notification that you are opting out of the arbitration terms of this Agreement shall not affect the other arbitration agreements between the parties. Should you choose to withdraw from the arbitration provision, all other provisions of this Agreement shall remain in full force and effect.

*Jury Trial Waiver.* If for any reason a claim proceeds in court rather than arbitration, each party waives any right to a jury trial and elect instead to have the dispute be resolved by a judge.

**SUCCESSORS AND ASSIGNS.** The terms of this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of the parties; provided, however, that neither this Agreement nor any rights hereunder may be assigned or otherwise transferred by Customer, either voluntarily or by operation of law, without the prior written consent of TKWW, and any attempt to do so will be null and void. TKWW reserves the right to assign this Agreement in its discretion.

**TITLES AND SUBTITLES.** The titles, subtitles and defined terms used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

**ENTIRE AGREEMENT.** This Agreement, including any documents incorporated by reference, shall constitute the entire agreement between the parties regarding the subject matter hereof and supersede all proposals and prior discussions and writings between the parties with respect thereto. Notwithstanding any language to the contrary therein, no terms or conditions stated in a Customer purchase order or in any other Customer order documentation (not provided by TKWW) shall be incorporated into or form any part of this Agreement, and all such terms or conditions shall be null and void, unless otherwise agreed to by TKWW in writing. This is a subscription agreement for use of products and/or services and not an agreement for sale. Customer acknowledges that it/he/she/they is/are obtaining only a limited right to such products and/or services and that, irrespective of any use of the words "purchase", "sale" or like terms hereunder, no ownership rights are being conveyed to Customer under this Agreement. Further, Customer acknowledges that the products and/or services are offered as an online, hosted solution, and that Customer has no right to obtain or retain a copy of any of the products and/or services unless otherwise stated herein.

**MODIFICATIONS.** Customer agrees that, except as otherwise specified, this Agreement cannot be altered, amended or modified (collectively, “Amend”) by Customer, except by a writing signed by an authorized representative of TKWW. Customer acknowledges and agrees that TKWW may amend this Agreement and change or adjust the business and commercial terms and conditions, and all other terms and conditions, at any time and from time to time by posting such changes on the Site, in Customer’s member account accessible through the Site, or otherwise at TKWW’s sole discretion including through billing reflecting modified pricing for services and making the updated terms and conditions of the Agreement, including fee or rate increases, available to you. You acknowledge and agree that your continued use of any service pursuant to this Agreement after such amendments have either been published or otherwise made known or available to you through any form including in practice and how the services operate constitutes your knowledge, ratification, agreement and acceptance of such changes.

**NO WAIVER.** No failure or delay in enforcing any right or exercising any remedy will be deemed a waiver of any right or remedy.

**SEVERABILITY AND REFORMATION.** Each provision of this Agreement is a separately enforceable provision. If any provision of this Agreement is determined to be or becomes unenforceable or illegal, such provision shall be reformed to the minimum extent necessary in order for this Agreement to remain in effect in accordance with its terms as modified by such reformation.

**LANGUAGE.** The parties have expressly agreed that this Agreement and all ancillary agreements, documents or notices relating thereto be drafted solely in the English language. Les parties aux présentes ont expressément convenu que cet accord et toute autre convention, tout document ou tout avis y afférant soient rédigés en anglais seulement.

**CONTACT INFO** For all questions related to billing, please contact TKWW at 10825 Farnam Drive, Omaha, NE 68154, U.S.A.

**Exhibit 2**

© 2025 The Knot Worldwide Inc. All rights reserved. 2 Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815. WeddingPro is a trademark of The Knot Worldwide Inc.

**Exhibit 2**

# EXHIBIT H

**Your WeddingPro Purchase Confirmation**
*Confirmed date: 04/11/2023*
*Contract No: 722475*

WEDDINGpro
by The Knot Worldwide Inc.

## SPECIFIC CONTRACT CONDITIONS

### ▸ CONTRACT INFORMATION

| | | | |
|---|---|---|---|
| Contract Type | - Renewal 3 years | | |
| Payment period start | 05/22/2023 | Payment period end | 05/21/2024 |
| Account Manager | Julia Glasscott (jglasscott@theknotww.com) Phone: 800-843-4983 | | |

### ▸ SALES REP DETAILS

| | |
|---|---|
| Name Sales Rep | **Le Chateau de Crystale Events & Fabulous Weddings** |
| Contact person | Katy Daneshvar - Phone: 2484204793 |
| Enquiry Email | info@lechateaudecrystale.com |

### ▸ CONTRACTED SERVICES

| Product | Cost * |
|---|---|
| **(TK) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC) 05/22/2023 - 05/21/2024 | **$10,600.80** |
| **(WW) Spotlight Wedding Florists Washington DC Region** - Le Chateau de Crystale Events (Wedding Florists - Washington DC) 05/22/2023 - 05/21/2024 | **$10,600.80** |

### ▸ Payment conditions

| | |
|---|---|
| Billing type | Single invoice |
| Payment type | Credit Card Start Date |
| Number of Payments | 12 payments |
| Method of payment | Monthly |

### ▸ Total Order

| | |
|---|---|
| **Total rate** | **$21,201.60** |

**Exhibit 2**
**58**

# GENERAL CONDITIONS OF THE CONTRACT

**THE KNOT WORLDWIDE INC. TERMS OF PURCHASE**

The following terms (this "Terms of Purchase"), along with any Specific Contract Conditions form attached herein or any order form accepted by Customer or entered into between the parties ("Order Form"), the Terms of Use located at https://www.weddingwire.com/corp/legal/terms-of-use (for WeddingWire products and services) and https://www.theknot.com/terms-and-conditions (for The Knot products and services) (collectively, the "Terms of Use"), and Privacy Policies located at https://www.weddingwire.com/corp/legal/privacy-policy (for WeddingWire products and services) and https://www.theknot.com/privacy-policy (for The Knot products and services) (collectively, the "Privacy Policy," collectively with the Order Form, Terms of Use and this Terms of Purchase, the "Agreement"), shall be effective upon the business or individual entering into any purchase or execution and/or completion of the purchase process by the business or the individual purchasing goods or services ("Customer," "Advertiser," or "you") from The Knot Worldwide Inc. or its affiliates (hereinafter collectively, "TKWW," "we," or "us") pursuant to these Terms of Purchase and shall govern the relationship between TKWW and Customer.

**ACCEPTANCE.** Customer may purchase products and/or services hereunder in a variety of ways including, without limitation: (i) self-service checkout; (ii) email sales quote; (iii) providing a credit card while on the phone with a TKWW sale representative; or (iv) a signed Order Form. Unless otherwise accepted earlier, acceptance of this Agreement will be made upon the earlier of (a) written or electronic signature or acceptance of an Order Form, order or services summary, quote, or similar form or contract by Customer; (b) Customer's submission or verification of any advertising or listing/storefront content; and (c) the first display of an advertisement or performance or delivery of the service or other deliverables, unless otherwise agreed upon in the Order Form. Customer's acceptance as provided above indicates that: (i) the information in the Order Form is accurate; (ii) Customer has read, understands and accepts the terms and conditions of this Agreement; and (iii) if not manually signing, Customer adopts this electronic process in lieu of manually signing the Order Form. By completing the purchase transaction, Customer agrees to the terms of this Agreement and agrees to pay for the products and services provided by TKWW with a valid credit card or check payment or other forms of payment accepted by TKWW. Customer may not change the form of payment without TKWW's consent. Payment shall be made in U.S. Dollars unless otherwise specified in your ordering documents.

**TERM AND RENEWAL.** All storefront services, including your purchase of Spotlight, Featured, and Professional Memberships on the Knot and/or WeddingWire (collectively, "Local Listing Services") and any Add-On Services (as defined below), are entered into as a subscription service and, except as otherwise provided herein, require an initial minimum commitment by Customer of at least twelve (12) months from the contract start date ("Local Listing Subscription"). The term of your Agreement with TKWW (including the Local Listing Subscription), in relation to the products offered, will last for the term specified herein, unless otherwise specified in your Order Form (the "Term"). Even if we give you the option to divide payments for the Term over multiple payment periods, this Agreement is a commitment to purchase one full Term of that membership, subject to the terms of the TERMINATION section, below.

Following the expiration of the Term, each Local Listing Subscription will renew automatically for the same length of time as the then-current Term unless Customer provides not less than five (5) business days' written notice of non-renewal prior to the expiration of the then-current Term by email to support@weddingpro.com. If the Order Form states that the Local Listing Subscription does not auto-renew such Local Listing Subscription will only be renewed at the then-current term if agreed upon by Customer in writing.

**TERMINATION.** At any time following the completion of the initial Term of at least twelve (12) months of Customer's Local Listing Subscription, any Local Listing Subscription or Add-On Subscription may be terminated by Customer on written notice to be received no less than five (5) business days prior to your "Billing Date" (the day of the month on which you are billed, regardless of your payment schedule (monthly, quarterly, etc.), with such termination to be effective on that Billing Date. Notwithstanding the foregoing, nothing herein shall limit Customer's obligations to pay: (i) for all products and/or services provided by TKWW through the effective date of termination of this Agreement, and (ii) all amounts owed or which become due pursuant to the NONPAYMENT section below. If notice is not received at least five (5) business days prior to the next Billing Date, the termination will not be effective until the next monthly Billing Date.

TKWW may terminate this Agreement: (i) upon thirty (30) days written notice to Customer, provided that in the event of such termination for convenience, TKWW will refund moneys paid in advance for Services not provided to Customer prior to the effective date of such termination, and (ii) for cause as determined by TKWW, upon five (5) days written notice to Customer of a breach of this Agreement, including, without limitation, if Customer provides, as determined by TKWW in its sole discretion, products and/or services that are competitive to TKWW or its affiliates.

**REVIEWS CONTENT.** In the event of any termination or expiration of this Agreement, TKWW shall retain the right to keep any and all reviews of Customer posted on TKWW's digital properties including websites and mobile applications (collectively the "Site") as well as basic directory information of Customer associated with such reviews, including without limitation, business name, address, and telephone number. Without limiting the foregoing or anything else in the Agreement, Customer agrees and acknowledges that it shall have no right to have user reviews or Customer's responses thereto removed from the Site during or after the Term of the Agreement except to the extent such right is expressly set forth in any applicable TKWW vendor review policy which may then be in effect.

**DISCOUNTS & RATES CHANGES.** Any discounts or promotional rates for Local Listing Subscriptions and corresponding Add-On Services are only guaranteed for the initial Term of the contract (e.g. twelve (12) months). If an Add-On Subscription (as defined below) is added in the middle of the Term of the base Local Listing Subscription, any agreed-upon discounts or promotional rates for the Add-On Subscription (as defined below) will extend for not more than one renewal term for the base Local Listing Subscription but only if mutually agreed upon by the parties in writing. After the initial 12-month Term, TKWW may, at its unilateral discretion, increase rates for any and all services, including for previously discounted or promotional rates or otherwise. TKWW will provide written notice in a form and means elected by TKWW for any rate increase above five percent (5%) annually including notice in the form of monthly billing that includes the increased rates in effect for the previous month. Please note that in addition to the amounts payable as provided above with respect to basic Local Listing Services and Add-Ons, if discounts were applied in connection with any terminated service (including, without limitation, any service discounted as part of a bundle), upon termination of any such service, TKWW reserves the right to discontinue such discounts and to charge increased future rates. To the extent you buy a TKWW bundled product that is discounted, you agree that you may not terminate only one of the products in the bundle. Customer may only terminate the entire bundle in a manner authorized under the TERMINATION section under the Agreement. Repurchase of only a part of a bundled product may result in the loss of any discounts associated with a bundled product.

**ADD-ON SERVICES, GENERALLY.** All additional internet services sold with local listings beyond base Local Listing Services, including: (a) Secondary Local Listing Services (a secondary regions or category outside of the defined primary Local Listing product (region or category)); (b) Buzz Badges; (c) Banner Ads; and (d) Local Homepage Badge, Event Listings, Local Deals (collectively "Add-Ons" or Add-On Services") will be based on the pricing set forth in this Agreement, and otherwise on the same terms and conditions as the Local Listing Subscription, including with respect to the term length, renewals, and payment date(s), and will be cancelable under the same terms as in the Local Listing Subscription termination paragraph (e.g., must have completed twelve (12) months of the Local Listing Subscription). A subscription for Add-On services will be known as an "Add-On Subscription."

**OTHER, SEPARATE PRODUCTS NOT SOLD WITH LOCAL LISTINGS OR ADD-ON PRODUCTS.**

*Best of Wedding services.* All Best of Wedding (BOW) services will follow the dates of the Best of Wedding annual program and cannot be cancelled or terminated once purchased.

**ADVERTISEMENT CREATIVE AND DESIGN MAINTENANCE RESPONSIBILITY.**

**Internet.** If TKWW is to create the advertisement or other deliverables, or if Customer is to provide advertising or service components (in full or in part) to TKWW, then Customer agrees that it will provide the necessary information to meet the applicable deadlines and perform the services as outlined in the Order Form. This information (including but not limited to text, pictures, graphics, sound, video, programming code, URLs, Internet links and other data to perform such service) must be provided to TKWW on or before the due date(s) established by TKWW, but in no case less than five (5) days prior to launch date of said advertisement or service. If Customer postpones any advertisement or service, fails to provide necessary Customer information or approvals (in a timely manner) or fails to comply with TKWW's production specifications or schedule, and such failure prohibits TKWW from meeting its launch deadlines, there will be no reduction in the amount owed to TKWW and TKWW shall not be obligated to provide Customer any "make good" or Term extension or otherwise provide alternative services, and TKWW does not guarantee the start date of the Term. In such cases, and where the Listing


Exhibit 2
59

Subscription or Add-On Subscription consists of multiple components, TKWW reserves the right to reallocate the value of the delayed or failed component to other components to be published, displayed or performed during the Term.

***Usage of Material.*** All advertisements created by TKWW are for the sole purpose of promoting Customer's products or services to TKWW's audience and may not be replicated, distributed or promoted without the prior written approval of TKWW.

***Ad Proof.*** TKWW will provide a maximum of three proofs or revisions for an advertisement or service, which consists of the original submission of the advertisement or product plus two revisions. TKWW may provide additional proofs or proofs for custom content at its published rate for such work as may be in effect from time to time or as specified in the Order Form. Upon TKWW's provision of a proof or revision to Customer or notification to Customer that the advertisement has been published, Customer has two (2) business days to provide corrections to TKWW's proof or revision. If Customer has not contacted TKWW within two (2) business days after notification by TKWW, it is agreed by Customer that the proof or revision is in acceptable form and may be published without further revision.

***License.*** To the extent owned (or licensed) by Customer, Customer hereby grants to TKWW a non-exclusive, royalty-free, worldwide license (or sub-license) to use, reproduce, distribute, create derivative works of, modify, translate, communicate to the public, publicly perform, publicly display and digitally perform such advertisement or service and all constituent parts. Any advertisement or service created in whole or in part by TKWW shall be owned by, and all rights therein are hereby reserved to, TKWW.

***Approval of Advertisement and Service.*** TKWW reserves the right to reject advertisements and services at its sole discretion. All advertisements and services must satisfy the advertising criteria or specifications of TKWW and the sites, mobile or other properties, or publications in which the advertisement or services are to appear, including, but not limited to, content limitations, technical specifications, privacy policies, website or mobile terms of use, standards regarding obscenity or indecency, and other content or advertising policies (collectively, "Policies"), as well as any applicable law, regulation, judicial or administrative order. Without limiting the foregoing, a Customer may only advertise one Customer brand and location per advertisement (e.g., no group advertising, or advertising multiple brands or locations in one storefront, advertising any third-party brand, etc.).

***Removal of Advertisement.*** With respect to any advertisement or service, or any site or mobile or other property, to which an advertisement or service is linked, TKWW reserves the right to remove such advertisement or service at its sole discretion that (a) does not comply with the Policies or any applicable law, regulation or judicial or administrative order; (b) brings or may tend to bring disparagement, ridicule or scorn upon TKWW; or (c) has not been paid for in accordance with this Agreement.

**TKWW ADVERTISING NETWORKS.** TKWW works with a number of third parties to help provide advertising services. There is no guarantee that during the Term any third-party advertisers will remain the same. Third party advertisers may be added or removed at any time without notice to Customer.

**PRODUCT UPGRADES AND CHANGES.**

TKWW is constantly reviewing, testing and evolving its product and service offerings to strive to provide its customers and users with the best suite of options available. TKWW retains the right to revise, reduce, add to, or change its product and/or service offerings, including the tools made available to you, at any time without notice, in our sole discretion, for any reason, including without limitation to comply with any applicable law or regulation or to change TKWW's suite or products and/or services. Such changes may include, without limitation, the operation of our products and services, including the order and manner in which advertisements appear on them, the way that services are delivered, and the way customers are charged for services. You agree that we may test, implement, remove or modify features of our products and services at any time without notice. TKWW makes no guarantees, representations or warranties with respect to the outcome or results of its product and service offerings. Customer acknowledges and agrees that it is responsible for the payment of amounts due under this Agreement irrespective of the changes or evolution of its products and services that may occur throughout the Term.

**LIMITATION ON SPACE.** TKWW reserves the right to limit the amount of space afforded to any one customer or any category of advertising (whether by product line or motif) appearing in any of its websites, mobile or other properties, and publications.

**ADDITIONAL AGREEMENTS.** You hereby agree to abide by and be subject to the Terms of Use and Privacy Policy as they are posted on the Site and as they may be unilaterally amended from time to time by TKWW.

**OTHER AGREEMENT AND ACTIVITIES.** Nothing set forth in this Agreement shall restrict TKWW from (a) entering into agreements with other customers, whether or not competitive with Customer (unless otherwise specified in the Agreement); and/or (b) engaging in any activity, including, without limitation, selling goods and/or providing services of any kind whatsoever.

**MODIFICATION OF PROPERTIES.** TKWW reserves the right to redesign or modify, or cause the redesign or modification of, the organization, structure or "look and feel" of its websites, mobile and other properties, and publications, the policies and any services provided hereunder, at any time without notice.

**MODIFICATION OF PUBLICATIONS AND SERVICES.** TKWW reserves the right to add, modify or discontinue services or publications at any time by providing notice to Customer, notwithstanding any commitment required by Customer hereunder. In such cases, TKWW may cancel any or all of the services it has agreed to provide under this Agreement at any time, in its sole discretion. Any added or modified service shall not give rise to any right of cancellation or termination in favor of Customer or any other remedy.

**REMEDY FOR UNDER-DELIVERY.** TKWW cannot guarantee to Customer a specific date of publication. Should TKWW fail to provide the advertisement, services or other deliverables as set forth in the Agreement, Customer's sole and exclusive remedy shall be to have TKWW deliver the advertisement, service or other deliverables as soon as commercially reasonable. In no event will any sums paid to TKWW be refundable for any reason except as otherwise provided in this Agreement.

**USAGE STATISTICS.** If TKWW provides Customer with usage statistics, they will be in a format determined by TKWW. Advertiser may not distribute or disclose usage statistics to any third party without TKWW's prior written consent. TKWW does not guarantee the accuracy, reliability or completeness of any usage statistics. In no event shall TKWW assume any liability to Customer for usage statistics provided to TKWW by third parties. If Customer requires, and TKWW agrees to provide, any usage statistics or other reports that TKWW does not currently provide to customers in the ordinary course of business, TKWW will use commercially reasonable efforts to provide such information, provided that the terms for TKWW's providing such reports shall include at least five (5) business days turn-around period for the provision of such usage statistics or reports.

**CUSTOMER RESPONSIBILITIES REGARDING OTHER SERVICES.** Customer is responsible for operation of any tools or services provided by TKWW to Customer, including keeping current its business and contact information, sending information and responding to client or prospective clients. TKWW is not responsible for the content of any contracts, communications, or interactions (the "Interactions") between Customer and its clients using TKWW-provided tools or services and shall have no liability for such Interactions. Further, TKWW is not responsible for any losses Customer may incur as a result of relying on information provided to Customer by its clients or other third parties, whether or not such information was provided via the Site and even if TKWW was advised of the possibility of such losses.

**LEAD LISTS.** Customer agrees that any list of leads (or other prospect information) ("Leads") delivered to Customer shall be used solely for the purpose of marketing Advertiser's products to such Leads and not for any other use or by any other entity or business without the prior written consent of TKWW. Customer further agrees that it will neither solicit nor allow others to solicit any Leads with promotional material of businesses other than Customer. Customer acknowledges that names and dates on Leads lists are the sole property of TKWW and Customer hereby agrees not to disclose, sell or make known the names and dates on any such Leads list to any third party. Customer further agrees not to use names on any Leads list for bridal shows or other special events in which non-advertisers participate without the prior written consent of TKWW. Customer will not subject any person named on any Leads list to any form of high-pressure sales tactics or otherwise use Leads information in violation of applicable law, rule, regulation or industry standard. Any breach of this provision shall be considered a material breach of this Agreement and will entitle TKWW to terminate this Agreement in accordance with the Termination provisions contained herein. Advertiser acknowledges that the Leads are provided to Advertiser "as-is," and that TKWW will have no liability to Advertiser or any of its affiliated companies, licensees, customers, marketing partners, or other third parties concerning the information (including the accuracy thereof) contained in the Leads. Advertiser represents, warrants and covenants that it will treat the Leads as Confidential Information (defined below) of TKWW, not disclose the Leads and information therein to any third party, use the Leads solely for the purposes described herein, and to transmit, store, and otherwise handle the Leads and information contained therein pursuant to applicable law, rule, regulations and industry standard. Without limiting the foregoing, Advertiser will destroy the Leads (including, without limitation, purging the Leads from its systems) immediately upon completion of the applicable permitted use (and in no event later than five (5) days following the completion of such use). Advertiser acknowledges and agrees that due to the unique nature of the Leads, money damages would be insufficient to remedy any breach of its obligations hereunder, and that breach of this letter would result in irreparable harm to TKWW, and therefore, that upon any such breach or any threat thereof, TKWW will be entitled to obtain appropriate equitable relief in addition to whatever remedies it might have at law (without being required to post a bond or other security, which requirement Advertiser hereby agrees to waive).

**CHANGING ACCOUNTS AND/OR UPGRADING OR ADDING PRODUCTS & SERVICES.** Customer may add or upgrade additional products and/or services at any time by contacting Customer's TKWW account manager. Only individuals who are authorized users of the Customer account may request changes (including, without limitation, name changes, transfers of the account to a different entity, or termination of the account) to Customer account or additional products and/or services. If a Customer upgrades an existing product or service and signs a new contract, any unused portion of the preexisting Term may be applied to the new contract as a credit. The term for any add-on products or services will be deemed to be coterminous with the original product and/or service to which such add-on applies, unless otherwise specified in your ordering documents. The fees for new products and/or services will be based upon the then current, generally applicable fees.

**NONTRANSFERABILITY OF PRODUCTS & SERVICES.** The products and/or services purchased are valid only for Customer, and in the membership category and region specified at the time of purchase and may not be transferred either to a different customer or by the same Customer to a different category or region.

**CURRENCY AND TRADE REGULATIONS.** Customers in the U.S. will be billed in U.S. Dollars and subject to U.S. payment terms. In no event shall any transactions be in violation of U.S. trade regulations.

**TAXES; NO REFUNDS.** Except as specifically provided in the Agreement, there shall be no refunds for products and/or services provided by TKWW except as may be required by law. All amounts required to be paid hereunder do not include any amount for taxes or levy (including interest and penalties), and such taxes or levy may be applied by TKWW pursuant to law and at TKWW's option pursuant to legal requirements. Customer shall pay and be responsible for all taxes which TKWW is required to collect or remit to applicable tax authorities including, without limitation, sales, use, value-added tax, excise, property, or other similar taxes or levies.

**CREDIT CARDS.** If TKWW is authorized by Customer to charge Customer's credit card and TKWW is unable to process Customer's credit card, then TKWW may revoke access to Customer's account.

**NONPAYMENT.** If Customer fails to timely make any payment, TKWW reserves the right to temporarily suspend access to Customer's account, suspend or modify any services available to Customer, or terminate Customer's Agreement. Following such delinquency, including if a delinquency exists as of the effective date of termination in connection with Customer's termination of this Agreement as expressly permitted in the TERMINATION section above, if Customer desires to reinstate Customer's account with TKWW after termination, Customer must contact a billing representative and: (a) pay the outstanding balance in full; and (b) execute a new one-year agreement with payment made via credit card. TKWW reserves the right to (i) require renewed accounts to pre-pay for service for any length of time determined by TKWW; (ii) decline to reinstate delinquent accounts; and/or (iii) undertake all collection efforts for any delinquency and seek TKWW's fees and costs in pursuing such collection.

Any partial payments made by Customers will first be applied to the oldest, outstanding fees owed to TKWW, including interest.

**EARLY BUY-OUT.** Customer, at any time during the Term, may buy out the remaining amount for such term with one-time payment equal to the remaining fee due for the remainder of the Term. Upon TKWW receiving such payment, Customer may choose to downgrade its Listing.

**INCORRECT BILLING.** If Customer believes TKWW has billed Customer incorrectly, Customer must contact TKWW Member Services at payments@weddingpro.com in writing no later than thirty (30) days after such charge. No credit will be given for any charges which are more than ninety (90) days old.

**DISPUTES AMONG MEMBERS; RELEASE.** Customer is solely responsible for its interactions with other TKWW members, customers and users (collectively "TKWW Users") when TKWW is not a party to any such disputes. TKWW reserves the right, but has no obligation, to monitor disputes between Customer and other TKWW Users and, at TKWW's unilateral option, to take actions to resolve such disputes. Customer agrees to release TKWW, its affiliates, and their respective officers, directors, agents, representatives and employees from all claims, demands and damages (actual and consequential) of any kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any dispute, directly or indirectly, between Customer, its affiliates, and their respective officers, directors, agents, representatives or employees, on the one hand, and any other TKWW User, on the other hand. If Customer is or could be deemed a California resident, Customer hereby waives California Civil Code §1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**DATA OWNERSHIP & PRIVACY.** Unless otherwise specified in the Order Form, any data that is collected on the websites or mobile or other properties of TKWW or its Affiliates, whether or not personally identifiable and whether or not in connection with the advertisement and service, is the sole property of TKWW or its Affiliates. See the Terms of Use for provisions relating to rights in submitted content. You agree that any data that is collected on the websites or mobile application or other properties by TKWW and/or its Affiliates may be transferred between TKWW and any of its Affiliates in the context of a transfer or reorganization of all or any portion of the assets related to this Agreement among TKWW and/or its Affiliates.

**CONFIDENTIALITY.** Any marked confidential information and proprietary data provided by TKWW, including the pricing and other information set forth in the Order Form, shall be deemed "Confidential Information" of TKWW. Confidential Information shall also include information provided by TKWW, which under the circumstances surrounding the disclosure would be reasonably deemed confidential or proprietary. Confidential Information, whether disclosed by or received from TKWW orally or in writing, shall not be disclosed by Customer to anyone except an employee or agent who has a need to know same, and who is bound by confidentiality obligations at least equal to those required under the Agreement. Customer shall not use any portion of Confidential Information for any purpose other than those provided for under this Agreement. Without limiting the foregoing, Customer shall use at least the same degree of care which it uses to prevent disclosure of its own confidential information of like importance, but in no event less than reasonable care, to prevent the disclosure of Confidential Information disclosed to it by or received from TKWW. Customer acknowledges that any breach of its obligations with respect to TKWW's Confidential Information hereunder is likely to cause or threaten irreparable harm to TKWW, and accordingly the parties agree that in the event of such breach TKWW shall be entitled to equitable relief to protect its interest therein, including but not limited to preliminary and permanent injunctive relief, as well as monetary damages. Upon the request of TKWW, or in any event upon any termination or expiration of the Term, Customer shall return to TKWW all materials which contain, embody, reflect or reference all or any part of any Confidential Information of TKWW.

**PUBLICITY.** Customer will not use the trade name, trademarks, or logos of TKWW in a public announcement (including, but not limited to, through any press release or in any manner subject to the restriction contained in the USAGE OF MATERIAL section of this Agreement) regarding the existence or content of this Agreement or otherwise without the prior written approval of TKWW.

**REPRESENTATION AND WARRANTY.** The person consenting to this Agreement represents and warrants that: (i) such person has authority to enter into this Agreement on behalf of Customer; (ii) Customer's entering into this Agreement does not violate any other rights, obligations, regulations or laws; (iii) Customer has obtained all necessary rights for any content that it provides to TKWW and that TKWW's use of such content will not be defamatory or harassing or violate any third-party rights, including rights of publicity, privacy, copyright, trademark or other intellectual property rights, or violate any law or regulation; and (iv) any user with access to Customer's account shall be deemed an authorized user of such account. TKWW reserves the right to rely on the representations and warranties made by any user of Customer's account when providing the products and/or services to Customer.

**ELECTRONIC SIGNATURES AND AGENTS.** Unless otherwise specified, the term "written" shall include paper, fax or email communication. Without limiting the foregoing or any of the acceptance methods listed in this Agreement, any documents executed by both parties in connection herewith, if applicable, may be executed in any number of written counterparts (which may be done by electronic or other customary means), each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In addition, the parties desire to facilitate certain transactions pursuant to this Agreement by exchanging documents, records and signatures electronically or by utilizing electronic agents. The use of electronic facilities or agents shall be in accordance with procedures established by TKWW and governed by the provisions of applicable laws, rules and regulations.

**INDEMNITY.** Customer agrees to indemnify and hold TKWW, our affiliates, and our and their respective officers, directors, agents, and employees harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising in any manner in whole or in part out of Customer's use of the Site, or its violations of its representations, warranties or obligations under the Agreement.

**WARRANTY EXCLUSION** THE PRODUCTS AND/OR SERVICES PROVIDED BY TKWW ARE PROVIDED "AS IS", "AS AVAILABLE" WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, EITHER EXPRESS, LEGAL, STATUTORY OR IMPLIED. TO THE FULLEST EXTENT POSSIBLE PURSUANT TO APPLICABLE LAW, TKWW DISCLAIMS ALL WARRANTIES OR CONDITIONS, WHETHER EXPRESSED, LEGAL, STATUTORY OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, DURABILITY, TITLE, NONINFRINGEMENT OR OTHER VIOLATION OF RIGHTS. THE PRODUCTS AND/OR SERVICES MAY BE SUBJECT TO LIMITATIONS, DELAYS, AND OTHER PROBLEMS (THE "FORCE MAJEURE EVENTS"), INCLUDING, WITHOUT LIMITATION, WARS, TERRORIST ATTACKS, STRIKES, RIOTS, EARTHQUAKES, HURRICANES, TORNADOES, VOLCANOES, MAJOR WEATHER EVENTS, PANDEMICS, EPIDEMICS

OR SIMILAR EVENTS WARRANTING GOVERNMENT OR EXECUTIVE ACTION OR CLOSURES, INTERNET CONGESTION, ATTACKS ON OR FAILURE OF INFRASTRUCTURE, TROJAN, VIRUS OR MALWARE, AND DENIAL OF SERVICE (DOS) ATTACKS. TKWW IS NOT RESPONSIBLE FOR ANY DELAYS, DELIVERY FAILURES, OR OTHER DAMAGE RESULTING FROM ANY FORCE MAJEURE EVENT.

**LIMITED LIABILITY.** IN NO EVENT SHALL TKWW, OUR AFFILIATES, AND OUR OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, OR OUR SUPPLIERS BE LIABLE TO CUSTOMER OR ANYONE ELSE FOR INDIRECT DAMAGES, LOST PROFITS, ANY SPECIAL, INCIDENTAL, RELIANCE, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OF ANY KIND WHATSOEVER ARISING OUT OF OR RELATING TO THE USE OF OR INABILITY TO USE THE SITE, FOR USE OF ANY COUPONS OR OTHER PROMOTIONAL DISCOUNTS, OR FOR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION CONTAINED ON THE SITE, WHETHER IN AN ACTION FOR BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. TKWW'S LIABILITY, AND THAT OF OUR AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND SUPPLIERS, IN ANY CIRCUMSTANCE IS LIMITED TO THE LESSER OF THE AMOUNT OF FEES YOU PAY TO TKWW IN THE 12 MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY OR $100, NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY REMEDY. FOR THOSE JURISDICTIONS THAT DO NOT PERMIT LIMITATION OF LIABILITY FOR GROSS NEGLIGENCE, THIS LIMITATION OF LIABILITY SHALL NOT APPLY TO ANY WILLFUL, WANTON, INTENTIONAL, OR RECKLESS MISCONDUCT, OR GROSS NEGLIGENCE OF TKWW.

**GOVERNING LAW.** This Agreement is governed by the laws of the State of Maryland ("Governing Law"), without regard to principles of conflict of laws of any state or jurisdiction.

**NOTICE OF DISPUTE.** If you have a dispute with us regarding the Site or products and/or services, you must first send written notice to us at support@weddingpro.com. We will attempt to resolve any disputes you have with us. Because we are a neutral venue, we are not responsible for resolving any disputes between you and other TKWW Users regarding services or transactions. The parties agree to negotiate resolution of the dispute in good faith for no less than sixty (60) days after you provide notice of the dispute. If we do not resolve your dispute within sixty (60) days from receipt of notice of the dispute, either party may pursue a claim in arbitration pursuant to the terms of this Agreement.

**ARBITRATION, CLASS-ACTION WAIVER & JURY WAIVER**

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY REQUIRE YOU AND US TO AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION.

*Agreement to Binding Arbitration.* You understand and agree that any dispute, claim, or controversy arising out of or relating to this Agreement, the parties' relationship with each other and/or your use of and access to the Site or the services, including, but not limited to, claims as to whether any services rendered by us or persons employed or engaged by us were improperly, negligently, or incompetently rendered, and any claim or controversy as to arbitrability ("Dispute"), shall be finally and exclusively resolved by binding arbitration administered by the American Arbitration Association ("AAA") in accordance with the provisions of AAA's Commercial Arbitration Rules and Mediation Procedures and Consumer-Related Disputes Supplementary Procedures, excluding any rules or procedures governing or permitting class actions, and not by a lawsuit or resort to court process, except as Maryland or any other applicable state law provides for judicial review of arbitration proceedings. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve any and all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of this agreement to arbitrate, including, but not limited to any claim that all or any part of this agreement is void or voidable. The parties agree to treat the arbitration proceedings and any related discovery confidential. The terms of this section govern in the event they conflict with the rules of the AAA.

*Venue.* You agree that any arbitration shall be conducted solely in Montgomery County, Maryland. The arbitrator shall be selected pursuant to the AAA rules. Should no AAA rule regarding Maryland selection of an arbitrator be in effect, the User shall select an arbitrator from a panel of arbitrators acceptable to TKWW. In any arbitration, the parties will split the cost of the filing fee, plus the costs associated with the first day of arbitration, with the remaining costs of arbitration paid by the non-prevailing party, provided, however, that in Maine any cost to the consumer shall be limited to the cost of filing a court case. To begin the arbitration process, a party must make a written demand therefore.

*Class Action and Class Arbitration Waiver.* The parties further agree that any arbitration shall be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the agreement to arbitrate set forth in this section shall be deemed null and void and the parties shall be deemed to have not agreed to arbitrate disputes.

YOU ACKNOWLEDGE AND AGREE THAT BOTH PARTIES TO THIS AGREEMENT ARE GIVING UP THEIR CONSTITUTIONAL RIGHT, IF ANY, TO HAVE SUCH DISPUTE DECIDED IN A COURT OF LAW BEFORE A JURY OR TO PARTICIPATE AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION LAWSUIT, CLASS-WIDE ARBITRATION, OR ANY OTHER REPRESENTATIVE PROCEEDING.

You may cancel your agreement to arbitrate (not the entire Agreement) by giving written notice to us within 30 days of the date of your acceptance of this Agreement, or 30 days after we provide notice of material changes made to this section of this Agreement. You should send your cancellation of arbitration notice to support@weddingpro.com with the following information: (i) your name; (ii) your email address; (iii) your mailing address; and (iv) a statement of your wish not to resolve disputes with us through arbitration. Your notice to opt-out of arbitration only applies to this Agreement; if you previously entered into other arbitration agreements with us or enter into other such agreements in the future, your notification that you are opting out of the arbitration terms of this Agreement shall not affect the other arbitration agreements between the parties. Should you choose to withdraw from the arbitration provision, all other provisions of this Agreement shall remain in full force and effect.

*Jury Trial Waiver.* If for any reason a claim proceeds in court rather than arbitration, each party waives any right to a jury trial and elect instead to have the dispute be resolved by a judge.

**SUCCESSORS AND ASSIGNS.** The terms of this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of the parties; provided, however, that neither this Agreement nor any rights hereunder may be assigned or otherwise transferred by Customer, either voluntarily or by operation of law, without the prior written consent of TKWW, and any attempt to do so will be null and void. TKWW reserves the right to assign this Agreement in its discretion.

**TITLES AND SUBTITLES.** The titles, subtitles and defined terms used in this Agreement are used for convenience only and are not to be considered in construing or interpreting this Agreement.

**ENTIRE AGREEMENT.** This Agreement, including any documents incorporated by reference, shall constitute the entire agreement between the parties regarding the subject matter hereof and supersede all proposals and prior discussions and writings between the parties with respect thereto. Notwithstanding any language to the contrary therein, no terms or conditions stated in a Customer purchase order or in any other Customer order documentation (not provided by TKWW) shall be incorporated into or form any part of this Agreement, and all such terms or conditions shall be null and void, unless otherwise agreed to by TKWW in writing. This is a subscription agreement for use of products and/or services and not an agreement for sale. Customer acknowledges that it/he/she/they is/are obtaining only a limited right to such products and/or services and that, irrespective of any use of the words "purchase", "sale" or like terms hereunder, no ownership rights are being conveyed to Customer under this Agreement. Further, Customer acknowledges that the products and/or services are offered as an online, hosted solution, and that Customer has no right to obtain or retain a copy of any of the products and/or services unless otherwise stated herein.

**MODIFICATIONS.** Customer agrees that, except as otherwise specified, this Agreement cannot be altered, amended or modified (collectively, “Amend”) by Customer, except by a writing signed by an authorized representative of TKWW. Customer acknowledges and agrees that TKWW may amend this Agreement and change or adjust the business and commercial terms and conditions, and all other terms and conditions, at any time and from time to time by posting such changes on the Site, in Customer’s member account accessible through the Site, or otherwise at TKWW’s sole discretion including through billing reflecting modified pricing for services and making the updated terms and conditions of the Agreement, including fee or rate increases, available to you. You acknowledge and agree that your continued use of any service pursuant to this Agreement after such amendments have either been published or otherwise made known or available to you through any form including in practice and how the services operate constitutes your knowledge, ratification, agreement and acceptance of such changes.

**NO WAIVER.** No failure or delay in enforcing any right or exercising any remedy will be deemed a waiver of any right or remedy.

**SEVERABILITY AND REFORMATION.** Each provision of this Agreement is a separately enforceable provision. If any provision of this Agreement is determined to be or becomes unenforceable or illegal, such provision shall be reformed to the minimum extent necessary in order for this Agreement to remain in effect in accordance with its terms as modified by such reformation.

**LANGUAGE.** The parties have expressly agreed that this Agreement and all ancillary agreements, documents or notices relating thereto be drafted solely in the English language. Les parties aux présentes ont expressément convenu que cet accord et toute autre convention, tout document ou tout avis y afférant soient rédigés en anglais seulement.

**CONTACT INFO** For all questions related to billing, please contact TKWW at 10825 Farnam Drive, Omaha, NE 68154, U.S.A.

**Exhibit 2**

**63**

© 2025 The Knot Worldwide Inc. All rights reserved. 2 Wisconsin Circle, 3rd Floor, Chevy Chase, MD 20815. WeddingPro is a trademark of The Knot Worldwide Inc.

**Exhibit 2**