# Exhibit 3

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | | |
|---|---|---|
| **LE CHATEAU DE CRYSTALE EVENTS, LLC,**<br>**Plaintiff,**<br>**v.** | : | |
| **THE KNOT WORLDWIDE INC. and WEDDINGWIRE, INC.,**<br>**Defendants,** | : | **C-15-CV-25-002528** |

**ORDER**

This matter having come before the Court upon the Plaintiff's Motion for Reconsideration of Ruling Granting Defendants' Motion to Compel Arbitration and Stay Proceedings (the "Motion") by Le Chateau De Crystale Events, LLC ("Plaintiff"), and the Opposition filed in response thereto by The Knot Worldwide, Inc. and Wedding Wire, Inc., it is this 30th day of June 2026, by the Circuit Court for Montgomery County Maryland, hereby:

**ORDERED,** that the Motion be, and hereby is, **DENIED**; and it is further

**ORDERED**, that Plaintiff's request for discovery is **DENIED**.

**IT IS SO ORDERED.**

Hon. Theresa M. Chernosky, Judge
Circuit Court for Montgomery County, Maryland

Entered: Clerk, Circuit Court for Montgomery County, MD
July 1, 2026